ORIGINAL

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

FILED
MAR 2 4 2004
U.S. COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| **KIRA, INC.**<br>**155 South Miami Avenue, Suite 620**<br>**Miami, Fla. 33130**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**UNITED STATES OF AMERICA**<br><br>**Defendant.** | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | **Case No.** 04 - 480C |

## COMPLAINT

Plaintiff Kira, Inc. ("Kira"), by undersigned counsel, hereby files this Complaint against Defendant the United States of America, and states as follows.

This case results from the partial termination for convenience of Contract No. F22600-99-D-0056 (the "Contract") for the maintenance of military family housing on Keesler Air Force Base, Mississippi ("Keesler").[1] The United States Air Force (the "Air Force") partially terminated the Contract for convenience by permanently reducing the number of housing units under the Contract. The Air Force then deducted a prorated amount from Kira's monthly payment for each housing unit deleted from the Contract. On October 7, 8, and 23, 2002, Kira submitted requests for equitable adjustment ("REAs") for the increased cost of performing the portion of the Contract that the Air Force had not terminated. At the Air Force's request, Kira withdraw the REAs, and the parties entered into negotiations. On March 25, 2003, the Air Force issued a Memorandum that granted the two

---

[1] A copy of the Contract is attached as Ex. 1.

REAs for painting and maintenance of 152 new units in the amounts of $45,778.60 and $59,546.88, respectively.[2] But the Memorandum denied the third REA, which was for the partial termination for convenience. The Memorandum then notified Kira that the Air Force was claiming $79,764.00 as an offset. Since then, the Air Force has continued to make deductions from the contract price. The total deductions amounted to $329,026.87.

Kira attempted on several occasions to persuade the Air Force to rescind the deductions, but to no avail. Hence Kira is filing this Complaint.[3]

Kira seeks a declaratory judgment that it does not owe the Air Force any repayment for housing units deleted from the Contract. Kira also requests an equitable adjustment for the $329,026.87 for reimbursement of the deductions.

## PARTIES AND JURISDICTION

1. Kira, Inc. is a corporation with its principal offices at 155 South Miami Avenue, Suite 620, Miami, Florida 33130.

2. Kira is in the business of maintaining military family housing ("MFH").

3. The Defendant is the United States of America acting through the Department of the Air Force and its contracting officers ("COs").

---

[2] A copy of the Air Force's March 25, 2003 Memorandum is attached as Ex. 2.

[3] On February 27, 2004, Kira submitted an REA for excessive deductions in the amount of $139,375.28. Although that REA covers increased indirect costs incurred because of the Air Force's permanent deletion of the same units, it seeks a different amount, is based on a different legal theory, and is calculated on the basis of a different formula. Hence, that REA is a different claim. *See, e.g., McDonnell Douglas Corp. v. United States*, 37 Fed. Cl. 285, 289 (two claims can be different even if they "involve overlapping issues of law and fact).

4. This Court has jurisdiction pursuant to the Declaratory Judgment Act, 28 U.S.C. § 2201 (2000); the Tucker Act, 28 U.S.C § 1491 (2000); and the Contract Disputes Act, 41 U.S.C. § 609(a)(1) (2000).

## FACTUAL BACKGROUND

5. The Air Force issued Solicitation No. F22600-98-R0024 (the "RFP") on September 28, 1998.

6. The RFP, and the resulting Contract, contained several contract line items ("CLINs"). Only CLIN 1001 is the subject of this Complaint.

7. CLIN 1001 required the contractor to provide "all personnel, equipment, tools, materials, supervision, and all other items and services necessary to perform maintenance of military family housing at the quality standards and frequencies stated in the Performance Work Statement (PWS), Section C, at Keesler AFB, MS."

8. The RFP, and the Contract, specified that the awardee would receive a fixed amount each month for performing the work required by CLIN 1001 in conformance with the PWS.

9. Section C of the PWS contained detailed requirements that the Contractor was obligated to fulfill in order to perform the Contract.

10. Section C of the PWS specified that the housing inventory to be maintained pursuant to CLIN 1001 consisted of 1950 housing units.

11. Section C of the PWS contained paragraph 5.21, "Vacant Housing Units." That provision specified that housing units "may be removed from the housing inventory for various reasons such as: renovations, fire damage, etc. during this contract. Routine maintenance will not be required on the specified units under Line Item . . . 1001. . . An adjustment will be made to the monthly price (line item 0001, 1001, 2001, 3001, and 4001) on a prorated basis for the number of increased or decreased housing units."

12. Paragraph 5.21 also specified that: "The amount of adjustment [in price per month for CLIN 1001] is determined by dividing the number of units cited in the schedule or PWS into the monthly price, then multiplying that figure by the number of units to be added or removed from service."

13. Paragraph 5.21 is a mechanism to deal with temporary fluctuations in the number of housing units requiring maintenance.

14. The Contract incorporated by reference 48 C.F.R. [FAR] § 52.249-2, Termination for Convenience of the Government (Fixed Price) (Sep 1996) (the "Termination Clause").

15. Under 48 C.F.R. [FAR] § 49.208, "after partial termination, a contractor may request an equitable adjustment in the price or prices of the continued portion of a fixed-price contract."

16. In September 2000, Kira and the Air Force entered into Modification No. P00004 (the "Modification") .

17. The Modification replaced paragraph 5.21 with a new paragraph 5.21, and reduced the number of housing units under the Contract to 1855.

18. The Modification also specified that housing units "may be removed from the housing inventory for various reasons such as: renovations, fire damage, etc. during this contract. Routine maintenance will not be required on the specified units under Line Item . . . 1001. . . An adjustment will be made to the monthly price (line item 0001, 1001, 2001, 3001, and 4001) on a prorated basis for the number of increased or decreased housing units from the historical average of 1855 units."

19. On January 15, 2002, the Air Force, notified Kira "to remove 334 houses from the Housing Maintenance Contract F22600-99-D0056IAW Paragraph 5.21 effective February 2002." The Air Force also stated that "some of these units will be permanently deleted and others will be re-instated upon repair/renovation and will be monitored on a monthly basis."[4]

20. The Air Force deleted housing units from the Contract in almost every month from February 2002 through February 2004.

21. On October 7, 2002, Kira submitted the aforementioned REA for partial termination for convenience.

22. On March 25, 2003, the Air Force issued the aforementioned Memorandum (Ex. 2) denying the claim for partial termination, and notifying Kira that the government was

---

[4] The Air Force later changed the number of deleted units to 333.

resuming "withholding money for the vacant units in accordance with SOW paragraph 5.21 (as modified by P00004)." (Ex. 2 at 2).

23. The Memorandum then requested that Kira pay the Air Force $79,764.00, which "represents $30,443.04 owed to the government in FY02 (Apr-Sep 02) and $49,320.96 owed to the government from Oct 02 through Feb 03." (*Id.*)

24. The Memorandum did not state that it was a Contracting Officer's "final decision" on the REA.

25. The Memorandum did not notify Kira of any appeal rights.

26. Kira has complied with all provisions of the Contract.

**COUNT I**

**Improper Denial of Equitable Adjustment for Partial Termination for Convenience,**

27. Kira incorporates the allegations of ¶¶ 1-26 above as if fully set forth herein.

28. The RFP specified 1,950 housing units; Kira based its bid price on that quantity; and Kira entered into the Contract with the Air Force on the basis of 1,950 units.

29. The Contract provided for temporary deletion of housing units from the housing inventory with temporary deductions in Kira's reimbursement under CLIN 1001.

30. The Contract incorporated 48 C.F.R. § [FAR] 52.249-2, Termination for Convenience of the Government (Fixed Price) Sep 1996 (the Termination for Convenience Clause.

31. Beginning in February 2002, the Air Force began reducing the number of housing units under the Contract each month, and deducting an amount per house from Kira's monthly reimbursement for CLIN 1001.

32. The reductions in the number of units were permanent, not temporary.

33. The Air Force has partially terminated the Contract for convenience.

34. Kira submitted a claim for an equitable adjustment for the increased cost of performing the portion of the Contract that the Air Force did not terminate.

35. The Air Force improperly denied Kira's claim for an equitable adjustment.

36. Kira has suffered damages in an amount to be determined at trial, but less than $329,026.87 because of the Air Force's improper denial of Kira's request for an equitable adjustment.

## COUNT II

### Constructive Termination for Convenience

37. Kira incorporates the allegations of ¶¶ 1-36 above as if fully set forth herein.

38. Kira entered into the Contract with the Air Force, and agreed to maintain MFH at Keesler Air Force Base.

39. The Contract specified that Kira was responsible for maintenance of 1,950 housing units.

40. The Contract provided for temporary deletion of housing units from the housing inventory with temporary deductions in Kira's reimbursement under CLIN 1001.

41. The Air Force has curtailed Kira's performance of the Contract with no justification.

42. The Contract incorporated 48 C.F.R. § [FAR] 52.249-2, Termination for Convenience of the Government (Fixed Price) Sep 1996 (the Termination for Convenience Clause.

43. Beginning in February 2002, the Air Force began reducing the number of housing units under the Contract each month, and deducting an amount per house from Kira's monthly reimbursement for CLIN 1001.

44. Beginning in February 2002, the Air Force deducted between 237 and 439 housing units.

45. The Air Force has partially terminated the Contract for convenience.

46. The Air Force denies that it has partially terminated the Contract.

47. Kira submitted a claim for an equitable adjustment for the increased cost of performing the portion of the Contract that the Air Force did not terminate.

48. The Air Force improperly denied Kira's claim for an equitable adjustment.

49. Kira has suffered damages in an amount to be determined at trial, but less than $329,026.87 because of the Air Force's improper denial of Kira's request for an equitable adjustment.

## PRAYER FOR RELIEF

**WHEREFORE**, Kira respectfully requests that this Court enter a judgment for Plaintiff and award Kira the following relief:

(a) A declaratory judgment declaring that Kira is not liable to repay the Air Force for deductions in the number of housing units under the Contract;

(b) Monetary damages in an amount to be determined at trial, but less than $329,026.87 because of the increased cost of performing the portion of the Contract that the Air Force did not terminate;

(c) Attorneys' fees;

(d) The costs of the suit; and

(e) Such other relief as the Court may deem just and proper.

Respectfully submitted,
Kira, Inc. by Counsel

Ira E. Hoffman, Esq.
GRAYSON, KUBLI & HOFFMAN, P.C.
Suite 230
1420 Spring Hill Road
McLean, Virginia 22102
(703) 749-0000

Of Counsel: James A. McMillan, Esq.

7. ISSUED BY
CODE F22600
31 CONS/LGCV
200 FIFTH STREET, ROOM 104
KEESLER AFB, MS 39534-2102
BUYER. CAROLYN MURPHY/LGCV
228-377-~~1866~~ 1808
NO COLLECT CALLS

3133 K. Roberts 1833

8. THIS ACQUISITION IS
☐ UNRESTRICTED
☐ SET ASIDE % FOR
☐ SMALL BUSINESS
☐ LABOR SURPLUS AREA CONCERNS
☐ COMBINED SMALL BUSINESS &
☐ LABOR SURPLUS AREA CONCERNS
[x] OTHER *(See Block 18)
SIC: 1799 SIZE STANDARD $7,000,000

9. SOLICITATION: SEALED OFFERS WILL BE RECEIVED AT THE ISSUING OFFICE UNTIL 4:00 PM ON 28 OCT 1998 LATE OFFERS ARE SUBJECT TO LATE PROPOSAL PROVISIONS INCORPORATED HEREIN. ALL OFFERS ARE SUBJECT TO SUCH PROVISIONS, REPRESENTATIONS, CERTIFICATIONS AND SPECIFICATIONS AS ARE ATTACHED OR INCORPORATED BY REFERENCE.

10. ITEMS TO BE PURCHASED (BRIEF DESCRIPTION)
☐ SUPPLIES [X] SERVICES MILITARY FAMILY HOUSING MAINTENANCE

11. IF OFFER IS ACCEPTED BY THE GOVERNMENT WITHIN ___ CALENDAR DAYS (60 CALENDAR DAYS UNLESS OFFEROR INSERTS A DIFFERENT PERIOD) FROM THE DATE SET FORTH IN BLK 9 ABOVE, THE CONTRACTOR AGREES TO HOLD ITS OFFERED PRICES FIRM FOR THE ITEMS SOLICITED HEREIN AND TO ACCEPT ANY RESULTING CONTRACT SUBJECT TO THE TERMS AND CONDITIONS STATED HEREIN.

12. ADMINISTERED BY CODE
81 CONS/LGCV
200 FIFTH STREET, ROOM 104
KEESLER AFB, MS 39534-2102

13. CONTRACTOR OFFEROR CODE FACILITY

TELEPHONE NO.( DUNS NO.
CHECK IF REMITTANCE IS DIFFERENT AND PUT SUCH ADDRESS IN OFFER

14. PAYMENT WILL BE MADE BY CODE
DFAS-LI/FP
ARKANSAS ROAD
LIMESTONE, ME 04751-1500
1-800-337-0371

15. PROMPT PAY DISCOUNT
NONE

16. AUTHORITY FOR USING OTHER THAN FULL & OPEN COMPETITION 10 USC 2304 ☐ (C) ( ) 41 USC 253 ☐(C) ( )

| 17. ITEM NO | 18. SCHEDULE OF SUPPLIES/SERVICES | 19. QUANTITY | 20. UNIT | 21. UNIT PRICE | 22. AMOUNT |
|---|---|---|---|---|---|
| | Enter prices in Section B, Bid Schedule.<br><br>Representations and Certifications in Section K are to be completed and submitted with your price proposal.<br><br>* Restricted under the provisions of Section 8(a) of the Small Business Act. | | | | |

23. ACCOUNTING AND APPROPRIATION DATA
SEE SECTION G.

24. TOTAL AWARD AMOUNT (FOR GOV'T USE ONLY)

25. CONTRACTOR IS REQUIRED TO SIGN THIS DOCUMENT AND RETURN 3 COPIES TO ISSUING OFFICE. CONTRACTOR AGREES TO FURNISH AND DELIVER ALL ITEMS SET FORTH OR OTHERWISE IDENTIFIED ABOVE AND ON ANY CONTINUATION SHEETS SUBJECT TO THE TERMS AND CONDITIONS SPECIFIED HEREIN.

26. AWARD OF CONTRACT: YOUR OFFER ON SOLICITATION NUMBER SHOWN IN BLOCK 4 INCLUDING ANY ADDITIONS OR CHANGES WHICH ARE SET FORTH HEREIN IS ACCEPTED AS TO ITEMS.

27. SIGNATURE OF OFFEROR/CONTRACTOR

28. UNITED STATES OF AMERICA(SIGNATURE OF CONTRACTING OFFICER)

NAME AND TITLE OF SIGNER(TYPE OR PRINT) | DATE SIGNED | NAME OF CONTRACTING OFFICER | DATE SIGNED

**PART I -THE SCHEDULE**
**SECTION b**
**SUPPLIES OR SERVICES AND PRICE/COSTS**

**Period of Performance**
**First Option Period: 01 Oct 99 - 30 Sep 00**

| ITEM NO. | SUPPLIES/SERVICE | QTY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 1001 | NONPERSONAL SERVICES: Provide all personnel, equipment, tools, materials, supervision, and all other items and services necessary to perform maintenance of military family housing at the quality standards and frequencies stated in the Performance Work Statement (PWS), Section C, at KEESLER AFB, MS. | 12 | MO | ____ | ____ |
| 1002 | The estimated cost of materials, parts and supplies for which the contractor may be reimbursed under provisions of the contract. | | | NTE | $150,000 |
| 1003 | Contract Data Requirements List (DD Form 1423) | | | NSP | NSP |
| | | Estimated | | | Estimated |
| 1004 | Repair Termite Damage | | | NTE | $10,000 |
| 1005 | Perform Interior Major Painting (Over 200 sq ft per unit) | 4,500,000 | SF | ____ | ____ |
| 1006 | Perform Exterior Major Painting (Over 200 sq ft per unit) | 10,000 | SF | ____ | ____ |
| 1007 | Major Floor Replacement | | | | |
| 1007AA | Replacement of Resilient Tile Flooring (Over 120 sq ft per unit) | 20,000 | SF | ____ | ____ |

| | | | | | |
|---|---|---|---|---|---|
| 1007AB | Replacement of Linoleum (sheet) Flooring (Over 120 sq ft per unit) | 5,000 | SF | ____ | ______ |
| 1007AC | Complete or partial refinishing of Wood Stairs | 15,000 | SF | ____ | ______ |
| 1007AD | Repair of Carpet | 20 | SY | ____ | ______ |
| 1008 | Replacement of Countertops | 1,500 | LF | ____ | ______ |
| 1009 | Replace/Repair Deteriorated Structural Wood | 30,000 | BF | ____ | ______ |
| 1010 | Prepare surfaces which contain lead-based paint | 30,000 | SF | ____ | ______ |
| 1011 | Sewer Lines | | | | |
| 1011AA | Replacement of collapsed sewer lines | 2,500 | LF | ____ | ______ |
| 1011AB | Bore under roads/sidewalks for replacement of collapsed sewer lines | 5 | EA | ____ | ______ |
| 1012 | Water Lines | | | | |
| 1012AA | Replacement of Water Lines under Turfed area | 120 | LF | ____ | ______ |
| 1012AB | Replacement of Water Lines under Concrete area | 120 | LF | ____ | ______ |
| 1013 | Roof Repair | | | NTE | **$10,000** |

**PART I - THE SCHEDULE**
**SECTION C**
**DESCRIPTION/SPECIFICATOINS/WORK STATEMENT**

C-700. **DESCRIPTION/SPECS/WORK STATEMENT** APR 1991

Specifications that are applicable are listed below and are attached at the end of the solicitation/contract:

Title: **APPENDIX A, PERFORMANCE WORK STATEMENT**
Project No.: **N/A**
Date: **14 SEP 98**

B-1. **CLAUSES AND PROVISIONS**

(a) Clauses and provisions from the Federal Acquisition Regulation (FAR) and supplements thereto are incorporated in this document by reference and in full text. Those incorporated by reference have the same force and effect as if they were given in full text.

(b) Clauses and provisions in this document will be numbered in sequence, but will not necessarily appear in consecutive order.

(c) **Sections K, L and M will be physically removed from any resultant award but will be deemed to be incorporated, by reference, in that award.**

**PART I - THE SCHEDULE**
**SECTION E**
**INSPECTION AND ACCEPTANCE**

E-5. **52.246-4** **INSPECTION OF SERVICES--FIXED-PRICE** AUG 1996
(IAW FAR 46.304)

E-41. **INSPECTION AND ACCEPTANCE**
(IAW FAR 46.401(b), and 46.503)
Inspection and acceptance of the (Services/Supplies) will be performed at **KEESLER AFB, MS** by **81 CES/CEH.**

**PART I - THE SCHEDULE**
**SECTION F**
**DELIVERIES OR PERFORMANCE**

F-13. **PLACE OF PERFORMANCE**
(IAW FAR 11.401(a))

Services under this contract are required to be performed at the following location(s): **KEESLER AFB, MS.**

F-14. **PERIOD OF CONTRACT**
(IAW FAR 11.401(a))

This contract shall be in effect from the effective date of the contract through **30 SEP 99.**

F-26. 52.242-15 **STOP-WORK ORDER** AUG 1989
(IAW FAR 42.1305(b)(1))

F-29. 52.242-17 **GOVERNMENT DELAY OF WORK** APR 1984
(IAW FAR 42.1305(d))

PART I - THE SCHEDULE
SECTION G
CONTRACT ADMINISTRATION DATA

G-1. **ACCOUNTING AND APPROPRIATION DATA**

~~SUBJECT TO AVAILABILITY OF FUNDS
TO BE CITED ON DELIVERY ORDER~~

delete per Amen. 2

G-601. **PAYMENTS**

The Contractor will be paid monthly upon the submission of proper invoices for the services performed during the preceding month. The Contractor shall submit invoices in four copies in accordance with Part II, Section I, Clause entitled Prompt Payment (FAR 52.232-25). Invoices shall be submitted on a monthly basis covering the services performed during the preceding month. The Contractor's monthly invoices shall be submitted to:

**DFAS-LI/FP**
**3 ARKANSAS ROAD**
**LIMESTONE, ME 04751-1500**

G-603. 5352.232-9000 **REMITTANCE ADDRESS** MAY 1996
(IAW AFFARS 5332.908)

If the remittance address is difference from the mailing address, enter the remittance address below. Failure to provide this information may impact payment.

____________________________________

____________________________________

____________________________________

SIC CODE 1799 - CONSTRUCTION, SPECIAL TRADE CONTRACTORS, BASE HOUSING MAINTENANCE

IAW FAR 52.232.27(a)(1)(i)(A) payment is due "net 14 days"

**PART I - THE SCHEDULE**
**SECTION H**
**SPECIAL CONTRACT REQUIREMENTS**

H-91. **WAGE DETERMINATION**
(IAW FAR 22.1012-1)
Service Contract Act Wage Determination Nr **94-2302**, dated **29 JUL 98** is attached hereto and made a part hereof.

H-109. **REQUIRED INSURANCE**
(IAW 28.306 (b))

Reference FAR clause entitled "Insurance……" The Contractor shall, at its own expense, procure and thereafter maintain the following kinds of insurance with respect to performance under the contract.

a. Workmen's Compensation and Employers Liability Insurance as required by Law except that if this contract is to be performed in a State which does not require or permit private insurance, then compliance with the statutory or administrative requirements in any such State will be satisfactory. The required Workmen's Compensation insurance shall extend to cover employer's Liability for accidental bodily injury or death and for occupational disease with a minimum Liability Limit of **$100,000.**

b. General Liability Insurance. Bodily injury Liability insurance, in the minimum Limits of **$500,000** per occurrence shall be required on the comprehensive form of policy.

c. Automobile Liability Insurance. This insurance shall be required on the comprehensive form of policy and shall provide bodily injury Liability and property damage Liability covering the operation of all autombiles used in connection with the performance of the contract. At least the minimum Limits of **$200,000** per person and **$500,000** per occurrence for bodily injury and **$20,000** per occurrence for property damage shall be required.

H-601. **5352.214-9000** **SMOKING IN AETC FACILITIES** JUL 1993
(IAW AETCFARS 5314.201-2(h))
Contractors are advised that the Commander has placed restrictions on the smoking of tobacco products in AETC facilities. Contractor employees and visitors are subject to the same restrictions as are Government personnel. Smoking is permitted only in designated smoking areas.

H-602. **5352.237-9002** **UTILITIES CONSERVATION** JUL 1993
(IAW AETCFARS 5337.110(e))
The Contractor will be required to participate in Government energy conservation programs. For the purpose of this contract, utilities such as water, electricity, etc., will be furnished by the Government at no cost to the Contractor. Long distance and Defense Switched Network (DSN) telephone services will not be provided.

H-609. **5352.217-9000** **OPTION CLAUSE LIMITATION NOTICE** JUL 1994
(IAW AETCFARS 5317.208(f))
This contract contains two option provisions: (i) Option to Extend Services, and (ii) Option to Extend the Term of the Contract (See FAR 52.217-8 and FAR 52.217-9) of which either or both may be exercised by the unilateral right of the Government. The clause entitled "Option to Extend the Term of the Contract" will not be exercised after any exercise of the "Option to Extend Services" clause.

PART II - CONTRACT CLAUSES
SECTION I
CONTRACT CLAUSES

FAR 52.252-2 CLAUSES INCORPORATED BY REFERENCE (IAW FAR 52.107(b)) FEB 1988

This contract incorporates one or more clauses by reference, with the same force and effect as if they were given in full text. Upon request, the Contracting Officer will make their full text available. Also, the full text of a clause may be accessed electronically at this/these address(es): **http://farsite.hill.af.mil/**

| NO | FAR PARA | CLAUSE TITLE | DATE |
|---|---|---|---|
| I-11. | 52.202-1 | DEFINITIONS (IAW FAR 2.201) | OCT 1995 |
| I-19. | 52.203-3 | GRATUITIES (IAW FAR 3.202) | APR 1984 |
| I-20. | 52.203-5 | COVENANT AGAINST CONTINGENT FEES (IAW FAR 3.404) | APR 1984 |
| I-21. | 52.203-6 | RESTRICTIONS ON SUBCONTRACTOR SALES TO THE GOVERNMENT (IAW FAR 3.503-2) | JUL 1995 |
| I-22. | 52.203-7 | ANTI-KICKBACK PROCEDURES (IAW FAR 3.502-3) | JUL 1995 |
| I-23. | 52.203-8 | CANCELLATION, RESCISSION, AND RECOVERY OF FUNDS FOR ILLEGAL OR IMPROPER ACTIVITY (IAW FAR 3.104-9(a)) | JAN 1997 |
| I-25. | 52.203-10 | PRICE OR FEE ADJUSTMENT FOR ILLEGAL OR IMPROPER ACTIVITY (IAW FAR 3.104-9(b)) | JAN 1997 |
| I-25C. | 52.203-12 | LIMITATION ON PAYMENTS TO INFLUENCE CERTAIN FEDERAL TRANSACTIONS (IAW FAR 3.808(b)) | JUN 1997 |
| I-39. | 52.204-4 | PRINTING/COPYING DOUBLE-SIDED ON RECYCLED PAPER (IAW FAR 4.304) | JUN 1996 |
| I-78. | 52.209-6 | PROTECTING THE GOVERNMENT'S INTEREST WHEN SUBCONTRACTING WITH CONTRACTORS DEBARRED, SUSPENDED, OR PROPOSED FOR DEBARMENT (IAW FAR 9.409(b)) | JUL 1995 |
| I-102. | 52.211-15 | DEFENSE PRIORITY AND ALLOCATION REQUIREMENTS (IAW FAR 11.604(b)) | SEP 1990 |
| I-128. | 52.215-2 | AUDIT AND RECORDS--NEGOTIATION (IAW FAR 15.209(b)(1)) | AUG 1996 |
| I-129G | 52.215-8 | ORDER OF PRECEDENCE--UNIFORM CONTRACT FORMAT (IAW FAR 15.209(h)) | OCT 1997 |
| I-134C. | 52.215-11 | PRICE REDUCTION FOR DEFECTIVE COST OR PRICING DATA--MODIFICATIONS (IAW FAR 15.408(c)) | OCT 1997 |
| I-136C. | 52.215-13 | SUBCONTRACTOR COST OR PRICING DATA--MODIFICATIONS (IAW FAR 15.408(e)) | OCT 1997 |
| I-137C. | 52.215-14 | INTEGRITY OF UNIT PRICES (IAW FAR 15.408(f)(1)) | OCT 1997 |

I-147K. 52.215-21 **REQUIREMENTS FOR COST OR PRICING DATA OR INFORMATION OTHER THAN COST OR PRICING DATA--MODIFICATIONS** OCT 1997
(IAW FAR 15.408(m))

I-170. 52.216-18 **ORDERING** OCT 1995
(IAW FAR 16.506(a))

For the purposes of this clause the blank(s) are completed as follows:
(a) issued from **01 APR 99** through **30 SEP 99**

I-171. 52.216-19 **DELIVERY-ORDER LIMITATIONS** OCT 1995
(IAW FAR 16.506(b)

For the purposes of this clause the blank(s) are completed as follows:
(a) **$0.00**
(b)(1) **Shall not exceed estimated quantities specified in Schedule B.**
(b)(2) **Shall not exceed estimated quantities specified in Schedule B.**
(b)(3) **N/A**
(d) **N/A**

|| ★

I-173. 52.216-21 **REQUIREMENTS** OCT 1995
(IAW FAR 16.506(d)(1))

For the purposes of this clause the blank(s) are completed as follows:
(f) Contractor shall not be required to make any deliveries under this contract after **30 SEP 99.**

I-194. 52.217-8 **OPTION TO EXTEND SERVICES** AUG 1989
(IAW FAR 17.208(f))

For purposes of this clause, the Contracting Officer may exercise the option by Written notice to the Contractor within **15 calendar days prior to the expiration date of the contract.**

I-195. 52.217-9 **OPTION TO EXTEND THE TERM OF THE CONTRACT** MAR 1989
(IAW FAR 17.208(g))

For the purposes of this clause the blank(s) are completed as follows:
(a) within **15 DAYS PRIOR TO EXPIRATION OF CONTRACT**
(c) not to exceed **60 MONTHS**

I-214. 52.219-8 **UTILIZATION OF SMALL, SMALL DISADVANTAGED AND WOMEN-OWNED SMALL BUSINESS CONCERNS** JUN 1997
(IAW FAR 19.708(a))

I-221. 52.219-14 **LIMITATIONS ON SUBCONTRACTING** DEC 1996
(IAW FAR 19.508(e), and 19.811-3(e), and 19.1006(c)(3))

I-224. 52.219-17 **SECTION 8(a) AWARD** DEC 1996
(IAW FAR 19.811-3(c))

deleted per Amen. 2 – See Attached page!

(a) By execution of a contract, the Small Business Administration (SBA) agrees to the following:

(1) To furnish the supplies or services set forth in the contract according to the specifications and the terms and conditions by subcontracting with the Offeror who has been determined an eligible concern pursuant to the provisions of section 8(a) of the Small Business Act, as amended (15 U.S.C. 637(a)).

(2) Except for novation agreements and advance payments, delegates to the <u>81CONS/LGCV</u> the responsibility for administering the contract with complete authority to take any action on behalf of the Government under the terms and conditions of the contract; **provided**, however that the contracting agency shall give advance notice to the SBA before it issues a final notice terminating the right of the subcontractor to proceed with further performance, either in whole or in part, under the contract.

(3) That payments to be made under the contract will be made directly to the subcontractor by the contracting activity.

(4) To notify the <u>81CONS/LGCV</u> Contracting Officer immediately upon notification by the subcontractor that the owner or owners upon whom 8(a) eligibility was based plan to relinquish ownership or control of the concern.

g. Section I, add the following Contract Clause:

| | | | |
|---|---|---|---|
| IA-284. | 252.219-7010 | Section 8(a) Direct Award Alternate I | Jun 1998 |

As prescribed in 219.811-3(2), substitute the following paragraph (c) for paragraph (c) of the clause at FAR 52.219-18:

(c) Any award resulting from this solicitation will be made directly by the Contracting Officer to the successful 8(a) offeror selected through the evaluation criteria set forth in this solicitation.

(5) That the subcontractor awarded a subcontract hereunder shall have the right of appeal from decisions of the cognizant Contracting Officer under the "Disputes" clause of the subcontractor.

(b) The offeror/subcontractor agrees and acknowledges that it will, for and on behalf of the SBA, fulfill and perform all of the requirements of the contract.
(c) The offeror/subcontractor agrees that it will not subcontract the performance of any of the requirements of this subcontract to any lower tier subcontractor without the prior written approval of the SBA and the cognizant Contracting Officer of the **81 CONS/LGCV**.

I-225. **52.219-18** **NOTIFICATION OF COMPETITION LIMITED TO ELIGIBLE 8(a) CONCERNS** JAN 1997
(IAW FAR 19.811-3(d))

(a) Offers are solicited only from small business concerns expressly certified by the Small Business Administration (SBA) from participation in the SBA's 8(a) Program and which meet the following criteria at the time of submission of offer--

(1) SIC code **1799** is specifically included in the Offeror's approved business plan;
(2) The Offeror is in conformance with the 8(a) support limitation set forth in its approved business plan; and
(3) The Offeror is in conformance with the Business Activity Targets set forth in its approved business plan or any remedial action directed by the SBA.

(b) By submission of its offer, the Offeror represents that it meets all of the criteria set forth in paragraph (a) of this clause.

(c) Any award resulting from this solicitation will be made to the Small Business Administration, which will subcontract performance to the successful 8(a) offeror selected through the evaluation criteria set forth in this solicitation.

(d) (1) **Agreement.** A small business concern submitting an offer in its own name agrees to furnish, in performing the contract, only end items manufactured or produced by small business concerns in the United States. The term "United States: includes its territories and possessions, the Commonwealth of Puerto Rico, the Trust Territory of the Pacific Islands, and the District of Columbia. If this procurement is processed under simplified acquisition procedures and the total amount of this contract does not exceed $25,000, a small business concern may furnish the product of any domestic firm. This subparagraph does not apply in connection with construction or service contracts.

(2) The will notify the **81st CONS/LGCV** Contracting Officer in writing immediately upon entering an agreement (either oral or written) to transfer all or part of its stock or other ownership interest to any other party.

I-225C. **52.219-18** **NOTIFICATION OF COMPETITION LIMITED TO ELIGIBLE 8(a) CONCERNS -- ALTERNATE I** NOV 1989
(IAW FAR 19.811-3(d)(1))

Add the following subparagraph (a)(4) to paragraph (a) of the clause:

(4) The offeror's approved business plan is on the file and serviced by SBA, Region IV (Jackson, MS, Birmingham, AL, Louisville, KY, Nashville, TN Columbia, SC, Charlotte, NC, Florida Offices, Atlanta, GA.

I-247. **52.222-3** **CONVICT LABOR** AUG 1996
(IAW FAR 22.202)

I-248. **52.222-4** **CONTRACT WORK HOURS AND SAFETY STANDARDS ACT--OVERTIME COMPENSATION** JUL 1995
(IAW FAR 22.305)

I-250. **52.222-6** **DAVIS-BACON ACT** FEB 1995
(IAW FAR 22.407(a)(1))

Contract Clauses "FAR 52.222-6 through 52.222-15 are applicable to the following CLINs:

Basic Period: 0005, 0006, 0007AA/AB/AC, 0008, 0009, 0010, 0011, 0012
First Option: 1005, 1006, 1007AA/AB/AC, 1008, 1009, 1010, 1011, 1012
Second Option: 2005, 2006, 2007AA/AB/AC, 2008, 2009, 2010, 2011, 2012
Third Option: 3005, 3006, 3007AA/AB/AC, 3008, 3009, 3010, 3011, 3012
Fourth Option: 4005, 4006, 4007AA/AB/AC, 4008, 4009, 4010, 4011, 4012

I-251. **52.222-7** **WITHHOLDING OF FUNDS** FEB 1988
(IAW FAR 22.407(a)(2))

I-252. **52.222-8** **PAYROLLS AND BASIC RECORDS** FEB 1988
(IAW FAR 22.407(a)(3))

I-253. **52.222-9** **APPRENTICES AND TRAINEES** FEB 1988
(IAW FAR 22.407(a)(4))

I-254. **52.222-10** **COMPLIANCE WITH COPELAND ACT REQUIREMENTS** FEB 1988
(IAW FAR 22.407(a)(5)

I-255. **52.222-11** **SUBCONTRACTS (LABOR STANDARDS)** FEB 1988
(IAW FAR 22.407(a)(6))

I-256. **52.222-12** **CONTRACT TERMINATION--DEBARMENT** FEB 1988
(IAW FAR 22.407(a)(7))

I-257. **52.222-13** **COMPLIANCE WITH DAVIS BACON AND RELATED ACT REGULATIONS** FEB 1998
(IAW FAR 22.407(a)(8))

I-258. **52.222-14** **DISPUTES CONCERNING LABOR STANDARDS** FEB 1988
(IAW FAR 22.407(a)(9))

I-259. **52.222-15** **CERTIFICATION OF ELIGIBILITY** FEB 1988
(IAW FAR 22.407(a)(10))

I-263A **52.222-21** **PROHIBITION OF SEGREGATED FACILITIES** APR 1984
(Deviation)
(IAW FAR 22.810(a)(1))

(a) "Segregated facilities," as used in this clause means any waiting rooms, work areas, rest rooms and wash rooms, restaurants and other eating areas, time clocks, locker rooms and other storage or dressing areas, parking lots, drinking fountains, recreation or entertainment areas, transportation, and housing facilities provided for employees, that are segregated by explicit directive or are in fact segregated on the basis of race, color, religion, sex or national origin because of written or oral policies, or employee custom. The term does not include separate or single-user rest rooms and necessary dressing or sleeping areas, which shall be provided to assure privacy between the sexes.

(b) The Contractor agrees that it does not and will not maintain or provide for its employees any segregated facilities at any of its establishments, and that it does not and will not permit its employees to perform their services at any location under its control where segregated facilities are maintained. The Contractor agrees that a breach of this clause is a violation of the Equal Opportunity clause in this contract.

(c) The Contractor shall include this clause in every subcontract that contains the clause of this contract entitled "Equal Opportunity."

I-264. **52.222-26** **EQUAL OPPORTUNITY** APR 1984
(DEVIATION)
(IAW FAR 22.810(e))

(a) If, during any 12-month period (including 12 months preceding the award of this contract), the Contractor has been or is awarded nonexempt Federal contracts and/or subcontracts that have any aggregate value in excess of $10,000, the Contractor

shall comply with subparagraphs (b)(1) through (11) below. Upon request, the contractor shall provide information necessary to determine the applicability of this clause.

(b) During performing this contract, the Contractor agrees as follows:

(1) The Contractor shall not discriminate against any employee or applicant for employment because of race, color, religion, sex, or national origin. [Note: It shall not be a violation of E.O. 11246 for a contractor to extend a publicly announced preference in employment to Indians living on or near an Indian reservation in connection with employment opportunities on or near an Indian reservation. See 22.807(b)(4)].

(2) The Contractor shall take affirmative action to ensure that applicants are employed, and that employees are treated during employment, without regard to their race, color, religion, sex or national origin. This shall include, but not limited to-

(i) Employment;
(ii) Upgrading;
(iii) Demotion;
(iv) Transfer;
(v) Recruitment or recruitment advertising;
(vi) Layoff or termination;
(vii) Rates of pay or other forms of compensation; and
(viii) Selection for training, including apprenticeship.

(3) The Contractor shall post in conspicuous places available to employees and applicants for employment the notices to be provided by the Contracting Officer that explains this clause.

(4) The Contractor shall, in all solicitations or advertisement(s) for employees placed by or on behalf of the Contractor, state that all qualified applicants will receive consideration for employment without regard to race, color, religion, sex, or national origin.

(5) The Contractor shall send, to each labor union or representative of workers with which it has a collective bargaining agreement or other contract or understanding, the notice to be provided by the Contracting Officer advising the labor union or workers' representative of the Contractor's commitments under this clause, and post copies of the notice in conspicuous places available to employees and applicants for employment.

(6) The Contractor shall comply with Executive Order 11246, as amended, and the rules, regulations and orders of the Secretary of Labor:

(7) The Contractor shall furnish to the contracting agency all information required by Executive Order 11246, as amended, and by the rules, regulations, and orders of the Secretary of Labor. The Contractor shall, within 30 days following the award, file Standard Form 100 (EEO-1), or any successor form, unless filed within 12 months preceding the date of award.

(8) The Contractor shall permit access to its premises by the contracting officer or the Office of Federal Contract Compliance Programs (OFCCP) for the purpose of conducting on-site compliance reviews and inspecting such books, records, accounts, and other materials as may be relevant to an investigation to ascertain the Contractor's compliance with the applicable rules, regulations, and orders.

(9) If the OFCCP determines that the Contractor is not in compliance with this clause or any rule, regulation, or order of the Secretary of Labor, this contract may be canceled, terminated, or suspended in whole or in part and the Contractor may be declared ineligible for further Government contracts, under the procedures authorized in Executive Order 11246, as amended. In addition, sanctions may be imposed and remedies invoked against the Contractor as provided in Executive Order 11246, as amended, in the rules, regulations, and orders of the Secretary of Labor,; or an otherwise provided by law.

(10) The Contractor shall include the terms and conditions of subparagrph (b)(1) through (11) of this clause in every subcontract or purchase order that is not exempted by the rules, regulations, or orders of the Secretary of Labor issued under Executive Order 11246, as amended, so that these terms and conditions will be binding upon each subcontractor or vendor.

(11) The Contractor shall take such action with respect to any subcontract or purchase order as the contractor officer may direct as a means of enforcing these terms and conditions, including sanctions for noncompliance; provided, that if the Contractor becomes involved in, or is threatened with, litigation with a subcontractor or vendor as a result of any direction, the Contractor may request the United States to enter into the litigation to protect the interests of the United States.

(c) Notwithstanding any other clause in this contract, disputes relative to this clause will be government by the procedures in 41 CFR 6-1.1.

I-274. 52.222-35 **AFFIRMATIVE ACTION FOR DISABLED VETERANS AND VETERANS OF THE VIETNAM ERA** (IAW FAR 22.1308(a)(1), APR 1998

I-276. 52.222-36 **AFFIRMATIVE ACTION FOR WORKERS WITH** DISABILITIES (IAW FAR 22.1408(a)) JUN 1998

I-278. 52.222-37 **EMPLOYMENT REPORTS ON SPECIAL DISABLED VETERANS AND VETERANS OF THE VIETNAM ERA** (IAW FAR 22.1308(b)) JAN 1988

I-283. 52.222-41 **SERVICE CONTRACT ACT OF 1965, AS AMENDED** (IAW FAR 22.1006(a)) MAY 1989

IA-283. 252.219.7009 - See Attached Page 1

~~I-284. 52.222-42 STATEMENT OF EQUIVALENT RATES FOR FEDERAL HIRES~~ MAY 1989 (IAW FAR 22.1006(b))

See Attached 2

In compliance with the Service Contract Act of 1965, as amended, and the regulations of the Secretary of Labor (29 CFR Part 4), this clause identifies the classes of service employees expected to be employed under the contract and states the wages and fringe benefits payable to each if they were employed by the contracting agency subject to the provisions of 5 U.S.C. 5341 or 5332.

**THIS STATEMENT IS FOR INFORMATION ONLY: IT IS NOT A WAGE DETERMINATION**

Employee Class Monetary Wage - Fringe Benefits

| | |
|---|---|
| **SERVICE ORDER DISPATCHER** | **$8.50** |
| **CARPENTER, MAINTENANCE** | **$14.03** |
| **PAINTER, MAINTENANCE** | **$14.03** |
| **PLUMBER, MAINTENANCE** | **$14.03** |
| **ELECTRICIAN, MAINTENANCE** | **$17.50** |
| **HVAC MECHANIC** | **$14.58** |
| **JANITOR, PORTER, CLEANER** | **$ 8.56** |

I-285. 52.222-43 **FAIR LABOR STANDARDS ACT AND SERVICE CONTRACT ACT--PRICE ADJUSTMENT (MULTIPLE YEAR AND OPTION CONTRACTS)** (IAW FAR 22.1006(c)(1)) MAY 1989

I-292. 52.223-2 **CLEAN AIR AND WATER** (IAW FAR 23.105(a)) APR 1984

I. Section I, add the following Contract Clause: Page

IA-283. 252.219-7009 Section 8(a) Direct Award Jun 1998

(a) This contract is issued as a direct award between the contracting office and the 8(a) Contractor pursuant to the memorandum of Understanding dated May 6, 1998, between the Small Business Administration (SBA) and the Department of Defense. Accordingly, the SBA is not a party to this contract. SBA does retain

responsibility for 8(a) certification, for 8(a) eligibility determinations and related issues, and for providing counseling and assistance to the 8(a) Contractor under the 8(a) program. The cognizant SBA district office is:

______________________________

______________________________

______________________________

(To be completed by the Contracting Officer at time of award)

(b) The contracting office is responsible for administering the contract and for taking any action on behalf of the Government under the terms and conditions of the contract; provided that the contracting office shall give advance notice to the SBA before it issues a final notice terminating performance, either in whole or in part, under the contract. The contracting office may assign contract administration functions to a contract administration office.

(c) The Contractor agrees that-

(1) It will notify the Contracting Officer, simultaneous with its notification to the SBA (as required by SBA's 8(a) regulations at 13 CFR 124.308), when the owner or owners upon whom 8(a) eligibility is based plan to relinquish ownership or control of the concern. Consistent with Section 407 of Pub. L. 100-656, transfer of ownership or control shall result in termination of the contract for convenience, unless the SBA waives the requirement for termination prior to the actual relinquishing of ownership and control; and

(2) It will not subcontract the performance of any of the requirements of this contract without the prior written approval of the SBA and the Contracting Officer.

Tagged

d. Section I, Contract Clause I-284. FAR 52.222-42, Statement of Equivalent Rates for Federal Hires is amended by adding the following:

FRINGE BENEFITS:

a. Total fringe benefit factor is 32.45 percent.

b. Contribution of 5.6 percent of basic hourly rate for insurance (health and life), 23.7 percent for retirement, 1.7 percent for other fringe benefits and 1.45 percent for Medicare.

c. Ten paid holidays as follows: New Year's Day, Martin Luther King's Birthday, Washington's Birthday, Memorial Day, Independence Day, Columbus Day, Veteran's Day, Thanksgiving Day and Christmas Day. This only 9.

d. Paid annual leave (vacation) as follows: (a) 2 hours of annual leave each week for an employee with less than 3 years of service; (b) 3 hours of annual leave each week for an employee with 3 but less than 15 years of service; (c) 4 hours of annual leave each week for an employee with 15 years of service. (In the foregoing clause, the basic hourly rate by classification above shall be Wage Board Pay Schedule Step 2 for nonsupervisory service employees and Step 3 for supervisory service employees).

| | | | |
|---|---|---|---|
| I-294. | 52.223-5 | **POLLUTION PREVENTION AND RIGHT-to-KNOW INFORMATION** (IAW FAR 23.1005) | APR 1984 |
| I-295. | 52.223-6 | **DRUG-FREE WORKPLACE** (IAW FAR 23.505) | JAN 1997 |
| I-296C. | 52.223-9 | **CERTIFICATION AND ESTIMATE OF PERCENTAGE OF RECOVERED MATERIAL CONTENT FOR EPA DESIGNATED ITEMS** (IAW 23.405(b) | OCT 1997 |

CERTIFICATION

I,________________________(name of certifier), am an officer or employee responsible for the performance of this contract and hereby certify that the percentage of recovered material content for EPA designated items was at least the amount required by the applicable contract specification.

____________________________
(Signature of the Officer or Employee

____________________________
(Typed name of the Officer or Employee)

____________________________
(Title)

____________________________
(Name of Company, Firm or Organization

____________________________
(Date)

(b) The Contractor also shall estimate the percentage of recovered materials actually used in the performance of this contract. The estimate is in addition to the certification in paragraph (a) of this clause.

ESTIMATE

| EPA Designated Item | Total Dollar Value of EPA Designated Item | Percentage of Recovered Material Content |
|---|---|---|
| ________ | ________ | ________ |
| ________ | ________ | ________ |
| ________ | ________ | ________ |

·Where applicable, also include the percentage of post consumer material content.

(c) The Contractor shall submit this certification and estimate upon completion of the contract to 81 CONS/LGCV.

| | | | |
|---|---|---|---|
| I-297. | 52.223-10 | **WASTE REDUCTION PROGRAM** (IAW 23.706) | OCT 1997 |
| I-297D. | 52.223-12 | **REFRIGERATION EQUIPMENT AND AIR CONDITIONERS** (IAW 23.804(b) | MAY 1995 |

| | | | |
|---|---|---|---|
| I-297E. | 52.223-14 | **TOXIC CHEMICAL RELEASE REPORTING**<br>(IAW FAR 23.907(b)) | OCT 1996 |
| I-312. | 52.225-11 | **RESTRICTIONS ON CERTAIN FOREIGN PURCHASES**<br>(IAW FAR 25.702) | AUG 1998 |
| I-315. | 52.227-1 | **AUTHORIZATION AND CONSENT**<br>(IAW FAR 27.201-2(a)) | JUL 1995 |
| I-317. | 52.227-2 | **NOTICE AND ASSISTANCE REGARDING PATENT AND COPYRIGHT INFRINGEMENTS**<br>(IAW FAR 27.202-2) | AUG 1996 |
| I-337. | 52.228-5 | **INSURANCE--WORK ON A GOVERNMENT INSTALLATION**<br>(IAW FAR 28.310) | JAN 1997 |
| I-352. | 52.229-3 | **FEDERAL, STATE, AND LOCAL TAXES**<br>(IAW FAR 29.401-3) | JAN 1991 |
| I-354. | 52.229-5 | **TAXES--CONTRACTS PERFORMED IN U.S. POSSESSIONS OR PUERTO RICO**<br>(IAW FAR 29.401-5) | APR 1984 |
| I-383. | 52.232-1 | **PAYMENTS**<br>(IAW FAR 32.111(a)(1)) | APR 1984 |
| I-391. | 52.232-8 | **DISCOUNTS FOR PROMPT PAYMENT**<br>(IAW FAR 32.111(c)(1)) | MAY 1997 |
| I-394. | 52.232-11 | **EXTRAS**<br>(IAW FAR 32.111(d)(2)) | APR 1984 |
| I-403. | 52.232-17 | **INTEREST**<br>(IAW FAR 32.617(a), and 32.617(b)) | JUN 1996 |
| I-405. | 52.232-18 | **AVAILABILITY OF FUNDS**<br>(IAW FAR 32.705-1(a)) | APR 1984 |
| I-409. | 52.232-23 | **ASSIGNMENT OF CLAIMS**<br>(IAW FAR 32.806(a)(1)) | JAN 1986 |
| I-410. | 52.232-23 | **ASSIGNMENT OF CLAIMS -- ALTERNATE I**<br>(IAW FAR 32.806(a)(2)) | APR 1984 |
| I-412. | 52.232-25 | **PROMPT PAYMENT**<br>(IAW FAR 32.908(c)) | JUN 1997 |

For the purposes of this clause the blank(s) are completed as follows:
(a)(5)(i) **7th**

(b)(1) **30th**

| | | | |
|---|---|---|---|
| I-417. | 52.233-1 | **DISPUTES**<br>(IAW FAR 33.215) | OCT 1995 |
| I-419. | 52.233-3 | **PROTEST AFTER AWARD**<br>(IAW FAR 33.106(b)) | AUG 1996 |
| I-478. | 52.237-2 | **PROTECTION OF GOVERNMENT BUILDINGS, EQUIPMENT,AND VEGETATION**<br>(IAW FAR 37.110(b)) | APR 1984 |
| I-479. | 52.237-3 | **CONTINUITY OF SERVICES**<br>(IAW FAR 37.110(c)) | JAN 1991 |
| I-541. | 52.242-13 | **BANKRUPTCY**<br>(IAW FAR 42.903) | JUL 1995 |
| I-546. | 52.243-1 | **CHANGES--FIXED-PRICE**<br>(IAW FAR 43.205(a)(1)) | AUG 1987 |

| | | | |
|---|---|---|---|
| I-547. | 52.243-1 | **CHANGES--FIXED PRICE --ALTERNATE I** (IAW FAR 43.205(a)(2)) | APR 1984 |
| I-574. | 52.244-6 | **SUBCONTRACTS FOR COMMERCIAL ITEMS AND COMMERCIAL COMPONENTS** (IAW FAR 44.403) | APR 1998 |

(a) Definition.

"Commercial item", as used in this clause, has the meaning contained in the clause at 52.202-1, Definitions.

"Subcontract", as used in this clause, includes a transfer of commercial items between divisions, and subsidiaries, or affiliates of the Contractor or subcontractor at any tier.

(b) To the maximum extent practicable, the Contractor shall incorporate, and require its subcontractors at all tiers to incorporate, commercial items or nondevelopmental items as components of items to be supplied under this contract.

(c) Notwithstanding any other clause of this contract, the Contractor is not required to include any FAR provision of clause, other than those listed below to the extent they are applicable and as may be required to establish the reasonableness of prices under Part 15, in a subcontract at any tier for commercial items or commercial components:

(1) 52.222-26, Equal Opportunity (E.O. 11246);

(2) 52.222-35, Affirmative Action for Special Disabled and Vietnam Era Veterans (38 U.S.C. 4212(a));

(3) 52.222-36, Affirmative Action for Handicapped Workers (29 U.S.C. 793); and

(4) 52.247-64, Preference for Privately Owned U.S.-Flagged Commercial Vessels (46 U.S.C. 1241) (flow down not required for subcontracts awarded beginning May 1, 1996).

(d) The Contractor shall include the terms of this clause, including this paragraph (d), in subcontracts awarded under this contract.

| | | | |
|---|---|---|---|
| I-580. | 52.245-2 | **GOVERNMENT PROPERTY (FIXED-PRICE CONTRACTS)** (IAW FAR 45.106(b)(1), and DDP Memo dated 01 Oct 97, DAR Tracking #97-00007) | DEC 1989 |

The sentence that states that "special tooling accountable to this contract is subject to the provisions of the Special Tooling clause and is not subject to the provisions of this clause" is waived in accordance with class deviation approved in DDP MEMO dated 01 Oct 97, DAR Tracking #97-00007, for a one-year period ending October 16, 1998, or until the FAR is revised, whichever event occurs first.

| | | | |
|---|---|---|---|
| I-630. | 52.246-25 | **LIMITATION OF LIABILITY--SERVICES** (IAW FAR 46.805) | FEB 1997 |
| I-671. | 52.248-1 | **VALUE ENGINEERING** (IAW FAR 48.201(b)) | MAR 1989 |
| I-684. | 52.249-2 | **TERMINATION FOR CONVENIENCE OF THE GOVERNMENT (FIXED-PRICE)** (IAW FAR 49.502(b)(1)(i)) | SEP 1996 |
| I-699. | 52.249-8 | **DEFAULT (FIXED-PRICE SUPPLY AND SERVICE)** (IAW FAR 49.504(a)(1)) | APR 1984 |

I-732. **52.252-4** **ALTERATIONS IN CONTRACT** APR 1984
(IAW FAR 52.107(d))
Portions of this contract are altered as follows: None

I-733. **52.252-6** **AUTHORIZED DEVIATIONS IN CLAUSES** APR 1984
(IAW FAR 52.107(f))
(a) The use in this solicitation or contract of any Federal Acquisition Regulation (48 CFR Chapter 1) clause with an authorized deviation is indicated by the addition of "(DEVIATION)" after the date of the clause.

(b) The use in this solicitation or contract of any Defense Federal Acquisition Regulation Supplement (48 CFR Chapter 2) clause with an authorized deviation is indicated by the addition of "(DEVIATION)" after the name of the regulation.

I-750. **52.253-1** **COMPUTER GENERATED FORMS** JAN 1991
(IAW FAR 53.111)
IA-10. **252.201-7000** **CONTRACTING OFFICER'S REPRESENTATIVE** DEC 1991
(IAW DFARS 203.570-5)
IA-22. **252.203-7001** **SPECIAL PROHIBITION ON EMPLOYMENT** JUN 1997
(IAW DFARS 203.570-5)
IA-24. **252.203-7002** **DISPLAY OF DOD HOTLINE POSTER** DEC 1991
(IAW DFARS 203.7002)
IA-32. **252.204-7003** **PAYMENT FOR SUBLINE ITEMS NOT SEPARATELY PRICED** DEC 1991
(IAW DFARS 203.7002)
IA-33. **252.204-7003** **CONTROL OF GOVERNMENT PERSONNEL WORK PRODUCT** APR 1992
(IAW DFARS 204.404-70(b))
IA-34 **252.204-7004** **REQUIRED CENTRAL CONTRACTOR REGISTRATION** MAR 1998
(IAW DFARS 204.7304)
(a) Definitions.
As used in this clause--
(1) "Central Contractor Registration (CCR) database" means the primary DOD repository for contractor information required for the conduct of business with DOD.

(2) "Data Universal Numbering System (DUNS) Number" means the 9-digit number assigned by Dun and Bradstreet Information Services to identify unique business entities.

(3) "Data Universal Numbering System +4 (DUNS+4) number" means the DUNS number assigned by Dun and Bradstreet plus a 4-digit suffix that may be assigned by a parent (controlling) business concern. This 4-digit suffix may be assigned at the discretion of the parent business concern for such purposes as identifying subunits or affiliates of the parent business concern.

(4) "Registered in the CCR database" means that all mandatory information, including the DUNS number or the DUNS+4 number, if applicable, and the corresponding Commercial and Government Entity (CAGE) code, is in the CCR database; the DUNS number and the CAGE code have been validated; and all edits have been successfully completed.

(b) (1) By submission of an offer, the offeror acknowledges the requirement that a prospective awardee must be registered in the CCR database prior to award, during performance, and through final payment of any contract resulting form this solicitation, except for awards to foreign vendors for work to be performed outside the United States.
(2) The offeror shall provide its DUNS or, if applicable, its DUNS+4 number with its offer, which will be used by the Contracting Officer to verify that the offeror is registered in the CCR database.

(3) Lack of registration in the CCR database will make an offeror ineligible for award.

(4) DOD has established a goal of registering an applicant in the CCR database within 48 hours after receipt of a complete and accurate application via the Internet. However, registration of an applicant submitting an application through a method other than the Internet may take up to 30 days. Therefore, offerors that are not registered should consider applying for registration immediately upon receipt of this solicitation.

| | | | |
|---|---|---|---|
| IA-40. | 252.205-7000 | **PROVISION OF INFORMATION TO COOPERATIVE AGREEMENT HOLDERS** (IAW DFARS 205.470-2) | DEC 1991 |
| IA-90. | 252.209-7000 | **ACQUISITION FROM SUBCONTRACTORS SUBJECT TO ON-SITE INSPECTION UNDER THE INTERMEDIATE-RANGE NUCLEAR FORCES (INF) TREATY** (IAW DFARS 209.103-70) | NOV 1995 |
| IA-280. | 252.223-7004 | **DRUG-FREE WORK FORCE** (IAW DFARS 223.570-4(a)) | SEP 1988 |
| IA-282. | 252.223-7006 | **PROHIBITION ON STORAGE AND DISPOSAL OF TOXIC AND HAZARDOUS MATERIALS** (IAW DFARS 223.7103) | APR 1993 |
| IA-293. | 252.225-7012 | **PREFERENCE FOR CERTAIN DOMESTIC COMMODITIES** (IAW DFARS 225.7002-3(a), and D.L. Ltr 97-018 dated 8 Sep 97) | SEP 1997 |
| IA-297. | 252.225-7016 | **RESTRICTION ON ACQUISITION OF ANTIFRICTION BEARINGS** (IAW DFARS 225.7019-4) | JUN 1997 |

(Clause is not applicable when items acquired overseas are for use overseas)

| | | | |
|---|---|---|---|
| IA-312. | 252.225-7025 | **RESTRICTION ON ACQUISITION OF FORGINGS** (IAW DFARS 225.7102-4(a)) | JUN 1997 |
| IA-312C. | 252.225-7026 | **REPORTING OF CONTRACT PERFORMANCE OUTSIDE THE UNITED STATES** (IAW DFARS 225.7203) | MAR 1998 |
| IA-312H. | 252.225-7031 | **SECONDARY ARAB BOYCOTT OF ISRAEL** (IAW DFARS 225.770-5) | JUN 1992 |
| IA-399. | 252.231-7000 | **SUPPLEMENTAL COST PRINCIPLES** (IAW DFARS 231.100-70) | DEC 1991 |
| IA-424 | 252.232-7009 | **PAYMENT BY ELECTRONIC FUNDS TRANSFER (CCR)** (IAW DFARS 232.1103) | JUN 1998 |

(a) Method of payment.
(1) All payments by the Government under this contract shall be made by electronic funds transfer (EFT), except as provided in paragraph (a)(2) or (b) of this clause. As used in this clause, the term "EFT" refers to the funds transfer and may also include the payment information transfer.
(2) In the event the Government is unable to release one or more payments by EFT, the Contractor agrees to either (i) accept payment by check or some other mutually agreeable method of payment, or (ii) request the Government to extend the payment due date until such time as the Government can make payment by EFT (see paragraph (e) of this clause).
(b) Alternative contractor certification.
If the Contractor certifies in writing, as part of its registration with the Central Contractor Registration (CCR) database that it does not have an authorized payment agent, payment shall be made by check to the remittance address contained in the CCR database. All contractor certifications will expire on January 1, 1999.

(c) Contracor's EFT information.
Except as provided in paragraph (b) of this clause, the Government shall make payment to the Contractor using the EFT information contained in the CCR database. In the event that the EFT information changes, the Contractor shall be responsible for providing the updated information to the CCR database.

(d) Mechanisms for EFT payment.
The Government may make payment by EFT through either an Automated Clearing House subject to the banking laws of the United States or the Federal Reserve Wire Transfer System.

(e) Suspension of payment.
If the Contractor's EFT information in the CCR database is incorrect and the Contractor has not certified under paragraph (b) of this clause, the Government need not make payment to the Contractor under this contract until correct EFT information or certification is entered into the CCR database; and any invoice or contract financing request shall be deemed not to be a proper invoice for the purpose of prompt payment under this contract. The prompt payment terms of the contract regarding notice of an improper invoice and delays in accrual of interest penalties apply.

(f) Contractor EFT arrangements.
If the Contractor has identified multiple payment receiving points (i.e., more than one remittance address or EFT information set) in the CCR database, and the Contractor has not notified the Government of the payment receiving point applicable to this contract, the Government shall make payment to the first payment receiving point (EFT information set or remittance address as applicable) listed in the CCR database.

(g) Liability for uncompleted or erroneous transfers.
(1) if an uncompleted or erroneous transfer occurs because the Government failed to use the Contractor's EFT information in the correct manner, the Government remains responsible for -

(i) Making a correct payment;
(ii) Paying any prompt payment penalty due; and
(iii) Recovering any erroneously directed funds.

(2) If an uncompleted or erroneous transfer occurs because the Contractor's EFT information was incorrect, or was revised within 30 days of Government release of the EFT payment transaction instruction to the Federal Reserve System, and -

(i) If the funds are no longer under the control of the payment office, the Government is deemed to have made payment and the Contractor is responsible for recovery of any erroneously directed funds; or

(ii) If the funds remain under the control of the payment office, the Government shall not make payment, and the provisions of paragraph (e) of this clause shall apply.

(h) EFT and prompt payment.
A payment shall be deemed to have been made in a timely manner in accordance with the prompt payment terms of this contract if, in the EFT payment transaction instruction released to the Federal Reserve System, the date specified for settlement of the payment is on or before the prompt payment due date, provided the specified payment date is a valid date under the rules of the Federal Reserve System.

(i) EFT and assignment of claims.
If the Contractor assigns the proceeds of this contract as provided for in the assignment of claims terms of this contract, the Contractor shall require as a condition of any such assignment, that the assignee register in the CCR database and be paid by EFT in accordance with the terms of this clause. In all respects, the requirements of this clause shall apply to the assignee as if it were the Contractor. EFT information that shows the ultimate recipient of the transfer to be other than the Contractor, in the absence of a proper assignment of claims acceptable to the Government, is incorrect EFT information within the meaning of paragraph (e) of this clause.

(j) Liability for change of EFT information by financial agent.
The Government is not liable for errors resulting form changes to EFT information made by the Contractor's financial agent.

(k) Payment information.
The payment or disbursing office shall forward to the Contractor available payment information that is suitable for transmission as of the date of release of the EFT instruction to the Federal Reserve System. The Government may request the Contractor to designate a desired format and method(s) for delivery of payment information from a list of formats and methods the payment office is capable of executing. However, the Government does not guarantee that any particular format or method of delivery is available at any particular payment office and retains the latitude to use the format and delivery method most convenient to the Government. If the Contractor has certified in accordance with paragraph (b) of this clause or if the Government otherwise makes payment by check in accordance with paragraph (a) of this clause, the Government shall mail the payment information to the remittance address contained in the CCR database.

| | | | |
|---|---|---|---|
| IA-632. | 252.242-7000 | **POSTAWARD CONFERENCE** (IAW DFARS 242.570) | DEC 1991 |
| IA-648. | 252.243-7001 | **PRICING OF CONTRACT MODIFICATIONS** (IAW DFARS 243.205-71) | DEC 1991 |
| IA-649. | 252.243-7002 | **REQUESTS FOR EQUITABLE ADJUSTMENT** (IAW DFARS 243.205-72) | MAR 1998 |
| IA-745. | 252.247-7023 | **TRANSPORTATION OF SUPPLIES BY SEA** (IAW DFARS 247.573(b) | NOV 1995 |

(a) Definitions.
As used in this clause--

(1) "Components" means articles, materials, and supplies incorporated directly into end products at any level of manufacture, fabrication, or assembly by the Contractor or any subcontractor.

(2) "Department of Defense" (DoD) means the Army, Navy, Air Force, Marine Corps, and defense agencies.

(3) "Foreign flag vessel" means any vessel that is not a U.S.-flag vessel.

(4) "Ocean transportation" means any transportation aboard a ship, vessel, boat, barge, or ferry through international Waters.

(5) "Subcontractor" means a supplier, materialman, distributor, or vendor at any level below the prime contractor whose contractual obligation to perform results from, or is conditioned upon, award of the prime contract and who is performing any part of the work or other requirement of the prime contract. However, effective May 1, 1996, the term does not include a supplier, materialman, distributor, or vendor of commercial items or commercial components.

(6) "Supplies" means all property, except land and interests in land, that is clearly identifiable for eventual use by or owned by the DoD at the time of transportation by sea.

(i) An item is clearly identifiable for eventual use by the DoD if, for example, contract number or a military destination.

(ii) "Supplies" includes (but is not limited to) public works; buildings and facilities; ships; floating equipment and vessels of every character, type, and description, with parts, subassemblies, accessories, and equipment; machine tools; material; equipment; stores of all kinds; end items; construction materials; and components of the foregoing.

(7) "U.S.-flag vessel" means a vessel of the United States or belonging to the United States, including any vessel registered or having national status under the laws of the United States.

(b) The Contractor shall employ U.S.-flag vessels in the transportation by sea of any supplies to be furnished in the performance of this contract. The Contractor and its subcontractors may request that the Contracting Officer authorize shipment in foreign-flag vessels, or designate available U.S.-flag vessels, if the Contractor or a subcontractor believes that-

(1) U.S.-flag vessels are not available for timely shipment;
(2) The freight charges are inordinately excessive or unreasonable; or
(3) Freight charges are higher than charges to private persons for transportation of like goods.

(c) The Contractor must submit any request for use of other than U.S.-flag vessels in writing to the Contracting Officer at least 45 days prior to the sailing date necessary to meet its delivery schedules. The Contracting Officer will process requests submitted after such date(s) as expeditiously as possible, but the Contracting Officer's failure to grant approvals to meet the shipper's sailing date will not of itself constitute a compensable delay under this or any other clause of this contract. Requests shall contain at a minimum--

(1) Type, weight, and cube of cargo;
(2) Required shipping date;
(3) Special handling and discharge requirements;
(4) Loading and discharge points;
(5) Name of shipper and consignee;
(6) Prime contract number; and
(7) A documented description of efforts made to secure U.S.-flag vessels, including points of contact (with names and telephone numbers) with at least two U.S.-flag carriers contacted. Copies of telephone notes, telegraphic and facsimile message or letters will be sufficient for this purpose.

(d) The Contractor shall, within 30 days after each shipment covered by this clause, provide the Contracting Officer and the Division of National Cargo, Office of Market Development, Maritime Administration, U.S. Department of Transportation, Washington, DC 20590, one copy of the rated on board vessel operating carrier's ocean bill of lading, which shall contain the following information--

(1) Prime contract number;
(2) Name of vessel;
(3) Vessel flag of registry;
(4) Date of loading;
(5) Port of loading;
(6) Port of final discharge;
(7) Description of commodity;
(8) Gross weight in pounds and cubic feet if available;
(9) Total ocean freight in U.S. dollars; and
(10) Name of the steamship company.

(e) The Contractor agrees to provide with its final invoice under this contract a representation that to the best of its knowledge and belief--

(1) No ocean transportation was used in the performance of this contract;
(2) Ocean transportation was used and only U.S.-flag vessels were used for all ocean shipments under the contract;
(3) Ocean transportation was used, and the Contractor had the written consent of the Contracting Officer for all non-U.S.-flag ocean transportation; or
(4) Ocean transportation was used and some or all of the shipments were made on non-U.S.-flag vessels without the written consent of the Contracting Officer. The Contractor shall describe these shipments in the following format:

| ITEM DESCRIPTION | CONTRACT LINE ITEMS | QUANTITY | TOTAL |
|---|---|---|---|

(f) If the final invoice does not include the required representation, the Government will reject and return it to the Contractor as an improper invoice for the purposes of the Prompt Payment clause of this contract. In the event there has been unauthorized use of non-U.S.-flag vessels in the performance of this contract, the Contracting Officer is entitled to equitably adjust the contract, based on the unauthorized use.

(g) The Contractor shall include this clause, including this paragraph (g) in all subcontracts under this contract, which exceed the simplified acquisition threshold in Part 13 of the Federal Acquisition Regulation.

IA-746. 252.247-7024 **NOTIFICATION OF TRANSPORTATION OF SUPPLIES BY SEA** NOV 1995
(IAW DFARS 247.573(c))

(a) The Contractor has indicated by the response to the solicitation provision, Representation of Extent of Transportation by Sea, that it did not anticipate transporting by sea any supplies. If, however, after the award of this contract, the Contractor learns that supplies, as defined in the Transportation of Supplies by Sea clause of this contract, will be transported by sea, the Contractor--
(1) Shall notify the Contracting Officer of that fact; and
(2) Hereby agrees to comply with all the terms and conditions of the Transportation of Supplies by Sea clause of this contract.

(b) The Contractor shall include this clause, including this paragraph (b), revised as necessary to reflect the relationship of the contracting parties, in all subcontracts hereunder, except (effective May 1, 1996) subcontracts for the acquisition of commercial items or components.

IB-320. 5352.223-9000 **ELIMINATION OF USE OF CLASS I OZONE DEPLETING SUBSTANCES (ODS) IN AIR FORCE PROCUREMENTS** MAY 1996
(IAW AFFARS 5323.890-7)

(a) It is the Air Force policy to preserve mission readiness while minimizing dependency on Class I Ozone Depleting Substances (ODS), and their release into the environment, to help protect the Earth's stratospheric ozone layer.

(b) Unless a specific waiver has been approved, Air Force procurements:
(1)May not include any specification, standard, drawing or other document that requires the use of a Class I ODS in the design, manufacture, test, operation, or maintenance of any system, subsystem, item, component or process; and
(2)May not include any specification, standard, drawing, or other document that establishes a requirement that can only be met by use of a Class I ODS.

(c) For the purposes of this Air Force policy, the following are Class I ODS:
(1) Halons: 1011, 1202, 1211, 1301, and 2402
(2) Chlorofluorocarbons (CFCs): CFC-11, CFC-12, CFC-13, CFC-111, CFC-112, CFC-113, CFC-114, CFC-115, CFC-211, CFC-212, CFC-213, CFC-214, CFC-215, CFC-216, and CFC-217, and the blends R-500, R-501, R-502, and R-503; and
(3) Other controlled substances: Carbon Tetrachloride, Methyl Chloroform, and Methyl Bromide.

(d) The Air Force has reviewed the requirements specified in this contract to reflect this policy. Where considered essential, specific approval has been obtained to require use of the following substances:

| Substance | Application/Use | Quantity (lbs) |
|---|---|---|
| Freon - 22 | Condensing Units | 1100 |

(e) To assist the Air Force in implementing this policy, the offeror/contractor is required, to notify the contracting officer if any Class I ODS not specifically listed above is required in the performance of this contract.

IB-321. **5352.223-9001** **HEALTH AND SAFETY ON GOVERNMENT INSTALLATION** JUN 1997
(IAW AFFARS 5323.9002)

(a) In performing work under this contract on a Government installation, the Contractor shall:

(1) Conform to the specific safety requirements established by this contract;
(2) Comply with the safety rules of the Government installation that concern related activities not directly addressed in this contract;
(3) Take all reasonable steps and precautions to prevent accidents and preserve the life and health of contractor and Government personnel performing or in any way coming in contact with the performance of this contract; and
(4) Take such additional immediate precautions as the contracting officer may reasonably require for safety and accident prevention purposes.

(b) If this contract is performed on an Air Force installation, the Air Force Occupational Safety and Health Standards (AFOSH) developed in accordance with AFI 91-301, Air Force Occupational Safety, Fire Prevention, and Health Program in effect on the date of this contract, apply. If contract performance is on other than an Air Force installation, the contractor shall comply with the safety rules of that Government installation, in effect on the date of this contract.

(c) The contracting officer may, by written order, direct additional AFOSH and safety and accident standards as may be required in the performance of this contract and any adjustments resulting from such direction will be in accordance with the **Changes** clause of this contract.

(d) Any violation of these safety rules and requirements, unless promptly corrected as directed by the contracting officer, shall be grounds for termination of this contract in accordance with the **Default** clause of this contract.
(a)

IB-336. **5352.237-9000** **CONTROL AND RELEASE OF INSPECTION GENERAL REPORTS** MAY 1996
(IAW AFFARS 5337.110)

IB-343. **5352.242-9000** **CONTRACTOR ACCESS TO AIR FORCE INSTALLATIONS** MAY 1996
(IAW AFFARS 5342.490-1)

(a) The contractor shall obtain base identification and vehicle passes for all contractor personnel who make frequent visits to or perform work on the Air Force installation(s) cited in the contract. Contractor personnel are required to wear or prominently display installation identification badges or contractor-furnished, contractor identification badges while visiting or performing work on the installation.

(b) The contractor shall submit a written request on company letterhead to the contracting officer listing the following: contract number, location of work site, start and stop dates, and names of employees and subcontractor employees needing access to the base. The letter will also specify the individual(s) authorized to sign for a request for base identification credentials or vehicle passes. The contracting officer will endorse the request and forward it to the issuing base pass and registration office or security police for processing. When reporting to the registration office, the authorized contractor individual(s) should provide a valid driver's license, current vehicle registration, valid vehicle insurance certificate, and to obtain a vehicle pass.

(c) During performance of the contract, the contractor shall be responsible for obtaining required identification for newly assigned personnel and for prompt return of credentials and vehicle passes for any employee who no longer requires access to the work site.

(d) When work under this contract requires unescorted entry to controlled or restricted areas, the contractor shall comply with AFI 31-209, the Air Force Resource Protection Program, and AFI 31-501, Personnel Security Program Management, as applicable.

(e) Upon completion or termination of the contract or expiration of the identification passes, the prime contractor shall ensure that all base identification passes issued to employees and subcontractor employees are returned to the issuing office.

(f) Prior to submitting an invoice for final payment, the prime contractor shall obtain a clearance certification from the issuing office which states all base identification passes have been turned in, accounted for, or transferred to a follow-on contract. This certification shall be submitted to the contracting officer prior to submission of the final invoice for payment.

(g) Failure to comply with these requirements may result in withholding of final payment.

PART III - LIST OF DOCUMENTS, EXHIBITS AND OTHER ATTACHMENTS
SECTION J
LIST OF ATTACHMENTS
(All listed attachments are at the end of this document)

| FORM NR | TITLE | DATE | NR OF PAGES |
|---|---|---|---|
| Appendix "A" | Performance Work Statement | 21 SEP 98 | 138 |
| Attachment 1 | U.S. Department of Labor Wage Determination No. 94-2302, REV 8 | 29 JUL 98 | 9 |
| Attachment 2 | General Decision No. MS980018 | 13 FEB 98 | 2 |
| Attachment 3 | Manpower Matrix | 16 Nov 98 | 1 |

(Revised 23 Nov 98)

**PART IV - REPRESENTATIONS AND INSTRUCTIONS**
**SECTION K**
**REPRESENTATIONS, CERTIFICATIONS AND OTHER STATEMENTS OF BIDDERS, OFFERORS OR QUOTERS**

K-1. 52.203-2 **CERTIFICATE OF INDEPENDENT PRICE DETERMINATION** APR 1985
(IAW FAR 3.103-1)

(a) The offeror certifies that-

(1) The prices in this offer have been arrived at independently, without, for the purpose of restricting competition, any consultation, communication, or agreement with any other offeror or competitor relating to

(i) those prices,

(ii) the intention to submit an offer, or

(iii) the methods or factors used to calculate the prices offered;

(2) The prices in this offer have not been and will not be knowingly disclosed by the offeror, directly or indirectly, to any other offeror or competitor before bid opening (in the case of a sealed bid solicitation) or contract award (in the case of a negotiated solicitation) unless otherwise required by law; and

(3) No attempt has been made or will be made by the offeror to induce any other concern to submit or not to submit an offer for the purpose of restricting competition.

(b) Each signature on the offer is considered to be a certification by the signatory that the signatory-

(1) Is the person in the offeror's organization responsible for determining the prices being offered in this bid or proposal, and that the signatory has not participated and will not participate in any action contrary to subparagraphs (a)(1) through (a)(3) above; or

(2)(i) Has been authorized, in writing, to act as agent for the following principals in certifying that those principals have not participated, and will not participate in any action contrary to subparagraphs (a)(1) through (a)(3) above

______________________________________________

**(insert full name of person(s) in the offeror's organization responsible for proposal, and the title of his or her position in the offeror's organization);**

(ii) As an authorized agent, does certify that the principals named in subdivision (b)(2)(i) above have not participated, and will not participate, in any action contrary to subparagraphs (a)(1) through (a)(3) above; and

(iii) As an agent, has not personally participated, and will not participate, in any action contrary to subparagraphs (a)(1) through (a)(3) above.

(c) If the offeror deletes or modifies subparagraph (a)(2) above, the offeror must furnish with its offer a signed statement setting forth in detail the circumstances of the disclosure.

K-4C. 52.203-11 **CERTIFICATION AND DISCLOSURE REGARDING PAYMENTS TO INFLUENCE CERTAIN FEDERAL TRANSACTIONS** (IAW FAR 3.808(a)) APR 1991

K-10C. 52.204-3 **TAXPAYER IDENTIFICATION** (IAW FAR 4.904) JUN 1997

(a) Definitions.

"Common parent," as used in this solicitation provision, means that corporate entity that owns or controls an affiliated group of corporations that files its Federal income tax returns on a consolidated basis, and of which the offeror is a member.

"Corporate status," as used in this solicitation provision, means a designation as to whether the offeror is a corporate entity, an unincorporated entity (e.g., sole proprietorship or partnership), or a corporation providing medical and health care services.

"Taxpayer Identification Number (TIN)," as used in this solicitation provision, means the number required by the IRS to be used by the offeror in reporting income tax and other returns.

(b) All offerors are required to submit the information required in paragraphs (c) through (e) of this solicitation provision in order to comply with reporting requirements of 26 U.S.C. 6041, 6041A, and 6050M and implementing regulations issued by the Internal Revenue Service (IRS). If the resulting contract is subject to the reporting requirements described in FAR 4.903, the failure or refusal by the offeror to furnish the information may result in a 31 percent reduction of payments otherwise due under the contract.

(c) Taxpayer Identification Number (TIN).

(X) TIN: 65-0003858.
( ) TIN has been applied for.
( ) TIN is not required because:
- ( ) Offeror is a nonresident alien, foreign corporation, or foreign partnership that does not have income effectively connected with the conduct of a trade or business in the U.S. and does not have an office or place of business or a fiscal paying agent in the U.S.;
- ( ) Offeror is an agency or instrumentality of a foreign government;
- ( ) Offeror is an agency or instrumentality of a Federal, state, or local government;
- ( ) Other. State basis. ____________________

(d) Corporate Status.

( ) Corporation providing medical and health care services, or engaged in the billing and collecting of payments for such services;
( ) Other corporate entity;
( ) Not a corporate entity:
- ( ) Sole proprietorship
- ( ) Partnership
- ( ) Hospital or extended care facility described in 26 CFR 501(c)(3) that is exempt from taxation under 26 CFR 501(a).

(e) Common Parent.
( ) Offeror is not owned or controlled by a common parent as defined in paragraph (a) of this provision.
( ) Name and TIN of common parent:

Name ______________________________

TIN ______________________________

K-10D. 52.204-5 **WOMEN-OWNED BUSINESS** (IAW FAR 4.603(b)) OCT 1995

(a) it ( ) is, ( ) is not

K-17C. 52.209-5 **CERTIFICATION REGARDING DEBARMENT, SUSPENSION, PROPOSED DEBARMENT, AND OTHER RESPONSIBILITY MATTERS** (IAW FAR 9.409(a)) MAR 1996

(a) (1) The Offeror certifies, to the best of its knowledge and belief, that--
(i) The Offeror and/or any of its Principals--
(A) **Are ( ) are not ( )** presently debarred, suspended, proposed for debarment, or declared ineligible for the award of contracts by any Federal agency;
(B) **Have ( ) have not ( )**, within a three-year period preceding this offer, been convicted of or had a civil judgment rendered against them for: commission of fraud or a criminal offense in connection with obtaining, attempting to obtain, or performing a public (Federal, state, or local) contract or subcontract; violation of Federal or state antitrust statutes relating to the submission of offers; or commission of embezzlement, theft, forgery, bribery, falsification or destruction of records, making false statements, tax evasion, or receiving stolen property; and
(C) **Are ( ) are not ( )** presently indicted for, or otherwise criminally or civilly charged by a governmental entity with, commission of any of the offenses enumerated in subdivision (a)(1)(i)(B) of this provision.
(ii) The Offeror **has ( ) has not ( )**, within a three-year period preceding this offer, had one or more contracts terminated for default by any Federal agency.
(2) "Principals," for the purposes of this certification, means officers; directors; owners; partners; and, persons having primary management or supervisory responsibilities within a business entity (e.g., general manager; plant manager; head of a subsidiary, division, or business segment, and similar positions).

**THIS CERTIFICATION CONCERNS A MATTER WITHIN THE JURISDICTION OF AN AGENCY OF THE UNITED STATES AND THE MAKING OF A FALSE, FICTITIOUS, OR FRAUDULENT CERTIFICATION MAY RENDER THE MAKER SUBJECT TO PROSECUTION UNDER SECTION 1001, TITLE 18, UNITED STATES CODE.**

(b) The Offeror shall provide immediate written notice to the Contracting Officer if, at any time prior to contract award, the Offeror learns that its certification was erroneous when submitted or has become erroneous by reason of changed circumstances.

(c) A certification that any of the items in paragraph (a) of this provision exists will not necessarily result in withholding of an award under this solicitation. However, the certification will be considered in connection with a determination of the Offeror's responsibility. Failure of the Offeror to furnish a certification or provide such additional information as requested by the Contracting Officer may render the Offeror nonresponsible.

(d) Nothing contained in the foregoing shall be construed to require establishment of a system of records in order to render, in good faith, the certification required by paragraph (a) of this provision. The knowledge and information of an Offeror is not required to exceed that which is normally possessed by a prudent person in the ordinary course of business dealings.

(e) The certification in paragraph (a) of this provision is a material representation of fact upon which reliance was placed when making award. If it is later determined that the Offeror knowingly rendered an erroneous certification, in addition to other remedies available to the Government, the Contracting Officer may terminate the contract resulting from this solicitation for default.

K-30D **52.215-4** **TYPE OF BUSINESS ORGANIZATION** (IAW FAR 15.209(d)) OCT 1997

The offeror or respondent, by checking the applicable box, represents that-

(a) It operates as ( ) an individual, ( ) a partnership, ( ) a nonprofit organization, ( ) a joint venture, or ( ) a corporation incorporated under the laws of the State of ____________________.

(b) If the offeror or respondent is a foreign entity, it operates as ( ) an individual, ( ) a partnership, ( ) a nonprofit organization, ( ) a joint venture, or ( ) a corporation, registered for business in ______________________.

K-75C. **52.219-1** **SMALL BUSINESS PROGRAM REPRESENTATIONS** (IAW FAR 19.304(a)) FEB 1998

(a) (1) The standard industrial classification (SIC) code for this acquisition is **(SEE PAGE 1).**

(2) The small business size standard is **(SEE PAGE 1).**

(3) The small business size standard for a concern which submits an offer in its own name, other than on a construction or service contract, but which proposes to furnish a product which it did not itself manufacture, is 500 employees.

(b) **Representations.**

(1) The offeror represents as part of its offer that it **( ) is ( ) is not a small business concern.**

(2) (Complete only if offeror represented itself as a small business concern in block (b)(1) of this section.) The offeror represents as part of its offer that it **( ) is, ( ) is not a small disadvantaged business concern.**

(3) (Complete only if offeror represented itself as a small business concern in block (b)(1) of this section.) The offeror represents as part of its offer that it **( ) is, ( ) is not a women-owned small business concern.**

(c) **Definitions.** "Joint venture," for purposes of a small disadvantaged business (SDB) set-aside or price evaluation preference (as prescribed at 13 CFR 124.321), economically disadvantaged individuals entering into a joint venture agreement with one or more business concerns and is considered to be affiliated for size purposes with such other concern(s). The combined annual receipts or employees of the concerns entering into the joint venture must meet the applicable size standard corresponding to the SIC code designated for the contract. The majority of the venture's earnings must accrue directly to the socially and economically disadvantaged individuals in the SDB concern(s) in the joint venture. The percentage of the ownership involvement in a joint venture by disadvantaged individuals must be at least 51 percent.

Small business concern," as used in this provision, means a concern, including its affiliates, that is independently owned and operated, not dominant in the field of operation in which it is bidding on Government contracts, and qualified as a small business under the criteria in 13 CFR Part 121 and the size standard in paragraph (a) of this provision.

"Small disadvantaged business concern," as used in this provision, means a small business concern that (1) is at least 51 percent unconditionally owned by one or more individuals who are both socially and economically disadvantaged, or a publicly owned business having at least 51 percent of its stock unconditionally owned by one or more socially and economically disadvantaged individuals, and (2) has its management and daily business controlled by one or more such individuals. This term also means a small business concern that is at least 51 percent unconditionally owned by an economically disadvantaged Indian tribe or Native Hawaiian Organization, or a publicly owned business having at least 51 percent of its stock unconditionally owned by one or more of these entities, which has its management and daily business controlled by members of an economically disadvantaged Indian tribe or Native Hawaiian Organization, and which meets the requirements of 13 CFR Part 124.

"Women-owned small business concern," as used in this provision, means a small business concern--

(1) Which is at least 51 percent owned by one or more women or, in the case of any publicly owned business, at least 51 percent of the stock of which is owned by one or more women; and

(2) Whose management and daily business operations are controlled by one or more women.

(d) **Notice.**

(1) If this solicitations is for supplies and has been set aside, in whole or in part, for small business concerns, then the clause in this solicitation providing notice of the set-aside contains restrictions on the source of the end items to be furnished.

(2) Under 15 U.S.C. 645(d), any person who misrepresents a firm's status as a small business concern in order to obtain a contract to be awarded under the preference programs established pursuant to sections 8(a), 8(d), 9, or 15 of the Small Business Act or any other provision of Federal law that specifically references section 8(d) for a definition of program eligibility, shall--

(i) Be punished by imposition of a fine, imprisonment, or both;

(ii) Be subject to administrative remedies, including suspension and debarment; and

(iii) Be ineligible for participation in programs conducted under the authority of the Act.

K-79C. 52.219-19 **SMALL BUSINESS CONCERN REPRESENTATION FOR THE SMALL BUSINESS COMPETITIVENESS DEMONSTRATION PROGRAM** JAN 1997
(IAW FAR 19.1007(a))

(a) Definition. "Emerging small business" as used in this solicitation, means a small business concern whose size is no greater than 50 percent of the numerical size standard applicable to the standard industrial classification code assigned to a contracting opportunity.

(b) [Complete only if the Offeror has represented itself under the provision at 52.219-1 as a small business concern under the size standards of this solicitation.] The Offeror ( ) is, ( ) is not an emerging small business.

(c ). [Complete only if the Offeror is a small business or an emerging small business, indicating its size range.] Offeror's number of employees for the past 12 monthy [check this column if size standard stated in solicitation is expressed in terms of number of employees] or Offeror's average annual gross revenue for the last 3 fiscal years [check this column if size standard stated in solicitation is expressed in terms of annual receipts]. [Check one of the following.]

| NO. OF EMPLOYEES | AVG. ANNUAL GROSS REVENUES |
|---|---|
| _____50 OR FEWER | _____$1 MILLION OR LESS |
| _____51 - 100 | _____$1,000,001 - $2 MILLION |
| _____101 - 250 | _____$2,000,001 - $3.5 MILLION |
| _____251 - 500 | _____$3,500,001 - $5 MILLION |
| _____501 - 750 | _____$5,000,001 - $10 MILLION |
| _____751 - 1000 | _____$10,000,001 - $17 MILLION |
| _____Over 1000 | _____Over $17 MILLION |

K-92. 52.222-22 **PREVIOUS CONTRACTS AND COMPLIANCE REPORTS** APR 1984
(IAW FAR 22.810, and DDP Memo dated 07 Oct 97, DAR Tracking #97-00008)

The offeror represents that

(a) It ( ) **has**, ( ) **has not** participated in a previous contract or subcontract subject either to the Equal Opportunity clause of this solicitation, the clause originally contained in Section 310 of Executive Order No. 10925, or the clause contained in Section 201 of Executive Order No. 11114;

(b) It ( ) **has**, ( ) **has not**, filed all required compliance reports; and

(c) Representations indicating submission of required compliance reports, signed by proposed subcontractors, will be obtained before subcontract awards.

K-93. 52.222-25 **AFFIRMATIVE ACTION COMPLIANCE** APR 1984
(IAW FAR 22.810(d))

The offeror represents that

(a) it ( ) **has developed and has on file**, ( ) **has not developed and does not have on file**, at each establishment, affirmative action programs required by the rules and regulations of the Secretary of Labor (41 CFR 60-1 and 60-2), or

(b) it ( ) **has not** previously had contracts subject to the written affirmative action programs requirement of the rules and regulations of the Secretary of Labor.

K-95. 52.223-1 **CLEAN AIR AND WATER CERTIFICATION** APR 1984
(IAW FAR 23.105(a))

The Offeror certifies that

(a) Any facility to be used in the performance of this proposed contract **is** ( ), **is not** ( ) listed on the Environmental Protection Agency (EPA) List of Violating Facilities;

(b) The Offeror will immediately notify the Contracting Officer, before award, of the receipt of any communication from the Administrator, or a designee, of the EPA, indicating that any facility that the Offeror proposes to use for the performance of the contract is under consideration to be listed on the EPA List of Violating Facilities; and

(c) The Offeror will include a certification substantially the same as this certification, including this paragraph (c), in every nonexempt subcontract.

K-96. **52.223-4** **RECOVERED MATERIAL CERTIFICATION** OCT 1997
(IAW FAR 23.405(a))
As required by the Resource Conservation and Recovery Act of 1976 (42 U.S.C. 6962(c)(3)(A)(i)), the offeror certifies, by signing this offer, that the percentage of recovered materials to be used in the performance of the contract will be at least the amount required by the applicable contract specifications.

K-99. **52.223-13** **CERTIFICATION OF TOXIC CHEMICAL RELEASE REPORTING** OCT 1996
(IAW FAR 23.907(a))
(a) Submission of this certification is a prerequisite for making or entering into this contract imposed by Executive Order 12969, August 8, 1995.(b) By signing this offer, the offeror certifies that--

(1) As the owner or operator of facilities that will be used in the performance of this contract that are subject to the filing and reporting requirements described in section 313 of the Emergency Planning and Community Right-to-Know Act of 1986 (EPCRA) (42 U.S.C. 11023) and section 6607 of the Pollution Prevention Act of 1990 (PPA) (42 U.S.C. 13106), the offeror will file and continue to file for such facilities for the life of the contract the Toxic Chemical Release Inventory Form (Form R) as described in sections 313(a) and (g) of EPCRA and section 6607 of PPA; or

(2) None of it owned or operated facilities to be used in the performance of this contract is subject to the Form R filing and reporting requirements because each such facility is exempt for at least one of the following reasons: (**Check each block that is applicable.**)

( ) (i) The facility does not manufacture, process or otherwise use any toxic chemicals listed under section 313(c) of EPCRA, 42 U.S.C. 11023(c).
( ) (ii) The facility does not have 10 or more full-time employees as specified in section 313.(b)(1)(A) of EPCRA 42 U.S.C. 11023(b)(1)(A).
( ) (iii) The facility does not meet the reporting thresholds of toxic chemicals established under section 313(f) of EPCRA, 42 U.S.C. 11023(f) (including the alternate thresholds at 40 CFR 372.27, provided an appropriate certification form has been filed with EPA).
( ) (iv) The facility does not fall within Standard Industrial Classification Code (SIC) designations 20 through 39 as set forth in FAR section 19.102.
( ) (v) The facility is not located within any State of the United States, the District of Columbia, the Commonwealth of Puerto Rico, Guam, American Samoa, the United States Virgin Islands, The Northern Mariana Islands, or any other territory or possession over which the United States has jurisdiction.

K-210. **252.209-7001** **DISCLOSURE OF OWNERSHIP OR CONTROL BY THE GOVERNMENT OF A TERRORIST COUNTRY** SEP 1994
(IAW DFARS 209.104-70(a))
(a) Definitions.
As used in this provision-
(1) "Government of a terrorist country" includes the state and the government of a terrorist country, as well as any political subdivision, agency, or instrumentality thereof.

(2) "Terrorist country" means a country determined by the Secretary of State, under section 6(j)(1)(A) of the Export Administration Act of 1979 (50 U.S.C. App. 2405(j)(i)(A)), to be a country the government of which has repeatedly provided support for acts of international terrorism. As of the date of this provision, terrorist countries include: Cuba, Iran, Iraq, Libya, North Korea, Sudan, and Syria.

(3) "Significant interest" means--

(i) Ownership of or beneficial interest in 5 percent or more of the firm's or subsidiary's securities. Beneficial interest includes holding 5 percent or more of any class of the firm's securities in "nominee shares", "street names", or some other method of holding securities that does not disclose the beneficial owner;

(ii) Holding a management position in the firm such as director or officer;

(iii) Ability to control or influence the election, appointment, or tenure of directors or officers of the firm;

(iv) Ownership of 10 percent or more of the assets of a firm such as equipment, buildings, real estate, or other tangible assets of the firm; or

(v) Holding 50 percent or more of the indebtedness of a firm.

(b) Prohibition on award.

In accordance with 10 U.S.C. 2327, no contract may be awarded to a firm or a subsidiary of a firm if the government of a terrorist country has a significant interest in the firm or subsidiary, unless a waiver is granted by the Secretary of Defense.

(c) Disclosure.

If the government of a terrorist country has a significant interest in the Offeror or a subsidiary of the Offeror, the Offeror shall disclose such interest in an attachment to its offer. If the Offeror is a subsidiary, it shall also disclose any significant interest the government of a terrorist country has in any firm that owns or controls the subsidiary. The disclosure shall include-

(1) Identification of each government holding a significant interest; and

(2) A description of the significant interest held by each Government.

K-240. 252.219-7000 **SMALL DISADVANTAGED BUSINESS CONCERN REPRESENTATION (DoD CONTRACTS)** JUN 1997
(IAW DFARS 219.304(b))

(a) **Definition.**

"Small disadvantaged business concern," as used in this provision, means a small business concern, owned and controlled by individuals who are both socially and economically disadvantaged, as defined by the Small Business Administration at 13 CFR Part 124, the majority of earnings of which directly accrue to such individuals. This term also means a small business concern owned and controlled by an economically disadvantaged Indian tribe or Native Hawaiian organization which meets the requirements of 13 CFR 124.112 or 13 CFR 124.113, respectively. In general, 13 CFR Part 124 describes a small disadvantaged business concern as a small business concern--

(1) Which is at least 51 percent unconditionally owned by one or more socially and economically disadvantaged individuals; or

(2) In the case of any publicly owned business, at least 51 percent of the voting stock is unconditionally owned by one or more socially and economically disadvantaged individuals; and

(3) Whose management and daily business operations are controlled by one or more such individuals.

(b) **Representations.**
Check the category in which your ownership falls--
( ) **Subcontinent Asian (Asian-Indian) American (U.S. citizen with origins from India, Pakistan, Bangladesh, Sri Lanka, Bhutan, the Maldives Islands, or Nepal)**
( ) **Asian-Pacific American (U.S. citizen with origins from Japan, China, the Philippines, Vietnam, Korea, Samoa, Guam, U.S. Trust Territory of the Pacific Islands (Republic of Palau), the Northern Mariana Islands, Laos, Kampuchea (Cambodia), Taiwan, Burma, Thailand, Malaysia, Indonesia, Singapore, Brunei, Republic of the Marshall Islands, the Federates States of Macao, Hong Kong, Fiji, Tonga, Kiribati, Tuvalu, or Nauru)**
( ) **Black American (U.S. citizen)**
( ) **Hispanic American (U.S. citizen with origins from South America, Central America, Mexico, Cuba, the Dominican Republic, Puerto Rico, Spain, or Portugal)**
( ) **Native American (American Indians, Eskimos, Aleuts, or Native Hawaiians, including Indian tribes or Native Hawaiian organizations)**
( ) **Individual/concern, other than one of the preceding, currently certified for participation in the Minority Small Business and Capital Ownership Development Program under Section 8(a) of the Small Business Act**
( ) **Other**

(c) Complete the following--
(1) The offeror **is** ( ) **is not** ( ) a small disadvantaged business concern.
(2) The Small Business Administration (SBA) **has** ( ) **has not** ( ) made a determination concerning the offeror's status as a small disadvantaged business concern. If the SBA has made a determination, the **date of the determination was** ________________ and the offeror--
( ) **Was found by SBA to be socially and economically disadvantaged and no circumstances have changed to vary that determination.**
( ) **Was found by SBA not to be socially and economically disadvantaged but circumstances which caused the determination have changed.**

(d) **Penalties and Remedies.**
Anyone who misrepresents the status of a concern as a small disadvantaged business for the purpose of securing a contract or subcontract shall--
(1) Be punished by imposition of a fine, imprisonment, or both;
(2) Be subject to administrative remedies, including suspension and debarment; and
(3) Be ineligible for participation in programs conducted under authority of the Small Business Act.

K-280. 252.247-7022 **REPRESENTATION OF EXTENT OF TRANSPORTATION BY SEA** AUG 1992
(IAW DFARS 247.573(a))

(a) The Offeror shall indicate by checking the appropriate blank in paragraph (b) of this provision whether transportation of supplies by sea is anticipated under the resultant contract. The term "supplies" is defined in the Transportation of Supplies by Sea clause of this solicitation.

(b) **Representation.**
The Offeror represents that it--

( ) **Does** anticipate that supplies will be transported by sea in the performance of any contract or subcontract resulting from this solicitation.

( ) **Does not** anticipate that supplies will be transported by sea in the performance of any contract or subcontract resulting from this solicitation.

(c) Any contract resulting from this solicitation will include the Transportation of Supplies by Sea clause. If the Offeror represents that it will not use ocean transportation, the resulting contract will also include the Defense FAR Supplement clause at 252.247-7024, Notification of Transportation of Supplies by Sea.

PART IV - REPRESENTATIONS AND INSTRUCTIONS
SECTION L
INSTRUCTIONS, CONDITIONS AND NOTICES TO BIDDERS, OFFERORS OR QUOTERS

52.252-1 **SOLICITATION PROVISIONS INCORPORATED BY REFERENCE** FEB 1988
IAW FAR 52.107(a)

This solicitation incorporates one or more solicitation provisions by reference, with the same force and effect as if they were given in full text. Upon request, the Contracting Officer will make their full text available. The offeror is cautioned that the listed provisions may include blocks that must be completed by the offeror and submitted with its quotation or offer. In lieu of submitting the full text of those provisions, the offeror may identify the provision by paragraph identifier and provide the appropriate information with its quotation or offer. Also, the full text of a solicitation provision may be accessed electronically at this/these address(es): **http://farsite.hill.af.mil/**

L-1H. 52.204-6 **DATA UNIVERSAL NUMBERING SYSTEM (DUNS) NUMBER** APR 1998
(IAW FAR 4.603(a))

L-4. 52.211-2 **AVAILABILITY OF SPECIFICATIONS LISTED IN THE DOD INDEX OF SPECIFICATIONS AND STANDARDS (DODISS)** AUG 1998
AND DESCRIPTIONS LISTED IN THE ACQUISITION MANAGEMENT SYSTEMS AND DATA REQUIREMENTS CONTROL LIST, DOD 5012.12-L
(IAW FAR 11.204(b))

(a) Copies of specifications, standards, and data item descriptions cited in this solicitation may be obtained for a fee by submitting a request to the-

Department of Defense Single Stock Point (DoDSSP)
building 4, Section D
700 Robbins Avenue
Philadelphia, PA 19111-5094

Telephone (215) 697-2667/2179
Facsimile (215) 697-1462.

(b) Order forms, pricing information, and customer support information may be obtained-

(1) By telephone at (215) 697-2667/2179; or
(2) Through the DoDSSP Internet site at http://www.dodssp.daps.mil.

L-8. 52.211-14 **NOTICE OF PRIORITY RATING FOR NATIONAL DEFENSE USE** SEP 1990
(IAW FAR 11.604(a))

For the purposes of this provision, the blanks are completed on the cover sheet.

L-30J 52.215-1 **INSTRUCTIONS TO OFFERORS--COMPETITIVE ACQUISTION** OCT 1997
(IAW FAR 15.209(a))

L-65C. 52.216-1 **TYPE OF CONTRACT** APR 1984
(IAW FAR 16.105)

For the purposes of this provision the blank(s) are completed as follows:
**FIRM FIXED PRICE**

L-91. 52.222-24 **PREAWARD ON-SITE EQUAL OPPORTUNITY COMPLIANCE EVALUATION** APR 1984
(DEVIATION)
(IAW FAR 22.810(c))

An award in the amount of $10 million or more will not be made under this solicitation unless the offeror and each of its known first-tier subcontractors (to whom it intends to award a subcontract of $10 million or more) are found, on the basis of a compliance evaluation, to be able to comply with the provisions of the Equal Opportunity clause of this solicitation. If the offeror's proposal is for a contract of $10 million or more, each of the offeror and its know first-tier subcontractors to whom the offeror intends to award a subcontract of $10 million or more shall be subject to a compliance evaluation, unless within the preceding 24 months the Office of federal Contract Compliance Clearance has conducted a compliance evaluation and found them to be in compliance with Executive Order 11246.

L-120. 52.233-2 **SERVICE OF PROTEST** AUG 1996
(IAW FAR 33.106(a))

(a) Protests, as defined in section 33.101 of the Federal Acquisition Regulation, that are filed directly with an agency, and copies of any protests that are filed with the General Accounting Office (GAO), shall be served on the Contracting Officer (addressed as follows) by obtaining written and dated acknowledgment of receipt from .

(b) The copy of any protest shall be received in the office designated above within one day of filing a protest with the GAO.

L-125. 52.237-1 **SITE VISIT** APR 1984
(IAW FAR 37.110(a))

L-140. 52.252-3 **ALTERATIONS IN SOLICITATION** APR 1984
(IAW FAR 52.107(c))

Portions of this solicitation are altered as follows: None

L-141. 52.252-5 **AUTHORIZED DEVIATIONS IN PROVISIONS** APR 1984
(IAW FAR 52.107(e))

(a) The use in this solicitation of any Federal Acquisition Regulation (48 CFR Chapter 1) provision with an authorized deviation is indicated by the addition of "(DEVIATION)" after the date of the provision.

(b) The use in this solicitation of any Defense Federal Acquisition Regulation Supplement (48 CFR Chapter 2) provision with an authorized deviation is indicated by the addition of "(DEVIATION)" after the name of the regulation.

L-204. 252.204-7001 **COMMERCIAL AND GOVERNMENT ENTITY (CAGE) CODE REPORTING** DEC 1991
(IAW DFARS 204.602-70)

L-218. 252.211-7002 **AVAILABILITY FOR EXAMINATION OF SPECIFICATIONS, STANDARDS, PLANS, DRAWINGS, DATA ITEM DESCRIPTIONS, AND OTHER PERTINENT DOCUMENTS** DEC 1991
(IAW DFARS 211.204(c))

Items may be examined at: 81 CONS/LGCV

L-608. 5352.237-9001 **PREPERFORMANCE CONFERENCE** JUL 1993
(IAW AETCFARS 5337.110(b))

Offerors/bidders are hereby advised, if they are awarded a contract as a result of this solicitation, they may be required to appear at the **81 CONS/LGCV**, Building Number **5106**, **KEESLER AFB, MS**, to attend a preperformance conference prior to commencement of any work on the military installation.

L-900. Proposal Preparation Instructions

a. Purpose: These instructions are a guide designed to ensure the submission of information essential to understanding the comprehensive validation of proposal. Offerors are cautioned to follow the detailed instructions fully and carefully, as the Government reserves the right to make an award based on initial offers received, without discussion of such offers. Proposals will be evaluated in accordance with Section M, Evaluation Criteria.

b. Proposal Evaluation: The proposal shall contain sufficient information to enable the evaluator to make a complete analysis of the proposal with respect to the evaluation criteria listed below. All available information pertaining specifically to those criteria should be included.

1. The technical proposal shall be submitted in an original and three copies.

2. The contents of the technical proposal must be specific, detailed, and clearly demonstrate the offeror understands and will comply with the Performance Work Statement (PWS). Statements that the offeror understands and "can" or "will" comply with the requirements or parts thereof are insufficient. Such phrases as "standard procedures will be used" and "well-known techniques will be used" are considered inadequate and could cause rejection of your proposal.

c. Proposal Submission: Each offeror shall furnish the information required by the solicitation. The offeror shall sign the offer and print or type his name on the Schedule and each continuation sheet on which he makes an entry. Erasures or other changes must be initialed by the person signing the offer. Offers signed by an agent shall be accompanied by evidence of that agents authority.

d. Content: The composition of the technical proposal shall be such that extensive searching throughout the document is not required to locate and evaluate any item or area. Any information not in its appropriate section and not cross-referenced to a specific location will be assumed to have been omitted. Cross-references will be used to preclude unnecessary duplication of data between sections. However, if common data is duplicated, it shall be annotated to clearly identify all other locations.

e. Binding and Labeling: The technical proposal shall be bound in a 3-ring, loose-leaf binder. A cover sheet shall be affixed to each binder, clearly marked as to original or copy number (e.g., Copy 2 of 2), the request for proposal (RFP) number, and offeror's name. The RFP number, offeror's name and original or copy number shall also appear on the edge of the binder. Pages in each solicitation should be easily removable and replaceable to facilitate page changes. Any pages that are changed should be a different color. All changed information shall be clearly marked by a vertical line in the right-hand margin of the page.

f. Indexing: The proposal shall contain a master table of contents which identifies major areas, paragraphs, and subparagraphs by number and title, as well as by page number and section location(s). To eliminate duplication of text and avoid exceeding the page limit, offerors should use cross-references within their proposal and provide a clear, consistent reference system by section, paragraph, page, etc. It must also include a master index which cross-references the specific solicitation requirement paragraphs to the appropriate proposal paragraph.

g. Page and Type Size: Page size shall be 8 1/2 by 11 inches. Pages shall be printed in a type size not less than 10 pitch (equivalent to 10 typed characters per inch), or a font size no smaller than 10, be numbered: Include "Page ___ of ___" for each section, so that a total page count can be made. Any proposal submitted with a font smaller than 10 will be returned to the offeror and will not be evaluated. All charts, graphs and matrices which are larger than one 8 1/2 x 11 inches pages must be provided in fold-out format so that they are capable of being evaluated without removal from the proposal binder. The entire chart should be visible with the notebook open and the folded page fully extended. Each 8 1/2 x 11 inch measurement counts as one page. Headings, subheadings, titles, sequence of material, and paragraph number identification system shall be used. All margins shall be one inch: column format is optional. Covers, tab dividers, title pages, table of contents, and cross-reference indices will not be included in the page count. Pages that are changed (as a result of negotiations) should be dated and of a different color and have changes/information clearly marked in the right margin of the page.

h. Figures, Forms, and Foldouts: Legible charts, tables, diagrams and graphs will be used where practical to depict organization, system descriptions, and layout, implementation schedules, plans, and examples of actual or proposed forms. This type of material shall be uncomplicated to preserve clarity. Foldout pages shall fold entirely with volume. Schedules, however, may be folded and inserted in packets attached to the volume. However, the offeror shall not use this type of material to include text properly belonging on mumbered pages. Foldouts used for charts, tables, diagrams or graphs may not exceed 11X17 inches and be printed on one side only. Foldouts will count as two pages. Foldouts will not be used for text.

i. Summary of Proposal Content: A complete proposal consists of two separate and detachable parts as specified below. Pages in excess of the maximum will be removed from the proposal and returned to the offeror. Proposals should reflect quality rather than quantity.

**Technical** (Original and 3 copies)
**Price** (Original and 3 copies)

(1) The composition of the technical proposal shall be such that extensive searching throughout the document is not required to locate and evaluate responses to any request for information. Any information not in its appropriate section and not cross-referenced to a specific location will be assumed to have been omitted. Cross-references will be used to preclude unnecessary duplication of data between sections. However, if common data is duplicated, it shall be annotated to clearly identify it in other locations with the offer. The technical proposal shall not exceed **50** pages. Resumes are not included in the **50** pages of the technical pages. They are in addition to the **50** pages.

(2) The technical proposal shall contain no price information. It shall contain sufficient information to enable the evaluator to determine compliance with the criteria listed below and explained in Section M. Following are the criteria against which the proposals will be evaluated:

**Understanding the Mission**
**Manpower and Organization**
**Quality Control**

a. Factor: Understanding the Mission: The proposal must furnish information and rationale to allow the Government to evaluate the Offeror's capabilities and technical competence to perform the requirements outlined in the PWS. The proposal must discuss the major aspects of the PWS and the proposed approach to accomplish maintenance and repair to housing facilities. Anticipated problems should be identified and presented along with proposed solutions. The proposal must address the following Subfactors:

1. Subfactor: The technical knowledge to analyze maintenance deficiencies and perform appropriate repairs to the facilities.

2. Subfactor: Equipment

b. Factor: Manpower and Organization: The proposal must provide information to allow the Government to evaluate the Offeror's organization structure to include organizational charts and detailed description of individual employee responsibilities. The offeror shall provide a Contract Manager and Assistant Contract Manager who possess the knowledge, skills, abilities and experience necessary to manage the contract and be responsible for work performance. The offeror's proposal shall address experience, education and qualifications of employees to be used to perform the required services. The offeror shall provide resumes for key personnel who will be directly involved in management and quality control of this contract and a manpower matrix depicting proposed manpower staffing for the basic period and all options.

c. Factor: Quality Control: The proposal must provide information to allow the Government to evaluate the Offeror's quality of work. The objective is to show the offeror's methods and techniques to ensure quality and consistency of effort in the performance of the PWS requirements to include timeliness, efficiency and compliance with trade practices.

(3) The price proposal for the service will be evaluated by the contracting team based on reasonableness. While the cost/price to the Government is a consideration in this acquisition, it will not be the sole determining factor for contract award. Therefore, the Government reserves the right to award a contract to other than the lowest price. The price proposals will be evaluated to determine that price covers all items in the performance work statement.

For the cost/price to be reasonable, it must represent a cost/price that provides best value to the Government when consideration is given to prices in the market, technical and functional capabilities of the offeror, risk and the current source selection situation. Fair and reasonable will be considered in three dimensions: (1) fair under current market conditions, (2) reasonable to the seller and (3)reasonable to the buyer.

j. Disposition of Proposals: After contract award, unsuccessful proposals will be disposed of with the exception of one copy which will be retained with the contract file. No destruction certificate will be provided.

k. Final Proposal Revision: Award of a contract may be based upon initial proposals submitted without discussion. Offerors should therefore submit their best technical and price proposal initially. If discussions are determined to be necessary, the contracting officer anticipates that discussions will be conducted with all offerors in the competitive range. Offerors are cautioned that changes or revisions at the final proposal revision stage may render a proposal unacceptable for award.

l. Authorized Negotiators: Offerors are reminded to provide the name, title, and telephone and facsimile number (and electronic addresses, if available) of persons authorized to negotiate on the offeror's behalf with the Government in connection with this solicitation. Also required is the name, title, and signature of the person authorized to sign the proposal. Proposals signed by an agent shall be accompanied by evidence of that agent's authority, unless that evidence has been previously furnished to the issuing office.

PART IV - REPRESENTATIONS AND INSTRUCTIONS
SECTION M
EVALUATION FACTORS FOR AWARD

M-72. 52.217-5 EVALUATION OF OPTIONS (IAW FAR 17.208(c)) JUL 1990

**NOTICE FOR OPTIONS:** Price will be evaluated by adding the extended prices for the basic award and option quantities.

EVALUATION FACTORS AND BASIS FOR AWARD

M-900. General

a. The offerors are advised to submit technical proposals, which are clear and comprehensive without additional explanation or information.

b. All technical proposals shall be evaluated by comparing proposal factors/subfactors against standards, which have been developed by the Government evaluating personnel. Any one overall criterion rating of "Unacceptable" shall cause the whole proposal to be considered unacceptable, regardless of the rating in any other of the criteria.

c. Only one contract will be awarded as a result of this request for proposals. Award will be made to that firm offering the combination of technical excellence, and total price considered the most advantageous to the Government in accordance with the evaluation criteria set forth in the RFP. The technical evaluation factors are significantly more important than price. Award may be made to other than the lowest price or highest technical excellence.

M-901. Evaluation Criteria

This section outlines the criteria the Government will consider in evaluating the offerors' proposals for Military Family Housing maintenance services. The criteria listed are intended to show the scope of the evaluation to be performed on the proposals submitted in response to the Request for Proposal. Evaluations will be accomplished by comparing offeror capabilities and proposal elements against Government requirements. The solicitation defines the proposal elements and data required from each offeror for this evaluation. Offers will be evaluated in descending order of importance in two (2) areas with technical capability significantly more important than price:

Technical
Price

M-902. Technical:

a. Criteria Assessment: The offeror's proposal shall, as a minimum, address each factor/subfactor separately, as they apply to the performance work statement. All proposals will be evaluated using the factors/subfactors, which are of equal importance. Each evaluated factor/subfactor will be assigned a color rating and have a narrative evaluation reflecting its strengths and weaknesses.

Each technical evaluation criterion will be evaluated to assess proposal data compliance and soundness of approach, which are of equal importance.

b. Proposal Risk Assessment: The proposal risk assessment process will result in an overall risk of rating low, moderate or high. Each criteria will be assigned a proposal risk. Proposal risk relates to identification and assessment of the risk associated with an offeror's proposed approached as it relates to accomplishing the requirements of the solicitation. The following definitions are used when assessing proposal risk:

High (H) - Likely to cause significant serious disruption of schedule, increase in cost, or degradation of performance even with special contractor emphasis and close Government monitoring;

Moderate (M) - Can potentially cause some disruption of schedule, increase in cost, or degradation of performance. However, special contractor emphasis and close Government monitoring will probably be able to overcome difficulties; and;

Low (L) - Has little potential to cause disruption of schedule, increase in cost, or degradation of performance. Normal contractor effort and normal Government monitoring will probably be able to overcome difficulties.

c. Performance Risk Assessment: The performance risk assessment process will result in an overall risk rating of low, moderate, high or not applicable (if no significant record is identifiable). Performance risk is evaluated by assessing present and past performance as well as rationale to support the management approach and maintenance capability to sustain or exceed proposed standards. In the case of an offeror without a record of relevant past performance or for whom information on past performance is not available, the offeror may not be evaluated favorably or unfavorably on past performance. The following definitions are used when assessing performance risk:

High (H) - Significant doubt exists, based on the offeror's performance record, that the offeror can perform the proposed effort.

Moderate (M) - Some doubt exists, based on the offeror's performance record, that the offeror can perform the proposed effort;

Low (L) - Little doubt exists, based on the offeror's performance record, that the offeror can perform the proposed effort, and;

Not Applicable - No significant performance record is identifiable.

Performance Risk and Proposal Risk are each of equal importance to the factor assessment.

(1) Past and Present Performance Risk

(a) In assessing present and past performance risk, the evaluators will use several approaches including: 1) seeking present and past performance information from contractor provided references; as well as 2) using data independently obtained from other Government and commercial sources.

(b) The purpose will be to identify and review relevant present and past performance and then make an overall risk assessment of the offeror's ability to perform this effort. This risk assessment represents the Government evaluation team's judgment of the probability of an offeror successfully accomplishing the proposed effort based on the offeror's demonstrated present and past performance. Proposal should address past performance in family housing maintenance and/or related or similar functions for current and past Government contracts, corporate clients and any other type of maintenance that was provided within the past 3 years. Include the following:

(1) Name of Contracting Activity
(2) Contract Number (indicate whether you were a prime or subcontractor)
(3) Contract Type and Total Contract Value
(4) Description of Project
(5) Period of Performance
(6) Procurement Contracting Officer(names, addresses, phone/FAX numbers)
(7) Specifically state how previous contracts relate to PWS requirements

References other than those identified by the offeror may be contacted by the Government with the information received and used in the evaluation of the offeror's past performance.

Past performance is a measure of the degree to which an offeror, to include proposed subcontractors, satisfied its customers in the past. The following will be considered in the evaluation:

a. The degree to which the offeror's performance was capable, efficient, effective
b. The degree to which the offeror's performance conformed to the terms and conditions of the contract
c. The degree to which customer satisfaction is evident
d. The degree to which the offeror demonstrated effective contract management
e. The degree to which the offeror has demonstrated the ability to perform this type of work or work of a similar nature

The factors below are described in detail and are of equal importance.

a. Factor: Understanding the Mission: The offeror must evaluate the scope of this contract and provide a proposal to accomplish the requirements of the Performance Work Statement(PWS). The proposal must include a statement regarding the major aspects of performing maintenance and repair to housing facilities which would clearly indicate a full understanding of the requirements.

(1) Subfactor: The technical knowledge to analyze maintenance deficiencies and perform appropriate repairs to the facilities.

Standard: The standard is met when the offeror provides:

a. A plan that clearly establishes a method detailing the procedures to ensure Change of Occupancy Maintenance (COM) is performed thoroughly in accordance with the standards of the PWS.

b. A detailed plan to perform maintenance and repair requirements within the stated response times outlined in the PWS for Routine, Urgent and Emergency.

c. An outline describing a computerized database of information which would adequately track all maintenance requirements received and a record of completed actions.

(2) Subfactor: Equipment

Standard: The standard is met when the offeror provides:

a. Evidence of availability of adequate resources, special tools and equipment that will be utilized to perform the requirements stated in the PWS.

b. A list of types and quantities of state of the art communications equipment necessary to respond to the requirements of this PWS.

b. Factor: Manpower and Organization

Standard: The standard is met when the proposal provides:

(1). An organizational chart that clearly describes personnel's functions, responsibilities and range of authority for the positions (duties) of contract manager, assistant contract manager, quality control, technical and key employees who will be performing on this contract.

(2). Resumes (limited to one page) for key personnel who will be directly involved in management and quality control of this contract.

(3). A manpower matrix (Attachment 3) depicting labor classification/skill, number of people and number of total man-hours for the basic period and each option.

will need resumes for NEW key personnel

c. Factor: Quality Control

Standard: The standard is met when the offeror provides an outline of a method to evaluate the quality of work performed by craftsmen to include timeliness, efficiency and compliance with trade practices.

M-903. Price:

a. Cost or price is not assigned a color rating, however, an assessment of reasonableness will be performed. The technique of reasonableness will be used to evaluate cost or price. For cost/price to be reasonable, it must represent a cost/price that provides the best value to the Government when consideration is given to prices in the market, technical and functional capabilities of the offeror, risk and the current source selection situation. Fair and reasonable will be considered in three dimensions: (1) fair under current market conditions, (2) reasonable to the seller and (3) reasonable to the buyer. The total evaluated price will be the sum of all CLINs in the Schedule (cumulative prices for the basic and option year CLINs). Offerors are advised that unrealistically low proposed costs or prices may be grounds for eliminating a proposal from competition either on the basis that the offeror does not understand the requirement or the offeror has made an unrealistic proposal.

b. Technical capability is significantly more important than price. The lowest priced proposal may not necessarily receive the award; likewise, the highest technically rated proposal may not necessarily receive the award. Final selection is based on the proposal which is most advantageous to the Government.

## SECTION C

## PERFORMANCE WORK STATEMENT
## FOR
## MAINTENANCE OF MILITARY FAMILY HOUSING

## TABLE OF CONTENTS


| SECTION | TITLE |
|---|---|
| C-1 | GENERAL INFORMATION |
| | SCOPE OF WORK |
| | CONTRACTOR PERSONNEL |
| | QUALITY CONTROL |
| | QUALITY ASSURANCE |
| | PHYSICAL SECURITY |
| | HOURS OF OPERATION |
| | CONSERVATION OF UTILITIES |
| | DISASTER RESPONSE WORK |
| | REMOVED PARTS AND MATERIALS |
| | WARRANTY REPLACEMENT |
| | CONTRACTOR CLEANUP |
| | COORDINATION WITH OTHER CONTRACTORS |
| | WORK BACKLOG |
| | GOVERNMENT OBSERVATIONS |
| | ENVIRONMENTAL CONTROL |
| | FIRE PREVENTION AND PROTECTION |
| | ENTOMOLOGY SUPPORT |
| | RECORDS |
| C-2 | DEFINITIONS |
| | GENERAL DEFINITIONS |
| | TECHNICAL DEFINITIONS |
| | ACRONYMS/ABBREVIATIONS |
| C-3 | GOVERNMENT-FURNISHED PROPERTY AND SERVICES |
| | GENERAL INFORMATION |
| | GOVERNMENT-FURNISHED PROPERTY |
| | GOVERNMENT-FURNISHED SERVICES |

Case 1:04-cv-00480-CCM Document 1 Filed 03/24/2004 Page 61 of 146

C-4 CONTRACTOR-FURNISHED ITEMS AND SERVICES
GENERAL INFORMATION
QUALITY STANDARDS
GOVERNMENT REIMBURSEMENT FOR ITEMS
CONTRACTOR FURNISHED VEHICLES
REPAIR ITEMS
WORK INFORMATION MANAGEMENT SYSTEMS
PAINT STORAGE FACILITIES
APPLIANCES AND EQUIPMENT

C-5 SPECIFIC TASKS
GENERAL INFORMATION
MAINTENANCE MANAGEMENT
SERVICE CALLS
CHANGE OF OCCUPANCY MAINTENANCE
REPAIR TERMITE DAMAGE
ROOF REPAIR
KEYS AND LOCKS
RECURRING INSTALLED EQUIPMENT MAINTENANCE
UTILITIES REPAIR
OCCUPANT DAMAGES
PLAYGROUND EQUIPMENT
APPLIANCE AND EQUIPMENT MAINTENANCE
PAINTING
VINYL COATED WALL COVERING
FLOOR REFINISHING
EMERGENCY SUPPORT SERVICES
DETERIORATED STRUCTURAL WOOD REPLACEMENT
USE OF TOXIC/HAZARDOUS MATERIALS
IDENTIFICATION OF LEAD BASED PAINT (LBP) HAZARDS
REPAIRS INVOLVING LEAD BASED PAINT (LBP)
ADMINISTRATIVE REPORTS AND DATA
VACANT UNITS

C-6 APPLICABLE PUBLICATIONS AND FORMS

TECHNICAL EXHIBITS

1. Performance Requirements Summary
2. a. Workload Estimates
   b. Facilities to be Maintained
   c. Equipment to be Serviced
   d. Playground Equipment to be Serviced
   e. Minor Disaster History
3. Work Area Layouts and Housing Unit Floor Plans
4. Required Reports
5. Government Furnished Facilities
6. Quality Standards
7. Performance Requirements Table
8. Methodology for Measuring Square Footage to Compute Painting Costs
9. Change of Occupancy Checklists (Interior/Exterior Structure)
10. Service Call Categories
11. Cleaning Standards
12. Housing Maps

## SECTION C-1

## GENERAL INFORMATION

**1.1. SCOPE OF WORK.** The contractor shall provide all personnel, equipment, tools, materials, supervision, and other items and services necessary to perform the Maintenance of Military Family Housing as defined in this Performance Work Statement (PWS), except as specified in Section C-3 as government-furnished property and services, at Keesler AFB, MS. The estimated quantities are listed in Technical Exhibit 2a, Workload Estimates. Facilities covered by this PWS are covered in Technical Exhibit 2b and equipment and appliances to be serviced are contained in Technical Exhibit 2c. The main functions include:

a. Maintenance Management
b. Service Calls
c. Change of Occupancy Maintenance (COM)
d. Recurring Equipment Maintenance
e. Appliance Management
f. Cleaning

**1.2. CONTRACTOR PERSONNEL.**

1.2.1. **Contract Manager.** The contractor shall provide a contract manager who shall be responsible for the performance of work. The name of this person, and an alternate or alternates who shall act for the contractor when the manager is absent, shall be designated in writing to the contracting officer. The contracting officer must be notified of a replacement contract manager within 1 duty day. The contract manager and alternates must be able to read, write, speak and understand English.

1.2.1.1. The contract manager or alternate shall have full authority to act for the contractor on all contract matters relating to daily operation of this contract.

1.2.1.2. The contract manager or alternate shall be available during normal duty hours within 30 minutes to meet on the installation with government personnel (designated by the contracting officer) to discuss problem areas. After normal duty hours, the manager or alternate shall be available within 1 hour.

1.2.2. Contractor personnel shall present a neat appearance and be easily recognized as contractor employees. Badges shall be provided by the contractor and employees shall display the badges at all times while on Keesler AFB.

1.2.2.1. The contractor shall ensure employees have a current and valid driver's license before allowing the employee to operate a contractor-owned vehicle on Keesler AFB. Contractor shall operate vehicles to comply with base traffic regulations.

1.2.3. **Security Requirements.** The contractor shall obtain the following pass and identification items for employees and non government vehicles: DD Form 1172, Application for Uniformed Services Identification Card, Civilian Identification Card (MAJCOMs may have their own form), AF Form 2219H, Registered Vehicle, DD Form 2220, DOD Registered Vehicle, and AF Form 75, Visitor/Vehicle Pass.

1.2.3.1. The contractor shall retrieve all identification media, including vehicle decals, from employees who depart for any reason before the contract expires (e.g., terminated for cause, retirement, etc.). The retrieved identification media and vehicle decals will be turned into the contracting officer.

1.2.3.2. The contractor shall maintain a current listing of employees. The list will include employee names, social security numbers and security clearance levels (if required). This list shall be validated and signed by the Contract Manager and provided to the Contracting Officer and 81 SFS/SFAI prior to the contract start date. Updated lists shall be provided when an employee's status or information change. A copy of the updated list shall be provided to the Contracting Officer and 81 SFS/SFAI no later than two (2) working days after the changes occur.

1.2.4. **Employee Training.**

1.2.4.1. The contractor shall provide environmental, health and safety training to ensure compliance with all federal, state, and local laws or regulations.

1.2.4.2. A minimum level of training must be provided to all workers who perform activities which may disturb painted surfaces or come in contact with asbestos. Minimum training includes potential hazards of lead-based paint (LBP)/asbestos, work practices to reduce and control dust and debris, handling of debris, hygiene, and cleanup procedures during maintenance activities. On-site supervisors must be trained at an EPA-approved Regional Training Center or an equivalent in-house training program (provided and paid for by the contractor) presented by a certified trainer. All training must be documented and available for the Government to review at all times.

CRITERIA FOR SUPERVISORS

1.2.5. **Safety.** The contractor is required to establish and conduct a thorough Occupational Safety and Health Program as required by the Occupational Safety and Health Act (OSHA). The contractor shall comply with the Occupational Safety and Health Act (OSHA, Public Law 91-596) and the resulting standards and OSHA Standards 29 Code of Federal Regulations (CFR). The contractor shall comply with Safety Guidance for Civilian Contractors (obtained from 81 TRW/SEG). Additionally, the contractor will comply with Air Force Occupational Safety and Health (AFOSH) safety Standards, installation safety, fire and health requirements/regulations. Copies of AFOSH standards may be reviewed in the 81st Training Wing Safety Office, Room 202, Bldg 0233. Questions or inquiries pertaining to the Air Force Safety Program should be directed to the Wing safety Office at 7-2910, 7-7030 or 7-7031.

**1.3. QUALITY CONTROL:**

1.3.1. The contractor shall establish and maintain a complete Quality Control Plan (QCP) to ensure the requirements of the contract are provided as specified. Two copies of the contractor's Quality Control Plan shall be provided to the contracting officer not later than the preperformance conference. Updated copies must be provided to the contract start date and as changes occur. Contractor compliance with the Quality Control Plan will be monitored by the government. The Quality Control Plan is subject to nonacceptance by the contracting officer and revision required by the contractor (no additional cost to the government) to ensure quality service.

1.3.2. The plan shall include, as a minimum:

1.3.2.1. A description of the inspection system to cover all tasks and services listed on the Performance Requirements Summary (PRS). The description shall include specifics as to the areas to be inspected on a scheduled and unscheduled basis, frequency of inspections, submission of quality control inspection schedule, and the title and organizational placement of the inspectors. Additionally, control procedures for any government provided keys or lock combinations shall be included.

1.3.2.2. A description of the methods to be used for identifying and preventing deficiencies in the quality of service performed.

1.3.2.3. On-site records of all inspections conducted by the contractor and the necessary corrective or preventive actions taken.

1.3.2.4. Include a customer complaint feedback system for correction of complaints. All Customer Complaint Records (AF Form 714) shall be answered, all necessary corrective actions taken, and the completed forms returned to the QAE within one workday.

1.3.3. The records of inspections shall be kept and made available to the government throughout the contract performance period and for the period after contract completion until final settlement of any claims under this contract.

**1.4. QUALITY ASSURANCE.** According to the Inspection of Services clause Government Quality Assurance, Technical Exhibit 1, the government will evaluate the contractor's performance under this contract. For those tasks listed in the Performance Requirements Summary (Technical Exhibit 1), the Quality Assurance Evaluator (QAE) or evaluators will follow the methods of surveillance specified in this contract. The QAE(s) will record all surveillance observations and will maintain a file of all inspection results. Government surveillance of tasks not listed in the performance requirements summary or by methods other than those listed in the performance requirements summary (such as provided for by the Inspection of Services clause) may occur during the performance period of this contract. Such surveillance will be done according to standard inspection procedures or other contract provisions. Successive months of unsatisfactory performance for any Required Service (RS) item may result in other appropriate action(s) by the contracting officer in accordance with the Inspection of Services clause, including Termination for Default. Any action taken by the contracting officer as a result of surveillance will be according to the terms of this contract.

1.4.1. **Performance Evaluation Meetings.** The contracting officer may require the contract manager to meet with the contracting officer, contract administrator, QAE, and other government personnel as deemed necessary. The contractor may request a meeting with the contracting officer when the contractor believes such a meeting is necessary. Written minutes of any such meetings shall be recorded in the contract and signed by the contract manager and the contracting officer or contract administrator. If the contractor does not concur with any portion of the minutes, such nonconcurrence shall be provided in writing to the contracting officer within 10 calendar days following receipt of the minutes.

**1.5. PHYSICAL SECURITY.** The contractor shall be responsible for safeguarding all Government property provided for contractor use. At the end of each work period, all Government facilities, equipment and materials shall be secured.

1.5.1. **Key Control.** The contractor shall establish and implement methods of making sure all keys issued to the contractor by the government are not lost or misplaced and are not used by unauthorized persons. The contractor shall not duplicate any keys issued by the government.

1.5.1.1. The contractor shall immediately report to the QAE or contracting officer any occurrences of lost or duplicated keys.

1.5.1.2. In the event keys, other than master keys, are lost or duplicated, the contractor may be required, upon written direction of the contracting officer, to re-key or replace the affected lock or locks without cost to the government. The government may, however, at its option, replace the affected lock or locks or perform re-keying and deduct the cost of such from the monthly payment due the contractor. In the event a master key is lost or duplicated, all locks and keys for that system shall be replaced by the government and the total cost deducted from the monthly payment due the contractor.

1.5.2. **Lock Combination.** The contractor shall control access to all government provided lock combinations. Contractor control methods shall be designed to preclude unauthorized entry into locked areas and to ensure lock combinations are not revealed to unauthorized persons.

**1.6. HOURS OF OPERATION:**

1.6.1. **Normal Hours of Operation.** All required inspections and routine maintenance shall be accomplished during normal base working hours. For purposes of this contract, the normal base working hours follow the Compressed Work Schedule as described in the table below.

SEE 5.1.7
0700 - 1900 NORMAL
ANSWERING SERVICE

| | |
|---|---|
| Sunday | non-workday |
| Monday | 0700 to 1645 |
| Tuesday | 0700 to 1645 |
| Wednesday | 0700 to 1645 |
| Thursday | 0700 to 1645 |
| Friday | non-workday |
| Saturday | non-workday |

4:45 PM

| | |
|---|---|
| Sunday | non-workday |
| Monday | 0700 to 1645 |
| Tuesday | 0700 to 1645 |
| Wednesday | 0700 to 1645 |
| Thursday | 0700 to 1645 |
| Friday | 0715 to 1600 |
| Saturday | non-workday |

4:45 PM

4:00 PM

1.6.1.1. **Holidays.** The contractor is required to provide emergency and urgent service on Federal Holidays. The holidays are:

New Year's Day - 1 January or the Friday preceding or Monday following
Martin Luther King Day - 3rd Monday in January
Washington's Birthday - 3rd Monday in February
Memorial Day - last Monday in May
Independence Day - 4 July or the Friday preceding or Monday following
Labor Day - 1st Monday in September
Columbus Day - 2nd Monday in October
Veteran's Day - 11 November
Thanksgiving Day - 4th Thursday in November
Christmas Day - 25 December or the Friday preceding or Monday following

1.6.1.2. **Service Call Hours.** The contractor shall provide a capability for receiving service calls 7 days a week, 24 hours per day, and accomplish service calls during the following time periods.

| CATEGORY | DAYS PER WEEK | TIMES |
|---|---|---|
| Emergency | 7 Days | 24 Hours per day |
| Urgent | 7 Days | 0700 - 2100 — 7:00 AM To 9:00 PM |
| Routine | Normal Duty Days | Normal Duty Hours |

1.6.2. **Emergency or Urgent Services.** The contractor shall provide emergency or urgent services. Emergency and urgent situations (Technical Exhibit 10) may necessitate the contractor operating on an extended basis.

1.6.2.1. **Occupied Quarters.** Except in an emergency, contractor personnel shall not enter occupied quarters unless requested by the occupant, and an adult member (18 yrs or older) of the occupant's family is at home, or an adult who is responsible for the quarters during the occupant's absent is present. Except for short periods of time in which housing occupants move out and move in, the housing unit will be continually occupied. Except for COMs, emergency, and urgent service call, the contractor shall coordinate operations with the occupant not later than 1 workday before work is scheduled for accomplishment. Per Amend

1.6.2.2. The contractor, in coordinating operations with the occupant, shall provide a time frame to the occupant for responding to the service call. Response times are stated in Technical Exhibit 10. The time frame (identifying morning or afternoon) given to the occupant shall be recorded in the service call logs. If delays prevent the Per Amd 2

service technician from arriving during the designated timeframe, the contractor shall notify the occupant of an alternate schedule. If the occupant is not home at the appointed time for access, the contractor shall leave a written message notifying the occupant of the missed appointment. The message shall include the date and time of the attempted access. The message shall inform the occupant how to reschedule the requested work. The contractor shall supply the QAE with a copy of the missed appointment message and annotate the service call log. Failure on the part of occupants to provide access shall not be the basis of claim for additional money by the contractor.

1.6.2.3. If an appointment has been established (paragraph 1.6.2.2. above) and the occupant is a "no show," the contractor shall schedule one more appointment to complete the service call. If unsuccessful, the contractor shall refer the job order to the QAE for permission to cancel.

1.6.3. **Change of Occupancy Maintenance (COM).** The contractor shall not schedule a COM in multiple unit facilities during 2000 to 0700 hours.

1.6.4. **Major Painting.** The contractor shall not schedule major painting in multiple unit facilities during 2000 to 0700 hours.

1.6.5. **Major Floor Replacement.** The contractor shall not schedule major floor replacement in multiple unit facilities during 2000 to 0700 hours.

1.6.6. **Performance of Services During Crisis Declared by the National Command Authority.** All services to be performed under this contract have been determined to be essential for performance during crisis and, according to Department of Defense Instruction (DODI) 3020.37 and Air Force implementation thereof, it is determined that the contractor will be required to perform during crisis.

**1.7. CONSERVATION OF UTILITIES.** The contractor shall make sure employees practice utilities conservation. The contractor shall be responsible for operating under conditions that prevent the waste of utilities to include:

1.7.1. Turn off lights when not in use.

1.7.2. Set and maintain mechanical equipment controls for heating, ventilation and air conditioning systems IAW applicable directives, instructions, manuals and technical orders.

1.7.3 Turn off water faucet valves when not in use.

1.7.4. The contractor is responsible for advising his employees of all Environmental and Hazardous Materials Handling and is also required to have and maintain Material Safety Data Sheets (MSDS) on all materials that are required by State and Federal Laws and/or Regulations. (Reference AFI 91-301 and OSHA requirements).

**1.8. DISASTER RESPONSE WORK.** If government property is damaged by acts of God or natural disasters, the contracting officer will determine the emergency actions necessary to protect government and personal property, and will direct the contractor to do the emergency work necessary.

Such emergency work will be included as part of contract line item number 0001, 1001, 2001, 3001 and 4001. Repairs will not exceed $500 per unit in direct labor costs and direct materials, and the total cost for repairing disaster damages will not exceed $15,000 per year.

**1.9. REMOVED PARTS AND MATERIALS.** Any item with a replacement cost over $50 that is removed from equipment or facilities shall be inspected by the QAE to determine if it is unserviceable prior to final disposition.

1.9.1. **Repairable Items.** Those items determined by the QAE to be repairable shall be repaired as a routine service call by the contractor for reuse by the contractor. Repaired items shall be used before newly purchased items are used.

1.9.2. **Non-Repairable Items.** Those items determined to be non repairable by the QAE shall be palletized by the contractor and turned in to the Keesler Recycle Center or the Defense Reutilization Marketing Office in accordance with the QAE.

**1.10. WARRANTY REPLACEMENT**. The contractor shall be responsible for exercising manufacturer and contract warranties.

**1.11. CONTRACTOR CLEANUP**. The contractor shall, at all time, keep work areas used in or near residents and storage areas free from accumulations of waste material, rubbish, tools, scaffolding, equipment, and materials not the property of the Government. Upon completion of the job, the contractor shall leave the work and premises in a clean, neat, and workmanlike condition. The contractor shall remove water and sewage spilled (inside the unit) as a result of a malfunction or repair to leave the area in a sanitary condition. The contractor shall be responsible for the exterior appearance of all storage areas to include picking up and disposing of litter. This also includes disposal of toxic materials such as paint (nonleaded), antifreeze, and freon.

**1.12. COORDINATION WITH OTHER CONTRACTORS.** The government may undertake or award other contracts for additional work, and the contractor shall fully cooperate with such other contractors and Government employees and carefully schedule normal work to additional work that may be directed by the Contracting Officer. The contractor shall not commit or permit acts which will interfere with the performance of work by another contractor of by a Government employee.

**1.13. WORK BACKLOG.** The contractor shall be responsible for completing all open job orders. Any open job orders, as of the last day of contract period, are to be completed under the terms of this contract. The contractor's last monthly payment will be held pending completion of all backlog job orders. The period allowed for completion of each job order will begin on the date the job was originally initiated. Government furnished facilities will not be available at the end of the contract, as new contractor will have the facilities.

**1.13.1. Existing Work Backlog at Contract Start Date.** Any open job orders as of contract start date are considered backlog. All backlog job orders from prior contract shall be negotiated at contract start. Contractor shall be granted 15 days to accomplish all backlog.

**1.14. GOVERNMENT OBSERVATIONS.** Government personnel other than Contracting Officers and Quality Assurance Evaluators may from time to time observe contractor operations. Contractor shall provide assistance and information for these observations, as requested by Government personnel. Any observations by Government personnel other than Contracting Officer or QAE personnel are only informational and shall not result in any payment action under this contract for or against the contractor.

**1.15 ENVIRONMENTAL CONTROL.** All hazardous materials and wastes, including freon, paint, paint waste, thinner, solvent, stripper, wastes slops, brush cleaning solutions, and paint cans generated by this contract shall be managed and disposed of in accordance with all State, Federal. and local laws, and base rules and regulations. The contractor shall maintain a collection point for hazardous wastes generated by his work. The collection point must receive certification as a Satellite Accumulation Point from Base Civil Engineering prior to use. Disposal of hazardous wastes off base shall be accomplished by the contractor. Under no circumstances shall the contractor dispose of or flush and hazardous material down sinks, toilets, or drains.

1.15.1. **Compliance with Laws and Regulations**. The contractor shall be knowledgeable of and comply with all applicable Federal, State, and local laws, regulations, and requirements regarding environmental protection. In the event environmental laws/regulations/requirements change during the term of this contract, the contractor shall comply with such law/regulation as changed. If there is an increase or decrease in cost as a result of the change, the contractor shall immediately inform the Contracting Officer for possible modification of the contract.

1.15.2. **Notification of Environmental Spills**. If the contractor spills or releases any substance listed in 40 CFR 302 into the environment, the contractor shall immediately report the incident to the QAE. The contractor shall be liable for the spill or release of such substances.

1.15.3. **Material Storage and Use.** The contractor shall follow manufacturer's guidelines and professional recommendations for control of humidity, temperature, cleanliness, and materials handling. This includes hazardous materials.

1.15.4. The contractor is responsible for advising his employees of all Environmental and Hazardous Materials Handling and is also required to have and maintain Material Safety Data Sheets (MSDS) on all materials that are required by State and Federal Laws and/or Regulations. (Reference AFI 91-301 and OSHA requirements).

**1.16. FIRE PREVENTION AND PROTECTION.** Contractor shall comply with the requirements of AFI 32-2001, The Fire Protection Operations and Fire Prevention Program and KAFBI 32-2002, Fire Prevention, Fire Reporting and Fire Fighting. A copy of this regulation may be obtained from the contracting officer. Base fire prevention personnel may make periodic routine inspections for regulation compliance. Burning of any material on base by the contractor is prohibited.

**1.17 ENTOMOLOGY SUPPORT.** The contractor shall be responsible for opening interior or exterior surfaces for the Government entomology personnel when required.. The contractor shall

be responsible for repairing interior or exterior surfaces when entomology has completed their task. The repaired area shall match adjoining surfaces in color, texture and appearance.

**1.18. RECORDS.** The contractor shall be responsible for creating, maintaining, and disposing of only those government required records that are specifically cited in this PWS or required by the provisions of a mandatory directive listed in Section C-6, Applicable Publications and Forms. If requested by the government, the contractor shall provide the original record, or a reproducible copy of any such record within 5 working days of receipt of the request.

# SECTION C-2
# DEFINITIONS

## 2.1. GENERAL DEFINITIONS.

2.1.1. **Defective Service.** A service output that does not meet the standard of performance specified in the contract for that service.

2.1.2. **Lot.** The total number of potential service outputs in a surveillance period.

2.1.3. **Performance Requirement.** The point that divides acceptable and unacceptable performance of a task according to the performance requirement summary and the Inspection of Services clause. It is the number of defectives or maximum percentage defective in the lot that is deemed acceptable. Any further defectives will require the government to effect the price computation system.

2.1.4. **Performance Requirements Summary (PRS).** A listing of the service outputs under the contract that are to be evaluated by the QAE on a regular basis, the surveillance methods to be used for these outputs, and the performance requirement of the listed outputs.

2.1.5. **Quality Assurance.** A planned and systematic pattern of all actions necessary to provide confidence that adequate technical requirements are established; products and services conform to established technical requirements; and satisfactory performance is achieved. For purposes of this contract, quality assurance refers to actions by the government.

2.1.6. **Quality Assurance Evaluator (QAE).** A functionally qualified person who performs quality assurance functions for a contracted service.

2.1.7. **Quality Control.** Those actions taken by a contractor to control the production of output to ensure that they conform to the contract requirements.

2.1.8. **Sample.** A sample consists of one or more service outputs drawn from a lot for quality assurance surveillance.

2.1.9. **Quality Assurance Surveillance Plan (QASP).** An organized written document used for quality assurance. The document contains specific methods on how to perform surveillance of the Contractor.

2.1.10. **Random Sampling.** A sampling method in which each service output in a lot has an equal chance of being selected.

2.1.11. **Sampling Guide.** A guide within the surveillance plan which contains all the information needed to perform surveillance of the service outputs by the random sampling method of surveillance.

## 2.2. TECHNICAL DEFINITIONS.

2.2.1. **Acceptable Percentage (AP) of COM.** Equals 100 percent less unacceptable percentage (UP), that is AP=100% - UP. If calculation shows AP to be greater than 100%, then 100% will be used for AP. If calculations show AP to be less than 0%, then 0% will be used for AP. Otherwise use the calculated value of AP. Example: If UP=0, then AP = 100%-0% =100%. If UP = 10%, then AP = 100%- 10% = 90%. NOTE: AP CAN BE CALCULATED AS FOLLOWS: AP = 100% (2 - AMD/MAD). (Example: AMAD = MAD/L = 49 days/20 housing units = 2.45 days/housing unit.

2.2.2. **Actual Monthly Downtime (AMD).** Is the sum of the downtime for all of the housing unit in the contractor's custody during the month. Example: For example: 1 Housing unit for 4 days, 6 housing units for 3 days each, 10 housing units for 2 days each, and 3 housing units for 1.5 days each. AMD = (1 housing unit x 4 days/housing unit) + (6 housing units x 3 days/housing units) + (10 housing units x 2 days/housing units) + (3 housing units x 1.5 days/housing unit) = (1 x 4) + (6 x 3) + (10 x 2) + (3 x 1.5) = 4 + 18 + 20 + 4.5 = 46.5 days.

2.2.3. **Allowable Downtime.** Is the downtime allowed for minor COM work and cleaning in a housing unit. Minor allowable downtime is 3 calendar days.

2.2.3.1. **Major Allowable Downtime.** Major allowable downtime is the total downtime allowed for major COM work in a housing unit. That is, the sum of all allowable downtimes for a housing unit. This includes the minor allowable downtime plus downtime for major floor refinishing and downtime for major painting and downtime for termite damage repair. There are no downtime provisions for countertop and splashback replacement, for roof damage repair, or for maintaining marking and repairing military family housing units identification signs. Major allowable downtime elements are as follow (paragraph 5.3.6.):

a. Major Painting (MP); 1.5 calendar days.
b. Major Floor Replacement (MFR):
   (1) Resilient/Linoleum Floor Replacement: 1.5 calendar days.
   (2) Wood Stain Refinish: 3 calendar day.
c. Carpet Repair: 1 calendar day.
d. Termite Damage Repair: 2 calendar days.
e. Lead based Paint Prepration: .5 calendar days

Per Amend 2

2.2.4. **Appliances and Installed Equipment.** See Technical Exhibit 2c for the listing of appliances and equipment.

2.2.4.1. **Appliances.** These items consist of Government-owned domestic free-standing refrigerators, free-standing ranges, built-in ovens and cooktops, and installed dishwashers.

2.2.4.2. **Installed Equipment.** These items are Government-owned equipment which are installed in housing facilities.

2.2.5. **Appliance Servicing.** Work required to keep an appliance in such condition that it is operational and may be continuously utilized safely for its intended purpose at its designated capacity or efficiency.

2.2.6. **Average Monthly Allowable Downtime (AMAD).** Is the MAD divided by the COM lot (L). (Example: AMAD = MAD/L) or 46.5 days/20 MFHU or 2.325 days per housing unit..

2.2.7. **COM Effective (E) MFHU.** Is the (AMD) divided by the AMAD. Example: AMD = 46.5 days; AMAD = 2.325 days/housing unit then: E = AMD/AMAD = 46.5 days/2.325 days/housing unit = 20.00 housing unit.

2.2.8. **COM Defective (D) MFHU.** Is the COM effective (E) Housing unit minus the COM lot (L). If COM defective (D) housing unit is a negative number, then the defect is zero (none). Examples: IF, E = 22, L = 20 then D = E - L = 2. If 18.98, L = -1.02 (a negative number) use D = 0.

2.2.9. **Change of Occupancy Maintenance (COM).** The work accomplished to inspect, repair, maintain, clean, and service any of the military family housing units and their appurtenances which are vacant for any reason during the contract period.

2.2.9.1. **Contractor COM Custody.** The time the contractor is in receipt and responsible for housing units for the purpose of accomplishing COM.

2.2.10. **COM Lot (L).** Is the number of housing units in contractor's custody for COM during the month.

2.2.11. **Completion Time.** The interval between the time the contractor receives the request for the service and the time all work requested is complete and the job order is closed out.

2.2.12. **Contractor's Estimate of Downtime (CED).** The contractor's estimate in whole-days and half-days of downtime for COM.

2.2.13. **Disaster Damage.** Disaster damage is defined as follows:

2.2.13.1. **Minor Disaster Repair Work.** Disaster repair work is the repair of Government property damaged by a natural disaster, such as ~~a~~ hurricane tornado, flood, high winds, fire, when such work is necessary to protect Government property ~~and personal property~~ as directed by the Contracting Officer. Such Damage that is not classified as an emergency shall be completed as an urgent service. ~~call.~~

2.2.13.2. reserved ~~**Major Disaster Repair Work.** Major disaster repair work is disaster repair work that exceeds the limits of paragraph 1.8.~~

Per Amend 7

2.2.13.3. **Direct Labor Cost.** The direct labor cost shall be the hourly labor rate for any specific job classification, as specified in the wage determination, FICA and workmen's compensation taxes, plus the fringe benefits.

2.2.14. **Downtime.** Downtime is the number of calendar days an unoccupied housing unit is in the custody of the MFH maintenance contractor for major and minor COM. Downtime is expressed in terms of whole days and half days.

2.2.14.1. **Whole Day.** A whole-day for counting downtime is 0700 to 1645 hours or the sum of 2 half-days (Example: 1 whole day is 1.0 day).

2.2.14.2. **Half-Day.** A half-day for counting downtime is 0700 to 1200 hours or 1200 to 1645 hours or any fraction thereof. (Example: 1 half-day is .5 day).

2.2.14.3. **Turnover Time.** Begins the next half-day after the contractor signs for a housing unit.

2.2.14.4. **Turnback Time.** The end of the half-day the contractor passes the COM (R-8) inspection and inspection of all identified bid line items.

2.2.15. **Exterior Facility Maintenance.** Repair, maintenance, and service of the exterior of housing units and their appurtenances, and all ~~playground equipment to include Government-owned basketball and tennis courts located in the housing area~~ exterior playground equipment.

Per Amend 2

2.2.16. **Facility.** A facility is an integral structure such as a house, apartment building, garage, carport, Government-owned storage shed, or Government-owned mobile home. A single family dwelling is called an "unit." Included with the unit are all of its components to include proportionate share of carports, garages, and Government-owned storage sheds and Government-owned and installed fences that belong to the structure unless otherwise specified herein. "Facility" does not included sidewalks, driveways, yard sprinkler systems, landscaping, or occupant-contracted or owned structure. "Facility" does include all interior utilities, including interior telephone lines, and the various utilities as outlined but not limited to the following paragraphs.

2.2.16.1 Sewer lines include the building drain and building sewer. The contractor shall be aware in some housing areas, multiple housing units manifold together into a private sewer (single sewer lateral) before tying into the public sewer (main sewer system).

2.2.16.2. Water supply system from the building interior up to and including pipes under the slab/foundation and the service line, to include the cutoff valve.

2.2.16.3. Gas lines from the building foundation through the regulator, including through the cutoff valve, are the contractor's responsibility.

2.2.16.3.1. Gas distribution system shall include but shall not be limited to: gas piping from pressure regulator to individual appliances such as stove, furnace, water heater and clothes dryer, gas cocks at appliances, nipples, flexible connection, unions, reducers, appliance pilots lines, and all associated gas distribution equipment.

2.2.16.4. Electrical circuits and all electrical components including panel, breakers, weatherhead and mast, and conductors, up to connection to overhead electrical service drop. Circuitry through the

facility including breakers and service entrance panel, not to include underground electrical service from source to service entrance panel.

2.2.16.5. All interior telephone jacks and lines to outside connections.

2.2.17. **General Officer Housing.** Housing assigned to military members in the grade of Brigadier General and above.

2.2.18. **Item.** Any material, part, component, subassembly, equipment, equipment accessory or attachment, ~~or consolidation of similar materials for equipping~~ used for maintenance, operation, or support of housing facilities.

per Amen 2

2.2.19. **Job Order.** A written requirement to do work (paragraph 5.1.8).

2.2.20. **Medical Waiver.** Designation of quarters requiring specialized service due to medical condition of occupants. The contractor will be provided a list of all housing units requiring specialized services from Base Civil Engineering. The list may be updated throughout the contract period.

2.2.21. **Major Floor Replacement.** Floor replacement in excess of 120 square feet per unit (paragraphs 5.3.6.2. and 5.14, Floor refinishing). This item is a separate bid item (Line Item 0007, 1007, 2007, 3007 and 4007). The contractor is paid for the entire square footage of directed major floor refinishing. Floor refinishing includes:

a. Refinishing wood stairs
b. Replacement of carpet

2.2.22. **Minor Floor Refinishing.** Floor refinishing of 120 square feet or less per unit (paragraphs 5.3.6.2 and 5.14. Floor Replacement). Floor refinishing includes:

a. Refinishing wood stairs
b. Repair/Cleaning of carpet ~~(remove stains)~~

per Amend 2

2.2.23. **Monthly Allowable Downtime (MAD).** MAD is the sum of the allowable downtimes of all housing units in the contractor's custody during the month.

2.2.24. **Paint.** Includes paint, varnishes, stains, sealers, and other coating, whether used as prime, intermediate, or finish coats.

2.2.24.1. **Major Painting.** Interior or exterior painting of an area greater that 200 square feet per unit. Interior and exterior painting are separate bid items (Paragraph 5.3.6.1.). In no event shall total exterior painting of a unit be accomplished under this contract. The provisions of reimbursement for materials over $50 does not apply. The contractor is paid for the entire square footage of directed major painting at the separate bid price.

2.2.24.2. **Minor Painting.** All interior or exterior painting other that major painting. Work includes painting all items requiring finish painting and spot painting areas 200 square feet or less.

2.2.24.3. **Lead-based Paint (LBP).** Paint or other surface coatings that contain lead in excess of 1.0 milligrams per square centimeter or 0.5 percent by weight or in the case of paint or other surface coating on housing, such lower level as may be established by the Security of Housing and Urban Development, as defined in Title 42 U.S.C., Section 302(c) of the Lead-Based Paint Poisoning Prevention Act (paragraph 1b), or in the case of any other paint or surface coatings. such other lead contents as may be established by the EPA.

2.2.24.4. **Accessible Surface.** An interior or exterior surface painted with lead-based paint (LBP) that is accessible for a young child to mouth or chew.

2.2.24.5. **Friction Surface.** An interior or exterior surface that is subject to abrasion or friction, including certain window, floor, and stair surfaces.

2.2.24.6. **Impact surface.** An interior or exterior surface that is subject to abrasion or friction, including certain window, floor, and stair surfaces.

2.2.24.7. **Deteriorated paint.** Any interior or exterior paint that is peeling, chipping, chalking, or cracking or any paint located on an interior or exterior surface or fixture that is damaged or deteriorated.

2.2.24.8. **Enclosure.** Resurface or cover surfaces with mechanically affixed durable materials, caulked or sealed, to prevent or control chalking or flaking of lead-containing surfaces. This prevents lead dust from being incorporated into facility dust and prevents accessibility to children.

2.2.24.9. **Encapsulation.** Coat and seal surfaces with durable coating formulated to be elastic, long-lasting, and resistant to cracking, peeling, algae, and fungi.

2.2.24.10. **Removal.** Remove substrates, such as windows, doors, and trim, that have lead-painted surfaces and install new components. This method also includes procedures that remove lead paint from components.

2.2.24.11. **Interim Controls.** A set of measures designed to temporarily reduce human exposure or likely exposure to LBP hazards. These controls include reducing or eliminating dust by using wet methods when scraping or sanding surfaces, high phosphate detergent washing, protecting adjacent areas with 6-mil polyethylene covering, and top-coating with latex paint or wall coverings.

2.2.24.12. **In-Place management.** A set of measures designed to temporarily reduce human exposure or likely exposure to lead-based paint hazards, involving; specialized cleaning; maintenance, painting, and temporary containment; ongoing monitoring of lead-based paint hazards or potential hazards; and the establishment and operation of management and resident education programs.

2.2.25. **Recurring Equipment Maintenance.** Mandatory servicing of equipment listed in Technical Exhibit 2c. The purpose of this requirement is to ensure that all the listed equipment items in all facilities receive periodic inspection, repair, maintenance, and service.

2.2.26. **Service Calls.** A request for the contractor to provide necessary service to maintain and repair facilities to include replacement of parts, equipment, and appliances.

2.2.26.1. **Emergency Calls.** Shall consist of correcting failures or deficiencies which constitute an immediate danger, health hazards to occupants, or threaten to damage property.

2.2.26.2. **Urgent Calls.** Failures or deficiencies which do not immediately endanger the occupants or threaten damage to property, but would soon inconvenience and affect the health and well-being of the occupants.

2.2.26.3. **Routine Calls.** These are call of less importance that do not meet the criteria of an emergency or urgent call.

2.2.27. **Response Time.** The interval between receipt of the initial notification and the time the contractor arrives on the scene for initial investigation.

2.2.28. **Senior Officer Housing.** Housing assigned to Grade 06 (Colonel) military members.

2.2.29. **Unacceptable Percentage (UP) of COM.** Equals COM defective (D) housing unit times 100 percent divided by COM Lot (L). Examples: If D = 0, L = 20 then UP = (D x 100%)L = 0%. If D = 2, L = 20, then UP = (2 x 100%)/20 = 10%.

**2.3 ACRONYMS AND ABBREVIATIONS:**

| | |
|---|---|
| AF | Air Force |
| AFI | Air Force Instruction |
| AFR | Air Force Regulation |
| BCE | Base Civil Engineer |
| BITS | Base Information Transfer System |
| CE | Civil Engineer |
| CFR | Code Of Federal Regulations |
| CDR | Contractor Discrepancy Report |
| CLIN | Contract Line Item Number |
| COM | Change of Occupancy Maintenance |
| EPA | Environmental Protection Agency |
| FAC | Functional Area Chief |
| FAR | Federal Acquisition Regulation |
| IAW | In Accordance With |
| JER | Joint Ethics Regulations |
| MAJCOM | Major Command |
| MFH | Military Family Housing |
| NLT | No Later Than |
| OPR | Office of Primary Responsibility |
| OSHA | Occupational Safety and Health Administration |
| Para | Paragraph |
| PRS | Performance Requirements Summary |
| PWS | Performance Work Statement |
| QAE | Quality Assurance Evaluator |

| | |
|---|---|
| QASP | Quality Assurance Surveillance Plan |
| QC | Quality Control |
| QCI | Quality Control Inspector |
| QCP | Quality Control Plan |
| RPIE | Real Property Installed Equipment |
| RS | Required Service |
| SF | Standard Form |
| TE | Technical Exhibit |
| T.O. | Technical Order |
| U.S. | United States |
| USAF | United States Air Force |
| U.S.C. | United States Code |

## SECTION C-3

## GOVERNMENT-FURNISHED PROPERTY AND SERVICES

**3. GENERAL INFORMATION:** The government shall provide the facilities, equipment, materials, and services listed below:

### 3.1 GOVERNMENT-FURNISHED PROPERTY:

3.1.1. **Government-Furnished Facilities.** The government shall furnish or make available facilities described in Technical Exhibit 5a. Government facilities have been inspected for compliance with the Occupational Safety and Health Act (OSHA). No hazards have been identified for which work-arounds have been established. Should a hazard be subsequently identified, the government corrects OSHA hazards according to base-wide government developed and approved plans of abatement taking into account safety and health priorities. A higher priority for correction will not be assigned to the facilities provided hereunder merely because of this contracting initiative. The fact that no such conditions have been identified does not warrant or guarantee that no possible hazard exists, or that work-around procedures will not be necessary or that the facilities as furnished will be adequate to meet the responsibilities of the contractor. Compliance with the OSHA and other applicable laws and regulations for the protection of employees is exclusively the obligation of the contractor. Further, the government will assume no liability or responsibility for the contractor's compliance or noncompliance with such requirements, with the exception of the aforementioned requirement to make corrections according to approved plans of abatement subject to base-wide priorities. Before any modification of the facilities performed by the contractor at his or her expense, the contractor must furnish the contracting officer documentation describing, in detail, the modification requested. No alterations to the facilities shall be made without specific written permission from the contracting officer. If alterations are necessary for compliance with the OSHA, such permission shall not be unreasonably withheld. The contractor shall return the facilities to the government in the same condition as received, fair wear and tear and approved modifications excepted. These facilities shall only be used in performance of this contract.

3.1.2. **Equipment.** The Government does not provide the contractor any equipment.

### 3.2. GOVERNMENT-FURNISHED SERVICES.

3.2.1. **Government-Furnished Utilities.** The Government will provide those utilities presently required to maintain and operate the facilities identified in Technical 5.

3.2.2. **Telephone Services.** The Government will provide 2 class "C" phone lines for service calls.

3.2.3. **Refuse Collection.** The government will provide refuse collection services from dumpsters identified by the QAE. The Contractor shall be responsible for bringing refuse to the identified dumpsters. The Contractor shall not dispose of flammable liquids, mineral spirits, oil,

lubricants and other flammable or hazardous material in base dumpsters. The Contractor will be required to comply with all installation evironmental and recycling programs.

3.2.4. **Lead-Based Paint (LBP) Waste Disposal.** LBP debris shall be transported, treated, stored, and disposed of as a hazardous waste under the Resource Conservation and Recovery Act (RCRA) (40 CFR 240-280), Department of Transportation (DOT), and Environmental Protection Agency (EPA) regulations. The government will be responsible for disposal of and associated costs for LBP waste.

3.2.5. **Pest Management Services.** The Government will provide insect and rodent control for all Governmemt-furnished facilities. The Contractor shall notify the QAE(s) when an insect or rodent problem is detected.

3.2.6. **Grounds Maintenance.** The contractor will provide grounds maintenance for this facility.

3.2.7. **Security Police and Fire Protection.** The government will provide security police and fire protection to the extent necessary to ensure a secure and safe installation. Phone numbers are Fire, ext 911, Security Police, ext 7-3040.

3.2.8. **References and Technical Documentation.** Upon request, the government will furnish the contractor the government documents listed in Section C-6. The following items will also be provided:

3.2.8.1. Current appliance replacement costs used in computing one-time repair limitations.

3.2.8.2. Floor plans and related facility and equipment manufacturers' literature, where available.

3.2.8.3. Individual family housing facility maintenance files.

3.2.8.4. Utility systems drawings will be available for review.

3.2.9. **Base Disposal Area.** The Government will provide an on base site to dispose of litter (except items that can be recycled), debris, clippings, excavated materials and other items approved for disposal at this site that are accumulated by the Contractor on Keesler AFB. Contractor shall dispose of items into two separate piles: compostable items and noncompostable items. All items determined by the Government as unacceptable for disposal in either the compostable or noncompostable piles, shall be disposed of in the base disposal area dumpster. Refer to Technical Exhibit 3 for location map of the base disposal area.

3.2.10. **Emergency Medical Services.** The Government will provide emergency medical treatment for Contractor personnel at Keesler Air Force Base Medical Center. Contractor personnel are responsible for preparing necessary paperwork. The Contractor shall reimburse the Government for the cost of medical treatment.

## SECTION C-4

## CONTRACTOR-FURNISHED ITEMS AND SERVICES

4. **GENERAL INFORMATION.** Except for those items or services specifically stated to be government-furnished in Section C-3, the contractor shall furnish everything required to perform this contract according to all of its terms.

4.1. **Contractor-Furnished Communications.** The contractor shall be responsible for all costs to install or relocate commercial (Class A) telephones throughout the term of the contract. A minimum of two commercial telephones shall be used exclusively for receiving service calls from housing occupants.

4.2. **QUALITY STANDARDS.** All contractor-furnished materials used in maintenance, repair, or replacement shall be of a quality equal to or better than the items to be replaced. The contractor shall consider aesthetics, i.e., color, texture, etc., in material selection. If existing aesthetics cannot be matched, variations will be approved by the Contracting Officer of the Contracting Officer's Representative prior to installation.

4.3 **GOVERNMENT REIMBURSEMENTS FOR ITEMS.**

4.3.1. The contractor shall bear the cost of all materials, parts, and supplies, up to $50 per item. The Government will reimburse the contractor for materials, parts, and supplies in excess of $50 per item. Reimbursement shall be made only on completed job orders. For example, the cost of an item is $75, the Government will reimburse $25 to the contractor. This provision only applies to contract Line Item 0001, 1001, 2001, 3001 and 4001. The contractor shall furnish all materials, parts, and supplies for accomplishment of separate bid items without reimbursement.

4.3.2. For reimbursable items, the contractor shall procure the items on a competitive basis or provide justification if there is lack of competition. Discounts and rebates on items provided to the contractor shall be credited to the Government. The contractor shall keep the original purchase documents. All purchase documents shall be made available for Contracting Officer review and audit. The Government reserves the right to specify quality, size, efficiency and aesthetic requirements of reimbursable items.

"4.3.2.1. **If the contractor estimates that the cost of any reimbursable item will exceed $500, the contractor shall provide the QAE a written cost estimate of the work to be accomplished before proceeding. The Contracting Officer will then direct the contractor in writing to proceed or not to do the work. During non-duty hours, with the exception of an emergency, the contractor shall present the job order on the next duty day, for QAE approval.**

npleted job / job order total cost. The ents identifying documents shall be available for Contracting Officer review and audit.

added per Amend 2

4.4. **VEHICLES.** All vehicles shall be in operable condition and meet local, State, and Federal safety requirements. Each contractor vehicle shall have the name of the contractor and the

words "HOUSING MAINTENANCE" neatly exhibited on each side of the cab. The sign must be readable from at least 50 feet with lettering a minimum of two inches in height. Contractor-operator vehicles shall comply with base traffic regulations. Vehicle-mounted communication equipment shall conform to all applicable base and Federal Frequency Regulations.

**4.5. REPAIR ITEMS.** The contractor shall make available, at the contractor's expense replacement air conditioning and furnace filters (metal, washable, AK 400 series); lavatory, commode, and faucet repair parts; and entrance door (not screen door) hardware for all housing units.

4.5.1. The contractor shall clean and, if necessary, change air conditioning and furnace filters during change of occupancy maintenance (paragraph 5.3.).

**4.6. WORK INFORMATION MANAGEMENT SYSTEMS.**

4.6.1. **Computer.** The contractor shall provide a computer-based service call, work control, inventory, and data analysis system . The system will be PC-based, with a Disk Operating System (DOS), and will be interactive with the Housing Office PC computers. The system shall also allow for modem and floppy disk based daily data transfers to the Housing Office. The contractor shall furnish the Housing Office the same software the contractor uses, along with original documentation and diskettes. The Government owns the rights to any computer-generated data. The computer program used and the products being generated by the contractor shall be compatible with existing in-place software programs.

**4.7. PAINT STORAGE FACILITIES.** Unless otherwise provided for in Section C-3, the contractor shall provide paint storage facilities. The contractor shall provide paint storage cabinets for storage of flammable paints, thinners, and other flammable materials. The contractor shall locate paint storage cabinets in this facility as approved by the QAE. Cabinets shall meet OSHA requirements and shall comply with the National Fire Protection Association (NFPA) standards.

**4.8. APPLIANCES AND EQUIPMENT.** The contractor shall supply replacement appliances and equipment (Technical Exhibit 2c). Appliances and equipment shall be of a quality, appearance, make, and size that meet or exceed the minimum needs of the Government as described in paragraph 4.8.5. or as determined by the QAE. Acquisition of appliances shall be in accordance with paragraph 4.3.2. of this performance work statement. The Government will reimburse the contractor, in full, for appliances the contractor has been directed to replace. The appliance inventory shall be tracked using the serial number of the appliance and the residence address. If no serial number is available, the contractor shall set up an identification system identifiable with the address of he house. The initial installation date constitutes the "date of delivery to the original user." There shall be no removal or replacement of appliances without the approval of the Government QAE. All appliances and equipment installed by the contractor shall become the property of the Government. Appliances and equipment shall be identified as stipulated in AFI 32-1031. The contractor shall use Government-furnished warehouse appliances before purchasing new appliances. For description of appliances and equipment see paragraph 4.8.5.

**4.8.1. Procedure.** Before changing appliances and equipment (i.e., dishwasher, ranges, and refrigerators) a job order shall be initiated by the contractor. One copy shall be submitted to the QAE,

and one copy shall be filed in the facility maintenance folder. All appliance and equipment warranties properly filled in by the contractor shall be filed in the facility folder no later than the following workday. The QAE will annotate the Government copy of the job order.

4.8.2. **Appliance Replacement Response Time.** Inoperative appliances or equipment shall be replaced or repaired within the timeframe specified in Technical Exhibit 10. If warranty work is required for appliances or repairs exceed the timeframes specified, the contractor shall supply a temporary replacement appliance.

4.8.3. **Replacement Stock.** Contractor shall be responsible for supplying replacement stock of all appliances listed in paragraph 4.8.5 and in Technical Exhibit 2c. Contractor shall maintain a sufficient number of appliances in back-up stock at all times. The Government will reimburse the contractor in full at the end of each month for appliances the contractor has procured for replacement stock (number required for replacement stock to be determined by QAE) or installed in a housing unit.

4.8.4. **Repair Limits.** The contractor shall be responsible for repair costs on any single piece of equipment. Repairs on equipment, as defined in this PWS, are covered by AFI 32-1031 and shall not exceed the one-time repair costs as derived in the technical order. If the contractor estimates the repair costs will exceed the above limits, the contractor shall provide a detailed cost breakdown, initiated by the contractor's representative, to the Contracting Officer or designated representative. A copy of the contractor job order form, initiated by the contractor's representative, for the appliance service call shall accompany the detailed cost breakdown. Documentation and submission of warranty claims to equipment suppliers shall be the responsibility of the contractor. The contractor shall not be reimbursed for the cost of repair or replacement if the repair or replacement is covered by and, in fact, reimbursed under a warranty.

4.8.4.1. **Appliance Replacement.** Unless the appliance has reached or passed its life expectancy, minor repairs that can be performed in place with available materials will be done without regard to the repair allowance of AFI 32-1031. When the contractor determines that an appliance is beyond economical repair and needs to be replaced, the contractor shall notify, in writing, the Contracting Officer or designated representative. The written notification will include, the detailed cost breakdown, copy of job order form for service call, and rationale. The Contracting Officer or designate representative will verify that the appliance is to be replaced and will direct the contractor to repair or replace the appliance. If the appliance is beyond repair and will be removed during duty hours, the Contracting Officer or designated representative will direct the contractor to repair or dispose of the appliance. During non-duty hours, if the appliance must be removed on an emergency basis, the contractor shall present the job order on the next duty day for QAE approval. Unless the appliance has reached or passed its life expectancy, minor repairs that can be performed in place with available materials will be done without regard to the repair allowance of AFI 32-1031. When replacement of appliance is directed, the contractor shall pick-up as directed, and transport the replacement appliance to the housing unit and install the replacement appliance in the housing unit. This work includes but is not limited to uncrating, hauling appliance, connecting the appliance, cleaning the appliance, and placing the appliance in its final position. Removed appliances shall be transported by the contractor to the contractor's shop for repair that cannot be completed on the spot or, as directed, for disposal.

4.8.5. **Description of Appliances and Equipment.**

4.8.5.1. **Stove Free-Standing.** Porcelain enameled (white or in color), natural gas, oven temp control, four surface burners, ignition device, 29-78" W X 27-7/8" D X 46-3/4" H, 120/240 volts, chrome plated burner bowls, removable oven doors with vision-bake window, lighted oven compartment, continuous cleaning oven, or self-cleaning cycle, furnished with pigtail for hookup, 36" in length, two removable oven racks, broiler pan and grill, includes clock and timer.

4.8.5.1.1. **Senior Officer Houses Additional Specifications:** Four surface burners, one surface griddle, 36" white enamel.

4.8.5.1.2. **General Officer Houses Additional Specifications:** Electric 42" white enamel.

4.8.5.2. Some stoves have the following additional specifications:

4.8.5.2.1. Oven, Wall mounted, equal to or better than currently installed model.

4.8.5.2.2. Cooktop, brushed chromed finished, equal to or better than currently installed model.

4.8.5.3. Range Hood, 30", 36" or 42" width (match existing), two-speed fan, light, equal to or better than currently installed model.

4.8.5.4. **Refrigerator.** Frost-free with freezer compartment, three zinc-plated steel shelves, two-door, two crispers, butter compartment and dish, and handy egg rack, ivory color, lighted inside refrigerator compartment. All refrigerators shall be equipped with an icemaker.

4.8.5.4.1. **Senior Officer Houses Additional Specifications:** Side-by-side units, 25 cu ft, white enamel.

4.8.5.4.2. **General Officer Houses Additional Specifications:** Side-by-side units, with water and ice dispenser in door, 27 cu ft, white enamel.

Refrigerator replacement sizes shall be as follows:

| UNIT SIZE | MINIMUM | MAXIMUM |
|---|---|---|
| 2 - 3 Bedroom | 16.5 | 17.4 (Limited only by the size of the opening) |
| 4 Bedroom | 20.5 | 21.4 |
| Senior/General Officer Houses | 25.0 | 27.0 |

4.8.5.5. **Dishwasher.** Equal to or better than currently installed models. Replacement dishwashers shall be new, current year models and will be subject to QAE approval.

4.8.5.6. **Garbage Disposal.** Continuous feed disposal, 3/4 horsepower motor, 2700 RPM. Equal to or better than currently installed models. Replacement disposals shall be new, current year models and will be subject to QAE approval.

4.8.6. **Disposition of Unserviceable Stock.** After each inoperable appliance or equipment is removed, the old appliance shall be turned in to Defense Reutilization Marketing Office (DRMO) within 14 calendar days. The contractor shall arrange the date and time for turn in of appliances to coincide with the operation procedures of the DRMO.

## SECTION C-5

## SPECIFIC TASKS

5. **GENERAL INFORMATION.** The contractor shall perform the following specific tasks and shall provide all personnel, equipment, tools, material, supervision, and other items or services necessary to perform Maintenance of Military Family Housing at Keesler AFB, MS.

5.1. **MAINTENANCE MANAGEMENT.** The contractor shall provide the services of maintenance management and perform maintenance responsibilities as describe in this PWS. The estimated quantities of work are listed in Technical Exhibit 2, Workload Estimates. Standards for these tasks are specified in Technical Exhibits 1 and 6.

5.1.1. **Work Control:**

5.1.1.1. The contractor shall perform recurring equipment inspections, and repairs resulting from inspections, at the frequencies stated in Technical Exhibit 2c. The contractor shall write a job order for recurring equipment maintenance and repair of deficiencies and complete as a routine service call. The contractor shall provide a written inspection schedule for heating and air conditioning (HVAC) inspections to include the date and time each unit is scheduled for inspection in order to minimize instances of the occupant not being at home when inspections are required. The contractor shall provide the occupant with a notice of the inspection a week in advance by tagging the occupant's door. The contractor shall provide a space on the inspection form for the occupant's signature and obtain the signature of the occupant indicating that the inspection appointment was kept by both parties. HVAC systems will be scheduled for inspection and repair during the months of September through November. At contract startup, the contractor may extend the inspection one month, thus performing the inspection October through December. The last option year of the contract, the contractor shall inspect at least one-third of the units during September before the Government certifies final payment. Systems inspected during COM do not need re-inspection during the same 12-month period. Inspection of HVAC units shall be in accordance with Technical Exhibit 6.

5.1.1.2. If the occupant has a medical waiver, the contractor shall respond to heating and air conditioning calls at the occupant's request. Response time to occupants with medical waivers are in Technical Exhibit 10. A list of occupants with medical waiver will be provided to the contractor by the Contracting Officer or designated representative.

5.1.1.3. The contractor will be notified of impending termination and provided with dates of final inspections from the Housing Office (paragraphs 5.3.1 and 5.3.2.)

5.1.2. **Maintain Facility Maintenance Files.** The contractor shall maintain a facility maintenance folder for each unit. The contractor shall place a copy of each completed job order, for an type of work accomplished on a unit, in the appropriate facility maintenance folder in chronological order. These records shall provide a maintenance history for each of the housing units. The Government requires access to these files and they shall be made available during the term of the

contract. The files are the property of the Government and may not be removed from the designated premises.

5.1.3. ~~**Project Planning.**~~ Reserved ~~If the contractor estimates that the cost of any reimbursable job order will exceed $500, the contractor shall provide the QAE a written cost estimate of the work to be accomplished before proceeding. The Contracting Officer will then direct the contractor in writing to proceed or not to do the work.~~ Per Amend 2

5.1.4. **Master Appliance Listing.** The contractor shall furnish the Housing Office with data to maintain the master appliance listing. See Technical Exhibit 4 for reporting requirements.

5.1.5. **Appliance Repair Limits.** The contractor shall not exceed the one-time repair costs on appliances that is prescribed in Technical Order AFI 32-1031 without prior approval of the Contracting Officer.

5.1.6. **Appliance Removal and Storage.** Where housing occupants are allowed to use their own appliances, the contractor shall be responsible for removing and storing appliances from the unit in a Government-furnished facility. The contractor shall reinstall Government appliances when directed by the Government.

5.1.7. **Receipt of Service Calls.** The contractor shall have a central point of contact for receiving all requests for service. Service calls shall be received, on site building 4005, by telephone and in person, from 0700 to 1900 on normal duty days. The contractor may use an answering service from 1900 to 0700 on normal duty days, non work Friday's, weekends and holidays. The response and completion times, specified in Technical Exhibit ~~9~~ 10, must be met when the contractor is using an answering service.. The contractor shall document each service call received in a job order log and assign it a job order number. The contractor shall tell each customer what the job order number is and refer to that number throughout the job order. Per Amend 2

5.1.8. **Job Order System.** The contractor shall maintain a serially numbered job order system to control all work. Each category of job orders (service calls, recurring equipment inspection, to include recurring equipment maintenance, and change of occupancy maintenance, termite damage and roof repair) shall be separately serially numbered.

5.1.8.1. **Job Order Forms.** The contractor shall provide job order forms that indicate number and type of job order, date and time of request or initiation, date and time of completion, description of work, facility or unit number, and material used on that job order. Service call job orders shall provide for recording the housing occupant's signature.

5.1.8.2. **Job Order Log.** The contractor shall maintain a service call job order log which indicates the following information: job order number, time and date of receipt, facility number, requesting person, and their telephone number, brief description of work, classification (emergency, urgent, or routine), and date and time of completion.

## 5.2. SERVICE CALLS.

5.2.1. Upon receipt of a service call, the contractor shall categorize as emergency, urgent, or routine using Technical Exhibit 10. The contractor shall start and finish work as follows:

5.2.1.1. **Emergency and Urgent.** Response time shall be as stated in Technical Exhibit 10. When emergency or urgent work is in progress completion prior to end of normal work hours is impossible, it shall be the responsibility of the contractor to continue the work to a point of safe utilization regardless of the time required, at no additional cost to the Government. The housing occupant will be fully apprised of the situation and the contractor shall proceed with the work in coordination with and in regard for the welfare of the occupants. Completion of work required beyond the point of safe utilization shall be continued by the contractor the following day as an urgent or routine service call, as applicable.

5.2.1.2. **Routine.** Response and completion items by the contractor shall be as stated in Technical Exhibits 10.

5.2.2. The quality of work accomplished by the contractor shall meet the requirements of Technical Exhibits 6.

5.2.3. For work performed in the interior of individual quarters, the contractor shall have the housing occupant sign the job order and record the date and item of completion.

**5.3. CHANGE OF OCCUPANCY MAINTENANCE (COM).** The contractor shall schedule COM to begin at the time the housing unit is turned over to the contractor.

5.3.1. **Pre-termination Inspection.** Pre-termination inspections identify work to be performed by the maintenance contractor, in addition to COM tasks identified in Technical Exhibit 9. Although most pre-termination inspections are performed 15 to 40 days in advance of a vacancy, occasionally a short notice may occur. When the contractor is given less that 5 days notice of a COM, the Government will allow 1 extra day to arrange for and complete the COM. The housing inspector will notify the maintenance contractor if any work will be required by a contractor other than the maintenance contractor. Based on the pre-termination and final inspections, a computer produced COM maintenance form will be used to identify tasks additional to those specified in Technical Exhibit 9.

5.3.1.1. Additional work items may be identified to the contractor by the QAE at the time of termination inspection or turnover to the contractor.

5.3.1.2. **Scheduling COM.** The Government will provide an estimated turnover time and date to the contractor following the pre-termination inspection. The contractor shall provide an estimated turnback time and date required for completion of COM, major painting and floor refinishing, if applicable, within 8 workhours following initial notification of work requirements. The Government will notify the contractor of changes to the turnover time and date at least 1 day prior to the estimated time and date, if possible. Short notices may occasionally prevent this.

5.3.2. **Turnover.** Units requiring COM will be turned over to the contractor immediately following acceptance by the housing inspector from the vacating occupant. The contractor shall sign for the unit acknowledging date and time of acceptance. Within 8 workhours, the contractor shall provide a projected completion date for all work on the unit. The contractor shall return units on or before the estimated turnback time and date. The following example explains how to compute the allowable downtime: Contractor had 20 housing units for COM with 15 minor COM and 5 major COM. The 5 major COM included 2 with MP, 2 with MFR, and 1 with MP and MFR. Monthly allowable downtime or MAD equals 20 housing units x 2 days (minor COM) plus 3 housing units x 1.5 (for this example) days (MP) plus 3 housing units 1.5 days (MFR) equals 49 days. The contractor shall notify the Housing Office of any anticipated delay beyond the estimated turnback time and date at the turnover or as soon as it is known thereafter.

5.3.2.1. **Turnover Time.** The turnover time will be computed as follows, using calendar days. If the housing inspector turns the unit over to the contractor before 1200 hours, the maintenance period will begin at 1200 hours that day and close at the time the unit is turned back. If the housing inspector turns the unit over to the contractor at 1200 hours or later, the maintenance period will begin at 0700 the following day and close at the time the unit is turned back.

5.3.2.2. **Turnback Time.** The turnback time will be computed in one-half calendar day intervals; that time is, a unit turned back before 1200 hours will count a half day, and a unit turned back after 1200 hours will count a whole day. Units originally scheduled for turn back on a Saturday, Sunday, non-work Friday, or Holiday will be inspected before noon on the first workday following the Saturday, Sunday, non-work Friday, or Holiday and if the unit passes the COM inspection, the time will not be counted against the contractor for acceptable COM.

5.3.3. **COM Responsibilities.** Upon turnover, the contractor shall be responsible for correcting all discrepancies according to Technical Exhibits 6 and 9, plus any supplemental items listed on the COM notification form, and any additional contract requirements ordered on the unit.

5.3.4. **Work Standards.** The contractor shall provide work that achieves the quality standards in Technical Exhibit 6 to return the unit free of discrepancies.

5.3.4.1. **Cleaning Standards.** The contractor shall clean each unit in conjunction with COM maintenance in accordance with Technical Exhibit 11.

5.3.5. **COM Acceptance.** After discrepancies have been corrected and service requirements have been accomplished, the contractor shall ensure the unit is clean (Technical Exhibit 11), ready for inspection, and ready for occupancy. The contractor shall notify the QAE when the unit is ready for inspection, in writing, and the time the unit passes the COM inspection (including all bid line items), shall constitute the turnback time as stated in paragraph 5.3.2.2. The contractor shall return the unit within the allowable downtime. On an exception basis, work that cannot be accomplished during turnover may be approved by the Housing Manager for later accomplishment. The Government may

require the contractor to correct discrepancies noted before the unit is turned back, or may require the discrepancies to be corrected by the contractor using a separate job order.

5.3.6. **Additional Work Requirements.** If the Government elects to have the contractor perform separate contract line items, notice will normally be given at the time of pre-termination inspection; however, if notice is given at the time of turnover, the contractor shall be permitted to adjust the estimated turnback time, in accordance with paragraph 2.2.3. The contractor shall perform the work in conjunction with COM unless otherwise directed by the Contracting Officer.

5.3.6.1. **Painting.** Painting of 200 square feet or less is included in the price of contract Line Item 0001, 1001, 2001, 3001 and 4001 and 4001. Major painting in excess of 200 square feet shall be accomplished under a separate bid item (Line Item 0005/0006, 1005/1006, 2005/2006, 3005/3006 and 4005/4006) in the bid schedule only when directed by the contracting officer or duly authorized representative. The contractor is paid for the entire square footage of directed major painting at the separate bid price. Major painting is normally accomplished in conjunction with COM, and at the direction of the Contracting Officer. The contractor shall furnish all labor, equipment, supplies, and materials in the unit cost bid price. The provision for reimbursement for material over $50 does not apply to major painting (paragraph 5.12). 375,000 SF Per Month

5.3.6.2. **Floor Replacement.** Replacement of floors of 120 square feet or less is included in the price of contract Line Item 0001, 1001, 2001, 3001 and 4001. Major floor replacement in excess of 120 square feet shall be accomplished under a separate bid item (Line Item 0007, 1007, 2007, 3007 and 4007) in the bid schedule only when directed by the Contracting Officer or duly authorized representative. The contractor is paid for the entire square footage of directed major floor replacement at the separate bid price. Major floor replacement is normally accomplished in conjunction with COM, and at the direction of the Contracting Officer. The contractor shall furnish all labor, equipment, supplies, and material in the unit cost bid price. The provision for reimbursement for material over $50 does not apply to major floor replacement (paragraph 5.14).

5.3.6.3. **Countertop Replacement.** Replacement of countertops shall be accomplished under Line Item 0008, 1008, 2008, 3008 and 4008. Countertops are normally replaced during COM, but may be replaced while the unit is occupied. The contractor shall furnish all labor, equipment, supplies, and material in the unit cost bid price. The provision for reimbursement for materials over $50 does not apply to countertop replacement.

5.3.6.4. **Lead Based Paint (LBP).** Repairs involving LBP shall be accomplished under Line Item 0010, 1010, 2010, 3010 and 4010. Payment shall be by square footage of repaired areas. Square footage is determined by measuring the actual area repaired. Surface preparation practices for LBP areas will be similar to surface preparation for areas containing no LBP; therefore, cost increase should be incremental where wet sanding and scraping is required. No separate line time will be established for repainting the affected area or for replacing sheetrock, structural wood, or metal fixtures. These tasks will be reimbursed under their normal line items.

30,000 SF (2500 SF per Month)

5.3.7. The Government is not obligated to turn over every unit to the contractor for COM. If required work is not of sufficient magnitude (as determined by the Government) for COM, the work required may be assigned as a service call.

**5.4. REPAIR TERMITE DAMAGE.** Extermination of pests will be accomplished by the Government. The contractor shall repair minor termite damage as a part of the separate line item (Line Item 0004, 1004, 2004, 3004 and 4004), not to exceed $500 per unit or $10,000 in direct labor and material costs for the contract period. The contractor shall notify the QAE immediately of termite damage estimated to exceed the minor repair limit, and submit a proposal of direct labor and material cost required to repair the damage, within four hours, to the contracting officer. Upon acceptance of the cost proposal, the contracting Officer will direct the contractor to proceed with termite damage repairs. The contractor shall notify the QAE of termite damages estimated to require less than $500 in direct labor and material costs, and shall proceed with the repair work in accordance with the response time stated in Technical Exhibit 10. The contractor shall provide invoices at the end of the month for completed termite damage repairs.

5.5. **ROOF REPAIR.** The contractor shall repair roofs to prevent deterioration and damages and to preserve the watertight integrity of the roof. The contractor shall provide minor roof repair as a separate bid line item (Line Item 0013, 1013, 2013, 3013 and 4013), not to exceed $500 per unit or $10,000 in direct labor and material cost for the contracting period. The contractor shall notify the QAE immediately of roof damage estimated to exceed the minor repair limit, and submit a proposal of direct labor and material cost required to repair the damage, within four hours, to the contracting officer. Upon acceptance of the cost proposal, the contracting Officer will direct the contractor to proceed with repairs. The contractor shall notify the QAE of roof repairs estimated to require less than $500 in direct labor and material costs, and shall proceed with the repair work in accordance with the response time stated in Technical Exhibit 10. The contractor shall provide an invoice at the end of the month for completed roof repairs.

**5.6. KEYS AND LOCKS:**

5.6.1. **Replacement Keys.** The contractor shall provide replacement keys for broken and inoperative keys during normal duty hours. The contractor shall provide four keys for each new door lock or lock retumbling of a door on family quarters. The contractor shall distribute keys as follows; two keys to occupants and two keys to Housing Office. The contractor shall distribute keys at the time of changing door locks or retumbling. The contractor shall process and provide the Housing Office a copy of the job order showing number of keys provided to occupants and identify which lock was replaced.

5.6.2. **Replacement Locks.** The contractor shall replace broken and inoperative locks for MFH units. Replacement locks will be retumbled to match the existing keys, or all locks will be changed so that one key operates all locks on the housing unit.

**5.7 RECURRING INSTALLED EQUIPMENT MAINTENANCE.**

5.7.1. The contractor shall accomplish all recurring installed equipment inspection and repair maintenance at the frequencies stated in Technical Exhibit 2c and using specified timeframes stated in

paragraphs 5.1.1.1. The contractor shall record all system deficiencies, initiate a job order for repair, and complete the work by the time specified in Technical Exhibit 10. The contractor shall meet the quality of work standards in Technical Exhibit 6.

**5.8. UTILITIES REPAIR.**

5.8.1. **Sewer Lines.** The contractor shall repair sewer lines from the building interior to the sewer main, including pipes under the slab foundation. The contractor is hereby advised that in some housing areas, multiple housing units manifold together into a private sewer (single sewer lateral) before tying into the public sewer (main sewer system) (Line Item 0011, 1011, 2011, 3011 and 4011).

5.8.2. **Water Lines.** The contractor shall repair water supply systems (2 inches in diameter and smaller) from the building interior up to and including pipes under the slab foundation and the service line, to include the cutoff valve. Any standing water in the house resulting from broken or clogged piping shall be removed by the contractor as part of contract Line Item 0012, 1012, 2012, 3012 and 4012. Per Amend 2

5.8.3. **Gas Lines.** The contractor shall repair gas lines from the building through the regulators, including the cutoff valve. The contractor shall also be responsible for the gas piping from the pressure regulator to the stove, furnace, water heater, and clothes dryer; gas cocks at appliances, nipples, flexible connections, unions, reducers, appliance pilot lines and all associated gas distribution equipment.

5.8.4. **Electrical System.** The contractor shall be responsible for electrical circuitry and all electrical components including panels, breakers, weatherhead and mast, and conductors, up to connection to overhead electrical service drop. Contractor is also responsible for circuitry throughout the housing unit, including breakers and service entrance panel. The contractor is not responsible for the underground electrical service from source to service entrance panel.

5.8.5. **Telephone Lines.** The contractor shall repair interior telephone jacks and telephone lines up to the outside connection.

5.8.6. **Utility Outages.** Refer to Technical Exhibit 10 for categories of utility outages. The contractor shall notify QAE of schedule utility outages at least 2 days before the schedule outages. The Government will notify the contractor at least 2 days before a government scheduled utility outages. When necessary for the maintenance contractor to interrupt utilities for maintenance, the contractor shall notify the QAE who will notify all affected occupants before the interruption. When a gas distribution extinguishes the pilot lights on water heaters, the contractor shall relight the pilots lights. The contractor shall begin relighting the pilots upon notification from the QAE to do so and shall continue until 2100 hours. If not completed by this time, the contractor shall complete relighting the pilots the next calendar day, beginning by 0800.

**5.9. OCCUPANT DAMAGES.** When the contractor suspects occupant abuse, the contractor shall notify the Contracting Officer or designated representative, and the Housing Office within 2 hours. The Housing Office will determine validity of all suspected occupant abuse of facilities beyond fair wear and tear. The contractor shall provide the Housing Officer a written cost estimate of repairs for all validated occupant damages above fair wear and tear. This estimate shall be provided

within 2 days. The contractor shall repair all occupant-caused damages, not to exceed $300 for direct material and labor costs per incident, to be included in the price of contract Line Item 0001. However, the contractor shall not begin repair unless directed by the Contracting Officer. Repair of occupant-caused damages in excess of $300 for directed material and labor costs per incident are subject to approval by the Contracting Officer.

**5.10. PLAYGROUND EQUIPMENT.** The contractor shall be responsible for maintenance and repair of Government-owned playground equipment in the housing areas and adjacent to the housing areas, to make sure all equipment is operative and safe. Playgrounds shall be maintained in accordance with U.S. Consumer Product Safety Document #325, Handbook for Public Playground Safety. Maintenance and repair, to be included in the price of Line Item 0001, 1001, 2001, 3001 and 4001 includes removal and replacement of parts that are weathered, splintered or broken, removal of rust form metal parts. The protection of wood, metals, and replacement of all inoperative/unsafe equipment shall be the responsibility of the contractor. The contractor shall inspect/repair each playground area twice per year during the months of March and August to make sure all equipment is safe and in good repair (Technical Exhibit 2d).

## 5.11. APPLIANCE AND EQUIPMENT MAINTENANCE.

5.11.1. **Appliance Maintenance.** The contractor shall be responsible for maintenance of Government-owned appliances to the quality standards stated in Technical Exhibit 6.

5.11.1.1. The contractor shall provide minor maintenance to include, but not limited to, adjusting, ordinary lubrications, tightening of nuts and bolts, and preventive maintenance actions recommended by the equipment manufacturer.

5.11.1.2. The contractor shall provide major maintenance to include, but not limited to, repair of inoperable appliance, replacing components, parts, filters, handles, hinges, gaskets, refrigeration compressors, burners, etc.

5.11.1.3. **Appliance Replacement.** When replacement of appliances is required, or directed, the contractor shall transport the replacement appliance to the housing unit, remove old appliance, and install the replacement appliance in the housing unit. This work includes but is not limited to hauling appliances, modifying utilities and facilities to fit the replacement appliance, connecting the appliance, cleaning the appliance, and placing the appliance in its final position. If the refrigerator door does not open on the correct side (right or left handed), the contractor shall remove the door and rehang it to the correct swing. Removed appliances shall be transported by the contractor to the contractor's shop or to a designated storage facility for repair, storage, or disposal. The contractor shall be reimbursed for appliance replacement under CLIN 0002, 1002, 2002, 3002 and 4002.

5.11.1.4. **Replacement parts.** The contractor shall furnish all replacement parts equal to or better than replaced parts from the appliance.

5.11.1.5. **Repair Limits.** One-time repair costs shall not be exceeded by the contractor, from those prescribed in AFI 32-1031 without prior approval of the Contracting Officer. If the Contracting Officer instructs the contractor to repair the appliance, the contractor will be reimbursed for

negotiated costs over the repair limit. A not-to-exceed cost will be specified. Documentation and submission of warranty claims is the responsibility of the contractor. The contractor shall be responsible for the cost of repair or replacement to the extent that it is covered by and, in fact, reimbursed under a warranty.

5.11.1.6. **Occupant-Owned Appliances.** Where housing occupants are allowed to use their own appliances the contractor shall be responsible for removing and storing Government appliances from the unit in a designated Government storage area. The contractor shall not be responsible for maintenance or repair of occupant owned appliances under the terms of this contract.

## 5.12. PAINTING.

5.12.1. **Description of Work.** The work to be performed includes the painting of areas of selected units (more than 200 square feet interior or exterior per unit) and any repair painting (200 square feet or less interior or exterior per unit) to be accomplished in accordance with this Performance Work Statement. See Technical Exhibit 8 for methodology of measuring square footage. The painting includes surface preparation, pre-painting and finish painting of all surfaces assigned to match existing surface areas. Exterior painting also includes window frames. Generally, interior painting shall be one-coat; however, if a single coat of paint does not result in complete coverage, the contractor shall, at no additional cost to the Government, apply additional coats of paint to obtain complete coverage.

5.12.2. **Materials.** Contractors furnished paints shall be sealed in containers that plainly show the designated name, formula or specification number, batch number, color, date of manufacture, manufacturer's direction, and name of manufacturer. Materials shall conform to the specifications shown in the painting schedule (paragraph 5.12.10).

5.12.3. **Testing.** All contractor-furnished paint shall be subject to testing by the Government.

5.12.4. **Moving of Appliances and Personal Property.** The contractor shall disconnect and move all items, both Government and privately owned, away form painting areas and relocate them after the painting is completed. However, in occupied units, occupants are responsible for emptying closets and cabinets when these areas are to be painted.

5.12.5. **Protection of Surfaces.** Areas and items not to be painted shall be protected by the contractor during painting operations.

5.12.6. **Surface Preparation.**

5.12.6.1. **Metal Work.** Metal surfaces to be painted shall be prepared by the contractor in accordance with standard practices of the trade.

5.12.6.1.1. **Removal of Existing Hardware.** All hardware, accessories, smoke detectors, wall plates, light fixtures, electrical outlets, telephone outlets, special purpose outlets, electrical receptacles, switch plates, air conditioning vents, and similar items in place and not intended to be painted shall be removed, masked, or otherwise protected by the contractor prior to surface preparation and painting.

Following completion of painting each space, the contractor shall reinstall removed items. Such items already painted over shall be removed, stripped of all paint, then reinstalled by the contractor. If stripping is not practical, then these items shall be replaced by the contractor.

5.12.6.2. **Walls and Ceilings.** All holes, cracks, blisters, nail pops, and any area where the surface is damaged or deteriorated not to exceed 32 square feet shall be repaired, filled, and finished to match existing surface. ~~by the contractor.~~

5.12.6.3. **Wood Surfaces.** Wood surfaces to be painted shall be prepared by the contractor in accordance with standard practices of trade. Trim wood shall be secured where loose, all non-structural nails and fasteners shall be removed, and all voids in and between finished woodwork shall be filled with woodfiller by the contractor. All protruding nails, abrasions, and holes shall be set and filled with wood filler, and if the exterior cabinets and closets are required to be painted, the edges of the doors shall also be painted by the contractor. The contractor shall leave painted doors open for a sufficient time to allow the paint to dry.

5.12.6.4. **Treatment of Mildew and Greasy Areas Requiring Washing.** Mildew and grease on painted surface shall be removed by the contractor before repainting.

5.12.7. **Applications.** The contractor shall accomplish all work in accordance with the practices of the trade using manufacturer's recommendations.

5.12.8. **Ventilation.** Adequate ventilation shall be provided during paint application. The contractor shall adequately protect persons engaged in painting, according to industry standards and OSHA regulations.

5.12.9. **Cleaning Up.** Flammable materials shall be placed in closed metal containers and removed at the end of each day by the contractor. Upon completion of painting, reinstall all hardware, hardware accessories, electrical cover plates, etc., which were removed as a part of surface preparation. All old and new paint shall be removed from lights fixtures, smoke alarms, door knobs, door striker and keepers, and from the security chain on doors. Remove all old and new paint inside and outside of windows and storm glass and form other surfaces of other items not to be painted. Clean up any dust, dirt, etc., which has resulted form painting operations. Return the unit in as clean a condition as received.

5.12.10. **Painting and Finishing Schedule.** The contractor shall use the following painting and finishing schedule:

## PAINT AND FINISHING SCHEDULE

| Surface Color | Surface Preparation | Primer Coat | First Coat | Second Coat |
|---|---|---|---|---|
| Interior walls and ceilings except bathrooms and kitchens | Clean and remove grease and stains Tape and float and match existing texture | TT-P-29J | TT-P-29J | TT-P-29J |
| Interior walls and ceilings in kitchen and bathrooms | Remove all foreign matter, loose particles, and efflorescence. Tape, bed, float & match existing texture | TT-E-508 | TT-E-508 | TT-E-508 |
| Interior woodwork | Remove foreign matter and sand-paper as required. Match existing surface | TT-E-508 | TT-E-508 | TT-E-508 |
| Interior woodwork and cabinets | Clean and sandpaper to receive stain as required. Stain and varnish with TT-S-711 for shade as necessary. Fill and sand as necessary | TT-V-109 | TT-V-109 | TT-V-109 |
| Interior wood Stairs and treads | Clean, sand, and fill with sealer-filler risers and railings as recommended by manufacturer of finish coat material. Match existing surface | TT-C-542 | TT-C-542 | |
| Louvers, grilles, and air outlets | Remove foreign matter by brushing Match existing surface | TT-P-30 | TT-P-30 | |

| | | | |
|---|---|---|---|
| Exterior Wood | Solvent Cleaning, scraping, sealing, and sandpapering as required. Match existing surface. | TT-P-25E | TT-P-102E |
| Exterior ferrous | Remove foreign matter. Match existing surface. | TT-P-86G | TT-P-102E |
| Exterior aluminum and aluminum alloy | Remove foreign matter. Match existing surface | TT-P-645 | TTE-489 |

5.12.11. **Paint Storage.** The contractor shall not store flammable materials in or around work areas overnight.

## 5.13. VINYL-COATED WALL COVERING.

5.13.1. **Description of work.** Damaged areas of vinyl-coated wall covering shall be repaired, then the entire surface shall be painted using the painting and finishing schedule (Section C-5, para. 5.12.10.).

## 5.14. FLOOR REFINISHING.

5.14.1. **Description of Work.** The contractor shall refinish floors/stairs by repair, replacement or recoating as appropriate for the type of floors/stairs (Line Item 0007, 1007, 2007, 3007 and 4007). Floor refinishing includes minor floor refinishing (paragraph 5.3.6.2.). Floor refinishing includes the following:

a. Complete refinishing of wood floors/stairs including sanding, filling, sealing, and coating.
b. Installing/replacing carpet.
c. Cleaning carpet stains (minor floor refinishing/COM)

## 5.15. EMERGENCY SUPPORT SERVICES.

5.15.1 Surge requirements beyond the capability of the contractor may be augmented by the Government at its option when the Government perceives that mission accomplishment is endangered.

5.16. **DETERIORATED STRUCTURAL WOOD REPLACEMENT.** Replacement of structural wood deteriorated by reason other than termite damage shall be accomplished by the contractor (Section C-5, paragraph 5.4 for termite damage). Roof deck replacement is a separate item (Section C-5, paragraph 5.5.). Replacement of structural lumber (including Government-owned and -

installed wood fences) is a separately priced bid item (Line Item 0009, 1009, 2009, 3009 and 4009) and will be paid for at the unit price established for that item.

5.17. **USE OF TOXIC/HAZARDOUS MATERIALS.** Prior to using any material or substance that the contractor suspects to be a potentially toxic or hazardous item, the contractor shall submit Material Safety Data Sheets to 81 MG/SGPB (Bioenvironmental Health) (377-6564) with a cover letter explaining circumstances and receive approval from 81 MG/SGPB. Submittals shall be in accordance with Federal Standard Number 313B.

5.18. **IDENTIFICATION OF LEAD-BASED PAINT (LBP) HAZARD.** Testing for LBP in the housing areas on Keesler Air Force Base has been accomplished in accordance with current Federal Guidance. Based on that testing, the contractor will encounter LBP in some areas of housing. The areas identified are primarily doors, window sills, door jams, door frames, and exterior trim. Other areas that may contain LBP are baseboards, cabinet doors, ceilings, exterior fences, soffits, and shelves. This list is not meant to be all inclusive. The contractor may encounter LBP in other areas. If repairs are required during change of occupancy (COM), the Government pre-termination inspector will identify LBP surfaces to be repaired. If repairs are required while the housing unit is occupied, the contractor shall use the survey data to identify whether or not the area contains LBP. If the survey data is not clear about whether the surface contains lead based paint, the Government will test the area. The contractor shall use the procedures described in paragraph 5.19. to repair the area.

5.19. **REPAIRS INVOLVING LEAD-BASED PAINT (LBP).** LBP surfaces to be repaired will be identified in the COM maintenance instructions forwarded to the contractor after the pre-termination inspection. These areas may include interior or exterior paint that is peeling, chipping, chalking, or cracking or paint located on an interior or exterior surface (wood or metal) that is damaged or deteriorated. When repairing surfaces with lead-based paint, as a precaution the contractor shall control the LBP waste by placing double 6-mil poly sheeting on floor or ground to collect debris for disposal. The contractor shall prepare the surface by scrapping or wet sanding only. No power tools shall be used. Following surface preparation, the contractor shall roll up the poly sheeting to confine the debris for disposal. The contractor shall then use a high efficiency particulate absolute (HEPA) filtered vacuum cleaner to completely remove the residue from the affected area and surrounding surfaces to clean all areas where the LBP residue may have spread. The contractor shall then repaint the surface or cover the surface with a wall covering, as determined by the Government and paid under normal line items (paragraph 5.3.6.4).

5.19.1. **Disposal of Lead-Based Paint (LBP) Debris.** The contractor shall furnish waste container that comply with Department of Transportation and Environmental Protection Agency regulations. The contractor shall be responsible for palletizing and strapping drums to pallets (paragraph 3.2.4.). The contractor shall contact the QAE to coordinate pick-up of the drums. The Government will transport the waste to the Defense Reutilization and Marketing Office.

5.19.2. **Coordination with Occupants.** Every effort will be make to schedule repairs during change of occupancy maintenance. However, if repairs are required while the housing unit is occupied, the contractor shall coordinate the repair with the occupant and with the Housing Office if the occupants must be relocated during the repairs.

**5.20. ADMINISTRATIVE REPORTS AND DATA.** The contractor shall provide the reports and data required by Technical Exhibit 4.

**5.21. VACANT UNITS.** Housing units may be removed from the housing inventory for various reasons, such as: renovations, fire damage, etc. during this contract. ~~Routine~~ Maintenance will not be required on the specified units under Line Item 0001, 1001, 2001, 3001 and 4001. The Contracting Officer or a designated representative will notify the contractor in writing when the inventory of housing units to be maintained will increase or decrease for an entire billing period. An adjustment will be made to the monthly price (line item 0001, 1001, 2001, 3001 and 4001) on a prorated basis for the number of increased or decreased housing units. The amount of adjustment is determined by dividing the number of units cited in the schedule or PWS into the monthly price, then multiplying that figure by the number of units to be added or removed from service.

Per Amend 2

As an example: The contracting officer notifies the contractor that 10 units are or will be inactive for the full month of June. The unit price of Line Item 0001 divided by 1951, multiplied by 10 will equal the amount of prorated reduction for the invoice period of June. The contractor will reduce the monthly cost of Line Items 0001, 1001, 2001, 3001 and 4001 by the result of this formula.

June / Sept

143,100 ÷ ~~102~~ 1951 = 73.30 x 102 units = 7,476.60

135,623.40
+ 257.00
135,880.40

162,250 ÷ 1951 = 83.71 x 102 = 8,483.34 (162,250 - 8483.34 = 153,766.66)

D ~~143,100 ÷ 1951 = 73.35 x 102 units = 7,481.70~~

~~143,100 - 7,481.70 = 135,618.30 + 257.00 = 135,875.30~~

142,843 ÷ 1951 = 73.22 x 102 units = 7,468.44

142,843 - 7,468.44 = 135,374.56 + 257 = 135,631.56

54 Units Phase II

## SECTION C-6

## APPLICABLE PUBLICATIONS AND FORMS

Publications and forms applicable to this Performance Work Statement (PWS) are listed below. The publications and forms have been coded as mandatory or advisory. The contractor is obligated to follow those publications and use those forms coded as mandatory to the extent (this is, a specific procedure in a paragraph, section, chapter, or volume) specified in the PWS. The contractor shall be guided by those publications or use those forms coded advisory to the extent necessary to accomplish requirements in the PWS. All publications and forms listed shall be provided by the Government at the start of the contract. The Government will maintain all listed publication, supplements or amendments to listed publications from any organizational level may be issued during the life of the contract. The contractor shall immediately implement those changes in publication which result in a decrease or no change in the contract price. Prior to implementing any such revision, supplements, or amendment that will result in an increase in contract price, the contractor shall submit to the Administrative Contracting Officer (ACO) a price proposal and obtain the prior approval of the ACO. Said price proposal shall be submitted within 30 calendar days from the date the contractor receives notice of the revision, supplement, or amendment giving rise to the increase in cost of performance. Changes in the current price due to supplements and amendments shall be considered under the "changes" clause. Failure of the contractor to submit a price proposal within 30 calendar days from the date of receipt of any change shall entitle the Government to performance in accordance with such change at no increase in contract price (unless the time requirement is waived by the Contracting Officer according to paragraph (c) of the changes clause).

| PUBLICATION NO. SECTION/PARA/LINE | TITLE | DATE | MANDATORY/ ADVISORY |
|---|---|---|---|
| AFIND17 | Index of Air Force Occupational Safety and Health (OSHA) Standards, and National Institute for Occupational Safety and Health (NIOSH) Publications | May 96 | A |
| AFI 32-1031 | Operations Management | Jul 97 | M |
| AFI 32-2001 | The Fire Protection Operations and Fire Prevention Program | Mar 94 | M |
| AFI 32-6001 | Family Housing Management | Apr 94 | M |
| AFI-64-106 | Air Force Industrial Labor Relations Activities | Mar 94 | M |

| | | | |
|---|---|---|---|
| AFMAN 64-108 | Service Contracts | Nov 94 | M |
| AFI 91-202 | U.S. Air Force Mishap Program | Jul 94 | M |
| AFI 91-301 | Air Force Occupational and Environmental Safety, Fire Prevention and Health Program | Jun 96 | M |
| 81 TRW 92-1 | Fire Prevention, Fire Reporting, Fire Fighting | Mar 92 | M |
| 81 TRW 125-1 | Rules of the Road | Sep 93 | M |
| AFR 125-14/ (BASE SUP) | Motor Vehicle Traffic Supervision (To be replaced with AFI 31-204) | Under Revision | A |
| DOD 5500.7-R | Joint Ethics Regulation | Mar 96 | M |
| DODI 3020.37 | Continuation of Essential DOD Contractor Services During Crisis | Nov 90 | M |
| AF Form 103 | Base Civil Engineering Work Clearance Request | Aug 94 | M |
| AF Form 370 | Contractor Performance Report | Oct 83 | M |
| AF Form 713 | Performance Requirements Summary | May 87 | M |
| AF Form 714 | Customer Complaint Record | Jan 85 | M |
| AF Form 799 | Surveillance Activity Checklist | Jan 85 | A |
| AF Form 801 | Quality Assurance Evaluator Schedule | Mar 91 | M |
| AF Form 802 | Contract Discrepancy Report | Mar 82 | M |

| | | | |
|---|---|---|---|
| AF Form 1879 | BCE Job Order | Feb 84 | M |
| DD Form 1423 | Contract Data Requirements | Jun 90 | A |
| 40 CFR 240 through 280 | Implements the Resource Conservation and Recovery Act (RCRA) | Jul 93 | M |
| DOD 4160.21M | Defense Materiel Disposition Manual | Aug 97 | M |

# TECHNICAL EXHIBIT 1

## PERFORMANCE REQUIREMENTS SUMMARY

1. **AF FORM 713, PERFORMANCE REQUIREMENTS SUMMARY (PRS).** The PRS charts, Air Force Forms 713, at the end of this exhibit:

1.1. List those PWS requirements (column 1) which are paid for on the basis of a payment computation system specified in paragraph 4 of this Technical Exhibit. The absence from this PRS of any contract requirement, however, shall not detract from its enforceability or limit the rights or remedies of the Government under any other provision of the contract, including the clauses entitled "Inspection of Services" and "Default."

1.2. Define the standard of performance for each listed service (column 2).

1.3. Set forth the maximum allowable deviation from perfect performance for each listed service, Performance Requirement (column 3), that may occur before the Government will invoke the payment computation formula resulting in a payment of less than 100 percent of the maximum payment for the listed service.

1.4. Define the lot size used as the basis for surveillance or for payment computation purposes (column 3).

1.5. Set forth the primary surveillance methods the Government will use to evaluate the contractor's performance in meeting the contract requirements (column 4).

1.6. Set forth the percentage of the contract price that each listed contract requirement represents (column 5).

**2. GOVERNMENT QUALITY ASSURANCE.** Contractor performance will be compared to the contract standards and performance requirements using the Quality Assurance Surveillance Plan (QASP).

2.1. The Government may use a variety of surveillance methods to evaluate the contractor's performance. Only one method will be used at a time during an inspection period to evaluate a listed service for payment computation purposes. The methods of surveillance that may be used are:

2.1.1. Random sampling of recurring service outputs using indifference quality level indexed attribute sampling plans in Technical Exhibit 7.

2.1.2. One hundred percent inspection.

2.1.3. Customer complaints.

**3. CRITERIA FOR EVALUATING PERFORMANCE.** Performance of a listed service will be accepted and paid for at a maximum payment percentage specified in column 5 of the AF Form 713, PRS, when the number of defectives found by the QAE during contract surveillance does not exceed the number of defectives allowed by the performance requirement in column 3. When the performance requirement is exceeded, the contractor shall complete Block 9 and 10 of a Contract Discrepancy Report (CDR). The contractor shall explain, in writing, why performance was unacceptable, how performance will be returned to acceptable levels, and how recurrence of the problem will be prevented in the future. The Contracting Officer will evaluate the contractor's explanation and determine if full payment, partial payment, or contract termination process is applicable. The contractor's payment for services rendered will be calculated as stated in paragraph four. The Government specifically reserves the right to make a temporary partial payment for services performed, calculated as stated in paragraph four, prior to receipt and evaluation of the contractors response to a CDR.

**3.1. DETERMINING THE NUMBER OF DEFECTIVES THAT WILL CAUSE LESS THAN MAXIMUM PAYMENT.**

3.1.1. When the method of surveillance of a service is random sampling, the performance requirement indicates the number of defectives that when exceeded will result in the contractor receiving less than maximum payment. Technical Exhibit 7 shows the performance requirement and associated sampling plans to be used for random sampling.

3.1.2. When the method of surveillance is not random sampling, the number of defectives that will cause less than a maximum payment will be determined as follows:

3.1.2.1. If the performance requirement is a constant number of defectives (for example, 2 defectives), the performance requirement plus one or more additional defectives will cause less than maximum payment (for example 3 defectives).

3.1.2.2. If the performance requirement is a percentage value, it is multiplied by the lot size to determine the number of defectives that will allow maximum payment. If the resulting value has a decimal it will be rounded to the next higher whole number if the decimal is .5 or greater and to the lower whole number if the decimal is less than .5. One or more additional defectives will cause less than the maximum payment.

**3.2. ACCEPTANCE OF PERFORMANCE OR LATE PERFORMANCE.**

3.2.1. Except as otherwise provided by this Section 3.2 the services required by this contract are of such a nature that defective or incomplete performance disclosed by Government inspection is not subject to correction by reperformance or late performance, and the contractor shall not be required or entitled to reperform, perform late, or otherwise correct defective services for the purpose of improving an existing inspection rating or avoiding payment of less than the full contract price.

3.2.2. At the sole election of the Government and upon notification to the contractor, the contractor may be required to reperform or perform late defective work disclosed by Government inspection, including defective and incomplete performance. Where the Government so elects, the contractor

shall be notified promptly after inspection that specified defective services will be reperformed or performed late, and completed within a reasonable time specified by the government. In such cases, the Government shall re-inspect work designated for reperformance or late performance, and the contractor may be held liable for any damages sustained by the Government (for example, the costs associated with the reinspection).

3.2.2.1. Where the Government requires reperformance or late performance solely due to sample defective service disclosed by random sampling inspection, the contractor's original inspection results shall not be modified upon reinspection since the sample reflects only that portion of the service lot. Instead, if the performance requirement is exceeded for a performance period, any payment computation shall include a credit for reperformance or late performance of sample defective services during that period according to the payment computation method described in paragraph 4.2.1.1.

3.2.2.2. Where the Government requires reperformance or late performance of all defective service in a lot, the contractor shall resubmit the entire service lot for reinspection. If reinspection is conducted by random sample, a new random sample will be employed. Upon reinspection, the original inspection results shall be revised to reflect the resubmitted service lot.

## 4. CONTRACTOR PAYMENT

4.1. For performance of a service that does not exceed the performance requirement the contractor shall be paid the percentage of the monthly contract Line Item price indicated in column 5 of the attached AF Form 713, Performance Requirements Summary, charts for that service.

4.2. If performance of a service exceeds the Performance Requirement, the Government will not pay the full percentage in column 5 for that service.

4.2.1. The payment for listed services which exceed the performance requirement will be calculated as follows:

4.2.1.1. For services surveyed by random sampling, the maximum contract payment per month is multiplied by the maximum payment percentage for the service to determine the maximum payment for acceptable service. This payment is multiplied by the percentage of the sample found acceptable to determine the percentage of the contract price that the contractor will be paid for the listed service. The total number of defectives found, not just those in excess of the rejection level, are used to determine the percentage of the sample found unacceptable. Sample defectives that are corrected in accordance with paragraph 3.2 will effect a credit as specified in paragraph 5.1.1.

4.2.1.2. For services surveyed through periodic inspection, customer complaint, or management information system report, the maximum payment percentage for the service in column 5 of the AF Form 713, Performance Requirements Summary, is multiplied by the percentage of the lot found acceptable. The resulting percentage is the percentage of the monthly contract price that the contractor will be paid for the listed service. The total number of defectives found, not just the defectives in excess of the reject level, are used to determine the percentage of the lot found unacceptable. The percentage of the lot found unacceptable subtracted from 100 percent determines the percentage of the lot found acceptable.

4.2.1.3. For those services that are performed less frequently than monthly, surveillance and computation of the contractor's payment will be made during or immediately following the month when that service is performed. The payment computation will be determined for the entire period since the last surveillance and will be based upon the total maximum payment available for the entire period since the last surveillance. Should computation of the contractor's payment result in an amount less than has already been paid for the preceding months of the period since the last surveillance, the Government will deduct the overpayment from the current month's invoice.

## 5. EXAMPLES OF PAYMENT COMPUTATIONS:

5.1. For services surveilled by random sampling:

5.1.1. Assume a Performance Requirement of 3, a corresponding sample size of 25 from Technical Exhibit 7, a lot size of 500 units, and that 10 defectives were found by the QAE. The computation would be as follows:

| | |
|---|---|
| (1) Maximum contract line item payment per month | $10,000 |
| (2) Maximum payment percentage for the service (Column 5, PRS) | X 5% |
| (3) Maximum payment for acceptable services | $ 500 |
| (4) 10 defectives exceed Performance Requirement of 3 defectives. | |
| (5) Percentage of sample found unacceptable = 40% (10/25, or defectives divided by sample size times 100) | |
| (6) Percentage of sample found acceptable (100% - Line 5) | 60% |
| (7) Credit for one defective corrected in sample = .2% (Samples corrected divided by lot size times 100) | |
| (8) Acceptable percentage (Line 6 + Line 7) | 60.2% |
| (9) Payment for percentage of acceptable service (Line 3 times Line 8) | $ 301 |

5.2. For services not surveilled by sampling:

5.2.1. Assume a performance requirement of 5%, a lot size of 50 units, and that five defectives were found by the QAE. The payment would be computed as follows:

| | |
|---|---|
| (1) Maximum contract line item payment per month | $10,000 |
| (2) Maximum payment percentage for the service (Column 5, PRS) | X 4% |
| (3) Maximum payment for acceptable service | $ 400 |
| (4) 5 defectives exceeds reject level of 3 defectives (5% of lot size of 50 = 2.5 defectives rounded up to 3) | |
| (5) Percentage of lot found unacceptable = 10% (5 defectives divided by lot size of 50 times 100) | |
| (6) Percentage of lot found acceptable = (100% - Line 5) | 90% |
| (7) Payment for percentage of acceptable service (line 3 times Line 6) | $ 360 |

See next page bb

PERFORMANCE REQUIREMENTS SUMMARY

| REQUIRED SERVICE | STANDARD | PERFORMANCE REQUIREMENT | METHOD OF SURVEILLANCE | MAXIMUM PAYMENT PERCENTAGE FOR MEETING THE PERFORMANCE REQUIREMENT |
|---|---|---|---|---|
| (RS-1) Provide Recurring equipment Inspections. Para 5.1.1.1 | Complete all inspections scheduled to be conducted during the month and record deficiencies on job orders | 1 Lot is the number of Inspections scheduled for the month. | Random Sampling | 8% |
| (RS-2) Maintain Facility maintenance Files. Para 5.1.2 | All required information contained in files in chronological order | 1 Lot is the number of service calls each month. | Random Sampling | 1% |
| (RS-3) Provide Required reports and Data. Para 5.1.4, and TE-4 | Reports and data provided accurately And on time as stated in TE-4. | 0 Lot is the number of of reports required during the month. | 100% Inspection | 4% |
| (RS-4) Receive Service Calls Para 5.1.7 and 5.1.8.2. | Contractor personnel available to Receive calls during required hours And calls are documented In job order log. | 0 Lot is the number of Inspections scheduled for the month. | Customer Complaint | |
| (RS-5) Perform Emergency Service Calls Para 5.2.1.1. | Meets quality standards of TE-6. Meets response and completion Of TE-10. Meets job order Preparation standards. | 2 Lot is the number of service calls received during the month | Random Sampling | 12% |
| (RS-6) Perform Urgent Service Calls Para 5.2.1.1. | Meets quality standards of TE-6. Meets response and completion Times in TE-10. Meets job order Preparation standards. | 2 Lot is the number of service calls received during the month. | Random Sampling | 15% |
| (RS-7) Perform Routine Service Calls Para 5.1.8 and 5.2.1.1. | Meets quality standards of TE-6. Meets response and completion Times in TE-10. Meets job order Preparation standards | 3 Lot is the number of service calls received during the month. | Random Sampling | 17% |
| (RS-8) Perform Change of Occupancy Maintenance Para 5.3 | Complete all required work IAW Quality standards in TE-6 and tasks Identified in TE-9. | 2 Lot is the number of units in contractor's possession for COM during the month. | 100% Inspection | 32% |
| (RS-9) Relight pilot Lights resulting from Disruption in gas Service. Para 5.8.6. | Relight pilot lights within timeframe Specified | .5 Lot is the number of units to have pilots relighted. | Customer Complaint | |
| (RS-10) Perform Painting in excess Of 200 sq ft. Para 5.3.6.1 and 5.12. | Complete all required work IAW TE-6. | 0 Lot is the number of units requiring painting during the month. | 100% Inspection | 100% |
| (RS-11) Refinishing Wood Floors (stairwells) Para 5.14 | Complete all required work IAW TE-6.. | 0 Lot is the number of units requiring structural wood replacement | 100% Inspection | 100% |

PERFORMANCE REQUIREMENTS SUMMARY

| REQUIRED SERVICE | STANDARD | PERFORMANCE REQUIREMENT | METHOD OF SURVEILLANCE | MAXIMUM PAYMENT PERCENTAGE FOR MEETING THE PERFORMANCE REQUIREMENT |
|---|---|---|---|---|
| (RS-12) Replacement of sheet resilient flooring. Para 5.3.6.2 and 5.14. | Complete all required work IAW TE-6. | 0 Lot is the number of units requiring replacement of sheet resilient floors | 100% Inspection | 100% |
| (RS-13) Replacement of tile resilient flooring. Para 5.3.6.2 and 5.14. | Complete all required work IAW TE-6. | 0 Lot is the number of units requiring replacement of tile resilient floors. | 100% Inspection | 100% |
| (RS-14) Repair of Carpet Para 5.3.6.2 and 5.16. | Complete all required work IAW with TE-6. | 0 Lot is the number of units requiring repair of carpet | 100% Inspection | 100% |
| (RS-15) Deteriorated Structural wood Repair/replacement. Para 5.16 | Complete all required work IAW TE-6. | 0 Lot is the number of units requiring structural wood replacement. | 100% Inspection | 100% |
| (RS-16) Termite Damage Repair Para 5.4. | Complete all required work IAW TE-6. | 0 Lot is the number of units requiring structural wood replacement. | 100% Inspection | 100% |
| 17) Roof repair Para 5.5. | Complete all required work IAW TE-6. | 0 Lot is the number of units requiring roof repair. | 100% Inspection | 100% |
| (RS-18) Repair of Collapsed sewer lines. Para 5.8.1. | Complete all required work IAW TE-6. | 0 Lot is the number of sewer lines requiring repair. | 100% Inspection | 100% |
| (RS-19) Replace Countertops. Para 5.3.6.3. | Complete all required work IAW TE-6. | 0 Lot is the number of countertops requiring replacement. | 100% Inspection | 100% |
| (RS-20) Clean units. Para 5.3.4.1 | Complete all required work IAW TE-11. | 0 Lot is the number of units cleaned. | 100% Inspection | 100% |
| (RS-21) Prepare Surfaces which Contain Lead Based Paint. Para 5.18, 5.19 | Complete all required work IAW. TE-6. | 0 Lot is the number of square feet requiring surface preparation for repair | 100% Inspection | 100% |
| (RS-22) Repair water lines Para 5.8.2 | Complete all required work IAW TE-6. | 0 Lot is the number of water Lines requiring repair. | 100% Inspection | 100% |

## TECHNICAL EXHIBIT 2a
## WORKLOAD ESTIMATES

The charts and estimated data and equipment listed in Technical Exhibit 2a, 2b, and 2c are provided as a guide to the contractor in estimating manpower, workload, and for scheduling requirements. As such, they are only estimates and variations (such as major renovation, major repair, etc.) shall not constitute grounds for a claim against the Government.

### *CHANGE OF OCCUPANCY MAINTENANCE (COM)*

#### *3 YEAR AVERAGE NUMBER OF VACANT UNITS*

| | | | |
|---|---|---|---|
| **OCT** | **68** | **APR** | **63** |
| **NOV** | **69** | **MAY** | **84** |
| **DEC** | **74** | **JUN** | **112** |
| **JAN** | **62** | **JUL** | **104** |
| **FEB** | **59** | **AUG** | **97** |
| **MAR** | **58** | **SEP** | **90** |

### SERVICE CALLS

3 YEAR AVERAGE NO. OF SERVICE CALLS

Est. No. of Service Calls Per Type of Work (FY 94 - FY 97)

| **MONTH** | **EMERGENCY** | **URGENT** | **ROUTINE** | **TOTAL SVC CALLS** |
|---|---|---|---|---|
| OCT | 26 | 577 | 681 | 1284 |
| NOV | 29 | 654 | 675 | 1358 |
| ~~OCT~~ | ~~26~~ | ~~577~~ | ~~681~~ | ~~1284~~ |
| ~~NOV~~ | ~~29~~ | ~~654~~ | ~~675~~ | ~~1358~~ |
| DEC | 26 | 467 | 617 | 1110 |
| JAN | 34 | 522 | 758 | 1314 |
| FEB | 25 | 424 | 651 | 1100 |
| MAR | 28 | 507 | 795 | 1330 |
| APR | 38 | 519 | 783 | 1340 |
| MAY | 44 | 652 | 762 | 1458 |
| JUN | 41 | 766 | 803 | 1610 |
| JUL | 38 | 740 | 769 | 1547 |
| AUG | 33 | 676 | 773 | 1482 |
| SEP | 29 | 562 | 713 | 1304 |

Case 1:94-cv-00480-CCM Document 1 Filed 03/24/2004 Page 111 of 146

# TECHNICAL EXHIBIT 2b
# FACILITIES TO BE MAINTAINED

## SOUTH THROWER PARK - Quadruplex 134,640 SF

| | | |
|---|---|---|
| 60 Units 3 Bedroom | Net Sq. Ft. | 1344 |
| 40 Units 4 Bedroom | Net Sq. Ft. | 1350 |

Two story, vinyl coated top, vinyl lap siding bottom, asphalt shingles, built up roof on utility room constructed in 1969, concrete slab, vinyl tile.

## NORTH THROWER PARK 156,108 SF

| | | |
|---|---|---|
| 24 Units Duplex 2 Bedroom | Net Sq. Ft. | 1125 |
| 64 Units Quadruplex 3 Bedroom | Net Sq. Ft. | 1482 |
| 20 Units Quadruplex 4 Bedroom | Net Sq. Ft. | 1713 |

Brick front and sides; rear and top vinyl siding, asphalt shingles, cement slab, vinyl tile, carport - wood with built up roof. Constructed in 1974. Three and four bedroom units are two story.

## NORTH WEST FALCON PARK 199,050

| | | |
|---|---|---|
| 22 Units Duplex 2 Bedroom | Net Sq. Ft. | 1125 |
| 76 Units Quadruplex 3 Bedroom | Net Sq. Ft. | 1482 |
| 36 Units Quadruplex 4 Bedroom | Net Sq. Ft. | 1713 |

Brick front and sides, rear and top vinyl siding, asphalt roof, carport with built up roof. Constructed in 1974. Concrete slab, vinyl tile, 3 and 4 bedroom units are two story.

## WEST FALCON PARK 174,510 SF

| | | |
|---|---|---|
| 86 Units 3 Bedroom Duplex | Net Sq. Ft. | 1455 |
| 30 Units 4 Bedroom Duplex | Net Sq. Ft. | 1646 |

Brick with plywood on gable ends, asphalt roof, cement slab, vinyl tile storage rooms and carports. Constructed in 1962. Renovated in 1985.

## EAST FALCON PARK 186,223

| | | |
|---|---|---|
| 85 Units 3 Bedroom Duplex | Net Sq. Ft. | 1455 |
| 38 Units 4 Bedroom Duplex | Net Sq. Ft. | 1646 |

Brick with plywood on gable ends, asphalt roof, concrete slab, vinyl tile, storage rooms and wood carports. Constructed in 1962. Renovated in 1987.

APPENDIX A
14 SEP 98

F22600-98-R0024

MALTBY HALL

| | | |
|---|---|---|
| 16 Units 2 Bedroom Duplex | Net Sq. Ft. | 1156 |
| 36 Units 3 Bedroom Quadruplex | Net Sq. Ft. | 1605 |
| 20 Units 4 Bedroom Quadruplex | Net Sq. Ft. | 1719 |

Brick front and sides. Bottom and top vinyl, carport wood with EPDM. Roofing, asphalt shingles on roof, cement slab, vinyl tile. Constructed in 1972. Three and four bedroom units are two story. Renovated 1988.

BAY RIDGE

| | | |
|---|---|---|
| 1 Unit GOQ 4 Bedroom Single | Net Sq. Ft. | 3243 |
| 1 Unit GOQ 4 Bedroom Single | Net Sq. Ft. | 1995 |
| 10 Units 4 Bedroom Single | Net Sq. Ft. | 1995 |
| 40 Units 4 Bedroom Single | Net Sq. Ft. | 1695 |
| 110 Units 3 Bedroom Duplex | Net Sq. Ft. | 1561 |
| 124 Units 4 Bedroom Duplex | Net Sq. Ft. | 1679 |

Brick with plywood gable ends, asphalt roof, cement slab, vinyl tile, storage rooms, and carports. Constructed in 1960. 88 Units renovated in 1985. 198 units renovated in 1987 and 1988. Approximately 20 units have carpet.

SHADOWLAWN

| | | |
|---|---|---|
| 140 Units 2 Bedroom Duplex | Net Sq. Ft. | 975 |

Brick, wood siding on storage shed, asphalt shingles, cement slab. Constructed in 1952. Vinyl tile. Renovated in 1979.

NORTH PINEHAVEN

| | | |
|---|---|---|
| 100 Units 3 Bedroom Single | Net Sq. Ft. | 1236 |

Vinyl siding, asphalt shingles, cement slab, vinyl tile, double pane thermal windows. Constructed in 1950, renovated in 1982.

SOUTH PINEHAVEN

| | | |
|---|---|---|
| 214 Units 2 Bedroom Duplex | Net Sq. Ft. | 953 |
| 76 Units 3 Bedroom Duplex | Net Sq. Ft. | 1127 |
| 23 Units 4 Bedroom Single | Net Sq. Ft. | 1611 |

Brick, wood siding on storage shed, asphalt shingles, vinyl tile, cement slab. Constructed in 1952. Renovated 1976. Built up roof on detached storage shed.

OAK PARK 278,096 SF

| | | | |
|---|---|---|---|
| 1 Unit 4 Bedroom Single | Net Sq. Ft. | 3199 | 3199 |
| 5 Units 4 Bedroom Single | Net Sq. Ft. | 1559 | 7,795 |
| 96 Units 3 Bedroom Single | Net Sq. Ft. | 1306 | 125,378 |
| 42 Units 2 Bedroom Single | Net Sq. Ft. | 1132 | 47,544 |
| 83 Units 2 Bedroom Duplex | Net Sq. Ft. | 975 | 80,925 |
| 11 Units 3 Bedroom Duplex | Net Sq. Ft. | 1205 | 13,255 |

Brick, asphalt shingles, cement slab, vinyl tile, storage room, wood siding, utility room, asbestos shingles, carport wood trim. Constructed in 1952. Renovated in 1978. Vinyl Soffitt and Facia.

OLD HARRISON COURT (SOUTH HARRISON COURT) 127,702 SF

| | | |
|---|---|---|
| 134 Units 2 Bedroom Duplex | Net Sq. Ft. | 953 |

Brick, asphalt shingles, cement slab, wood siding on storage and utility rooms. Constructed in 1952. Vinyl tile. Renovated in 1979.

NEW HARRISON COURT (NORTH HARRISON COURT) 122,336 SF

| | | | |
|---|---|---|---|
| 38 Units 2 Bedroom Duplex | Net Sq. Ft. | 1156 | 43,928 |
| 36 Units 3 Bedroom Quadruplex | Net Sq. Ft. | 1605 | 57,780 |
| 12 Units 4 Bedroom Quadruplex | Net Sq. Ft. | 1719 | 20,628 |

Brick front and sides. Bottom and Top vinyl, carport wood with EPDM. Roofing, asphalt shingles on roof, cement slab, vinyl tile. Constructed in 1972. Three and four bedroom units are two story. Renovated in 1988.

**NOTE:** Whole house replacement/renovation projects occur on a regular basis. For the period of 1 Oct 98 through 30 Nov 99 the inventory will be approximately 98 units less in Junior Enlisted quarters in South Pinehaven. Paragraph 5.20 describes the method for completing maintenance on units which are active or inactive.

## TECHNICAL EXHBIT 2c
## EQUIPMENT TO BE SERVICED

| NO OF UNITS | INSTALLED EQUIP TYPE | FREQUENCY |
|---|---|---|
| 2 Units | 5 ton HVAC System | COM and Annually (TE 9) |
| 16 Units | 4 ton HVAC System | COM and Annually (TE 9) |
| 741 Units | 3 ton HVAC System | COM and Annually (TE 9) |
| 277 Units | 2 1/2 ton HVAC System | COM and Annually (TE 9) |
| 915 Units | 2 ton HVAC System | COM and Annually (TE 9) |
| 1951 | Hot Water Heaters | COM |
| 525 | Thermostatic Control Roof Vent Motors | COM |
| 1951 | Range Vent Fan Motors | COM |
| 1951 | Fire Extinguishers | COM and Annually |
| 1951 | Smoke Detectors | COM and Annually |
| *200 | Ceiling Fans | COM |
| *250 | Ice Makers | COM |
| 111 | Chandeliers (5 bulb) | COM |
| 637 | Address-O-Lites | COM |
| *300 | Carbon Monoxide Detectors | COM and Annually |

Per Amendment

* These numbers will continually increase during the life of the contract.

**APPLIANCES TO BE MAINTAINED**

| NO OF UNITS | INSTALLED EQUIP TYPE | FREQUENCY |
|---|---|---|
| 1952 | Refrigerators | COM |
| 1951 | Dishwashers | COM |
| 1468 | Standing Ranges N/Gas | COM |
| 484 | Wall Mounted Ovens N/Gas | COM |
| 484 | Cooktops N/Gas | COM |
| 1 | Electric Range | COM |
| 1951 | Range Hoods | COM |
| 1951 | Garbage Disposals | COM |
| 1951 | Radio Control Switches | COM and as needed |

NOTE: THIS LISTING OF APPLIANCES WILL VARY SINCE OCCUPANTS MAY CHOOSE TO USE PRIVATELY OWNED APPLIANCES INSTEAD OF GOVERNMENT-OWNED APPLIANCES. THE CONTRACTOR IS RESPONSIBLE FOR MAINTENANCE AND SERVICING OF ALL GOVERNMENT-OWNED APPLIANCES.

5 EACH

# TECHNICAL EXHIBIT 2d

## PLAYGROUND EQUIPMENT TO BE SERVICED

There are 26 new modular playgrounds with trash cans including a sand bottom with landscape timber borders. Also, there are other existing playground items in the housing areas which include basketball goals, poles, and nets, picnic tables, concrete foundations, and fences. All playground items need to be inspected and serviced twice per year to maintain safety. Government-owned playground equipment is located in the following housing areas:

OAK PARK

a. 1 small playground set
b. 1 large playground set
c. Additional: 2 Swing sets, 1 slide, 2 see-saws, merry-go-round, monkey bars and exercise bar.

HARRISON COURT

a. 2 large playground sets
b. Additional: Swing set, monkey bars, slide, and merry-go-round.

PINEHAVEN

a. 5 small playground sets
b. 1 large playground set
c. Additional: 4 swing sets, 3 slides, 1 exercise bar, 3 see-saws, 2 monkey bars

FALCON PARK

a. 6 small playground sets
b. 1 large playground set
c. Additional: 3 slides, 3 swings, 3 merry-go-rounds, 2 see-saws, 1 monkey bars, handicapped swing set

WEST BB GOAL
NorthWest BB GOAL
East BB GOAL

SHADOWLAWN/BAY RIDGE

a. 3 small playground sets
b. 4 large playground sets

THROWER PARK

a. 1 small playground set
b. 1 large playground set

(Basket Ball Goals)

MALTBY HALL

a. Slide, 2 swings, monkey bars and see-saw

VANDENBERG TRAILER PARK
a. Merry-go-round, swing set, swing and see-saw (Basketball GOAL)

SMALL PLAYGROUND SET

5 decks (24"-72") on 9 posts
sliding pole (60" deck)
6 segment spiral slide
3 pipe wall barrier
clear bubble wall w/plastic panel
wood wall barrier
tire swing assembly (galvanized chain)
tire swing section w/2 posts and wood wall
chinning/turning bar w/1 post
horizontal ladder w/2 posts
wood arch climber
extension plank

LARGE PLAYGROUND SET

5 decks on 9 posts
8 wood wall barriers
3 pipe wall barriers
8' stainless straight slide
wood arch bridge
chinning bar
spiral slide
tire swing assembly (vinyl chain, 2 posts, 1 beam, wood wall)
wooden steps

APPENDIX A
14 SEP 98 F22600-98-R0024

## TECHNICAL EXHIBIT 2e
## MINOR DISASTER HISTORY

Per Amendment

During the last three (3) years no minor disasters have occurred at KEESLER AIR FORCE BASE.

28 Sep 98 Hurricane Georges

# TECHNICAL EXHIBIT 3
# WORK AREA LAYOUTS AND HOUSING UNIT FLOOR PLANS

The maps, drawings, square footage, and dimensions listed in this section are provided as a guide to the contractor in estimating manpower, workload, and for scheduling requirements. As such, they are only estimates and variations (such as major renovation, major repair, etc.) shall not constitute grounds for a claim against the Government.

# TECHNICAL EXHIBIT 6

## QUALITY STANDARDS

1. **GENERAL.** These technical specifications define the quality of maintenance and repair work to be accomplished under this contract. Where a specification is not directed, the contractor shall perform maintenance and repair work to meet customs and practices of the trade and equipment manufacturer's maintenance recommendations.

1.1. **SCOPE.** All interior and exterior components of military family housing units and facilities shall be serviced, maintained, and repaired by the contractor to maintain the MFH unit and facility at a safe and serviceable standard. New components shall match or exceed existing components both in manufacture and quality. The contractor shall consider aesthetics (i.e., color, texture, quality) in material selection. If existing aesthetics cannot be matched, variations shall be approved by the Contracting Officer or designated representative who has coordinated with Housing Office prior to installation. If floors, cabinets, appliances, foundations, and other items are removed in order to gain access to the system component to be repaired, the repaired area shall be in a condition comparable to the original construction.

1.2. **WORKMANSHIP.** All work under this contract must conform to the standards of these specifications. Work not meeting these specifications shall be corrected by the contractor at no expense to the Government. Any Government- or occupant-owned property damaged by the contractor shall be repaired or replaced by the contractor at no expense to the occupant or the Government, within the time determined by the Contracting Officer.

2. **EXTERIOR:**

2.1 **EXTERIOR WALLS.** Damaged or deteriorated wall areas shall be restored to a serviceable and weather tight condition. Repairs shall match the undamaged portion of the walls in material, color, size, and texture. These items include:

2.1.1. **Joints.** Joints in exterior walls shall be caulked with a compound to provide a weather tight seal.

2.1.2. **Exterior Trim.** Damaged, missing or deteriorated trim, including bird screens, shall be replaced with new material of a design to match existing trim.

2.2. **HOSE BIBBS.** Leaking faucets, broken handles, and other defects shall be repaired. Slabs in the vicinity of hose bibbs shall be checked for evidence of leakage inside the wall. These leaks shall be repaired or replaced as required. Repair or replace bug proof seal (when installed).

2.3. **EXTERIOR ELECTRICAL COMPONENTS.** Exterior electrical components are serviced, maintained, and repaired in accordance with the latest addition of the National Electric Code to provide a serviceable, safe system from the building to the main distribution panel including mast and weatherhead.

2.4. **ROOFING AND ACCESSORIES.** The contractor shall maintain roofs to preserve a weather tight seal. Inspection shall include investigation of leaks, general condition of the membrane, deck and roofing structural members, and all items that penetrate the membrane whether from above or below. Damaged or deteriorated components shall be returned to a weather tight condition using methods consistent with the type of construction. (The criteria provided in paragraph 5.5. of Section C-5 shall apply to repairs caused by wood-destroying insects.) The contractor shall accomplish maintenance work on a continuing basis that shall preserve the watertight integrity of the roof membrane.

Line Item

2.4.1. **Roof Flashing.** Flashing shall be repaired to form an effective waterseal. Repairs shall be made to prevent corrosion and erosion.

2.4.2. **Gutters and Down Spouts.** Gutters and down spouts shall be maintained in a condition to carry water away from the building to prevent erosion drainage. Damaged or deteriorated gutters or down spouts shall be sectioned and replaced with material matching the existing material. Debris shall be removed from gutters and down spouts and wire down spout caps shall be cleaned or replaced. Missing gutters and down spouts shall be replaced with material of same type and quality.

2.5. **EXTERIOR ACCESSORIES AND STORAGE STRUCTURES:**

2.5.1. **Balconies, Porches, Carports, and Exterior Storage Structures.** Damaged, missing, defective, or badly deteriorated portions of exterior steps, landings, railings, posts, carports, and exterior storage facilities shall be replaced or repaired to a safe and usable condition. Loose items, such as railings, shall be secured. Damaged or deteriorated exterior floors/slabs and walls shall be repaired.

2.5.2. **House Numbers.** Missing, deteriorated, or damaged house numbers shall be replaced with numbers matching existing numbers. Identification numbers shall be of the same size, color, and style as the existing numbers.

2.5.3. **Name Plates and Name Plate Holders.** Missing or damaged name plates and name plate holders shall be replaced with holders of the same type, size, and quality.

2.5.4. **Splash Blocks.** Broken or missing splash blocks shall be replaced and set so as to drain water away from the foundation. Existing splash blocks shall be reset to ensure water drains away from the foundation.

2.5.5. **Playground Equipment.** Damaged, missing, or deteriorated components of playground equipment in common areas shall be maintained, replaced, or repaired to a safe and usable condition and match original appearance (markings and coloration). Refer to Technical Exhibit 2d.

3. **INTERIOR.**

3.1. **WALLS AND CEILINGS.** Damaged and deteriorated walls, ceilings, and related trim shall be repaired or replaced to provide a safe, attractive interior, free of defects.

3.1.1. **Vinyl-Coated Wall Covering.** Wall covering shall be repaired according to the approved installation instructions of the manufacturer. Federal Specifications CCC W-408A adhesive, or equivalent, shall be used for repair of vinyl wall covering.

3.1.2. **Structural wood.** Damaged and deteriorated structural wood shall be repaired or replaced (with grade #2 wood, minimum) to provide a safe and usable facility. The contractor shall restore any items displaced during structural wood replacement at no additional cost to the Government.

3.2. **FLOORS.** Damaged or deteriorated flooring shall be repaired or replaced to provide a uniform, aesthetic surface. The contractor shall inspect exposed portions of the substructure during repair or replacement activity. Any structural damage or deterioration shall be repaired. When floors have been flooded by stopped up drains or leaking lines, the contractor shall remove the water from the floor to prevent damaging the floors or sub-flooring (including carpets). Floor maintenance may include resilient vinyl tile, ceramic tile, plastic, rubber, or carpet. Floors shall be swept clean so that no dust streaks remain, nor residue in corners or behind doors. Floors shall be mopped to remove dirt, stains, and foreign matter that cannot be removed by sweeping or vacuuming. For removal of wax, use compounds especially prepared for this purpose and floor covering material. After floor wax removal, the floor shall have a dry, clean uniform appearance, with no streaks, swirls, or lap marks, especially in corners along shoe molding and behind doors. Waxing of kitchen floor, after cleaning, using only a floor finish appropriate for the type of floor covering in place shall be accomplished. Avoid build-up of excess floor preparation material, lap marks, streaks, and swirls, leaving a uniform appearance.

3.2.1. **Wood Stair Refinishing.** Wood stairs shall be refinished according to the standards in National Oak Flooring Manufacturer's Association Publication "Hardwood Flooring Finishing/Refinishing Manual" (Jan 92). Line Item

3.2.2. **Carpet Repair.** Small areas of carpet of 20 square feet or less, which have been damaged by staining, tearing, or burning shall be repaired and cleaned as necessary. All carpet, pad and trim used in repairs shall match existing carpet in color, manufacturer, texture, material, and quality as applicable. If the specifications cannot be matched by a

reasonable search, the contracting officer or designated representative will make the decision whether or not to have the carpet replaced.

3.3. **DOORS, WINDOWS, AND RELATED HARDWARE.** Repair or replace to a safe, functional, and aesthetically acceptable condition all deteriorated, damaged, missing, or malfunctioning doors, windows, and related hardware. Rusted hardware shall be replaced. Ensure that all windows and sliding glass doors are clean, both inside and out. Windows, screens, window tracks, and sliding glass door tracks shall be free of removable marks, smudges, dirt, debris, bugs, cobwebs, etc. Contractor shall also appropriately cut doors to adjust for carpet.

3.3.1. **Glazing.** Replacement glass shall be installed according to the Flat Glass Marketing Association "Glazing Manual."

3.3.2. **Weather-stripping.** Damaged, missing, or deteriorated weather-stripping shall be replaced according to the manufacturer's recommendations.

3.4. **STAIRS AND HANDRAIL COMPONENTS.** Stairs and handrail components shall be maintained in a safe and structurally sound condition.

3.5. **INTERIOR BUILDING ACCESSORIES:**

3.5.1. **Interior Window Treatments:**

3.5.1.1. **Venetian Blinds and Mini-Blinds.** Venetian and mini blinds shall be restored to an operating condition. Cracked or damaged slats shall be replaced. Worn cords shall be replaced. Soiled or worn tapes shall be replaced. If beyond repair, venetian blinds shall be replaced. Contractor shall replace missing blinds.

3.5.1.2. **Door/Window glass.** All thermal glass that has lost its seal shall be resealed according to the manufacturer's recommendations.

3.5.2. **Bathroom Fixtures and Accessories:**

3.5.2.1. Loose bathroom accessories shall be resecured. Damaged or missing items shall be replaced.

3.5.2.2. Corroded metal components shall be replaced.

3.5.2.3. **Medicine Cabinets.** Cracked or broken mirrors shall be replaced. Missing or damaged shelves shall be replaced. Cabinets damaged or rusted beyond repair shall be replaced.

3.5.2.4. **Fixtures.** Bathroom fixtures including, but not limited to water closets, bathtubs, shower stalls, and lavatories shall be maintained in a safe and functional condition. Missing, damaged, stained or deteriorated fixtures shall be replaced by the contractor when such fixtures are not functional or when directed by the Government.

3.5.3. **Caulking.** Damaged or deteriorated caulking shall be removed and replaced with a white or clear silicone base sealant. The sealant shall be applied according to the manufacturer's recommendations. Sealing materials which are marked or stained and cannot otherwise be cleaned shall be replaced.

3.5.4. **Cabinets and Countertops.** Missing, damaged, or deteriorated doors, drawers, and related hardware shall be repaired or replaced to provide a sound, complete, and operable cabinet. Cabinet finishes shall be restored. Countertops and splash-backs shall be repaired, when possible, to provide a serviceable, watertight surface. Replacement of kitchen/vanity countertops and vanity tops are Line Item 0008, 1008, 2008, 3008, 4008.

3.5.5. ~~**Smoke Detectors.**~~ Smoke Detectors/Carbon Monoxide Detectors: Contractor shall inspect annually and ensure each unit is in operational order.

3.5.5.1. Vacuum the smoke detector. Remove the smoke detector cover and dislodge dust, lint, and insect debris using a soft brush-type cleaning attachment on the vacuum hose. The vacuum cleaner should have significant airflow and suction (shop vacuum). Replace the cover.

3.5.5.2. Direct an aerosol-type synthetic smoke toward the detector using a minimum 2-second burst. A minimum 3-foot wand extension should be attached to the spray can before applying the smoke. If the detector does not respond, apply another 2-second burst and verify the response.

3.5.5.3. Depress the smoke detector test button to make sure it works.

3.5.5.4. If the detector does not respond to both the artificial smoke and the test button, replace it with a new smoke detector.

**"3.3.5.5. The contractor shall clean the carbon monoxide detectors by removing dirt and dust from any visible area of the device. The device shall be tested after each cleaning by pressing and holding the Reset/Test button until it sounds. If it fails to operate, replace it.**

Per Amendment

3.5.7. **Plumbing Systems.** Plumbing systems and associated [illegible] operational according to the Uniform Plumbing Code (UPC). Also, the quality of workmanship shall be equal to the minimum specified by UPC. When floors have been flooded by stopped up drains or leaking lines, the contractor shall remove the water from the floors to prevent damaging the floors or sub-flooring (including carpets and pads).

3.5.7.1. **Water System.** The contractor is responsible for maintaining the water supply system from the building interior up to and including pipes under the slab/foundation and the service line, to include the cutoff valve. Plumbing system and associated components shall be operational in accordance with the UPC. Also, workmanship shall meet the minimum specified by UPC. The water systems shall be in a safe and usable condition for each unit. Any damage to lawn area shall be repaired within 2 days by the contractor using a sod of a type that best matches the original lawn area.

3.5.7.2. **Sewage Line.** Contractor shall maintain and service sewage lines. Sewage lines shall be free from stoppages from the unit to the main (paragraph 5.9.1.) with a sewer auger, as part of Line Item 0001, 1001, 2001, 3001, 3001. The contractor is responsible for replacement of defective or damaged sewer lines with PVC pipe matching the size, thickness, and quality of existing pipe. The price per foot shall include all pipe, connections to the main, joints, and clean-outs and shall be paid by the total length of pipe replaced at the separate bid item price (Line Item 0011AA, 1011AA, 2011AA, 3011AA, 4011AA). If concrete or asphalt sidewalks or driveways are disturbed during excavation, the contractor shall be responsible for restoring them to their original condition or better. If the lateral extends under the street, the contractor shall jack and bore under the street so as not to disturb the surface of the street and the contractor shall be paid at a separate bid item price when boring is necessary (Line Item 0011AB, 1011AB, 2011AB, 3011AB, 4011AB.). In the event the contractor repairs or replaces a sewer line within the first joint outside the unit and no clean-out is present, contractor shall install a clean-out, as part of contract Line Item 0001. Any damage to lawn area shall be repaired within 2 days by the contractor using a sod of a type that best matches the original lawn area.

3.5.8. **Heating, Ventilating, and Air Conditioning Systems.** Contractor shall perform maintenance and repairs on those systems listed in TE 2c. The contractor shall accomplish maintenance to provide a safe, economical and operable system. These systems shall be maintained to the standards specified by the Industry Standards and Codes referenced in Section C-6. Heating and air-conditioning systems shall provide room air temperatures consistent with Government energy conservation guidelines and medical exemption conditions. Contractor shall comply with EPA regulations under section 608 of the Clean Air Act. HVAC technicians must have a minimum of Type I and Type II certification for this contract and Universal certification is recommended. Technicians must be certified according to EPA regulations. Also, recovery and recycling equipment must be EPA approved.

3.5.9. **Other Equipment.** Equipment operates at the original design capacity and performs intended function. Equipment items that are included under this section are listed below:

a. Exhaust Fans.
b. Ceiling fans.
c. Door Bells.

d. Roof ventilators.
e. Garbage Disposals.
f. Built-in Dishwashers.
g. Radio Control Switch

3.5.10. **Electrical.** The electrical systems on individual family housing units shall be safe and operable. All replacement materials and components shall be listed or approved by Underwriters Laboratories (UL). All work shall conform to the requirements of the National Electrical Code (NEC). The contractor is responsible for all maintenance and repair within the housing units and out to and including the main disconnect switch on underground service and mast and weatherhead on overhead service.

3.5.11. **Gas.** Ensure the gas system in each unit is in a good and safe operating condition.

3.5.12. **Water.** The contractor is responsible for all maintenance and repair within the housing unit and out to the unit's cutoff valve (including the cutoff valve).

4. **APPLIANCES.** Appliance repair work shall restore a defective appliance to operating conditions specified by the appliance manufacturer. Repair quality shall be equivalent to the original equipment's quality in terms of parts, materials, and workmanship. Replacement parts shall conform to the appliance manufacturer's design requirements, and shall provide reliability and durability comparable to the original equipment. Replacement appliances shall be installed, tested, and made operational prior to releasing them to the occupant.

5. **PAINTING.**

5.1. **Application.** All work shall adhere to the practices of the trade; leaving the finished surface evenly coated, free from drops, ridges, waves, laps, brush marks, runs and other defects. After application, painted surfaces shall be uniform in color and texture.

5.2. **Cleaning Up.** Upon completion of the work, staging, scaffolding, and containers shall be removed from the site. Paint spots, oil, and stains on adjacent surfaces and areas not painted shall be removed and the entire job left clean. Sewage and water (unit interior only) shall be cleaned to a sanitary condition.

6. **SURFACE PREPARATION.** All surfaces will be prepared in accordance with industry and construction standards. When work is completed, lead-based paint debris will be collected, containerized, and labeled, and surfaces will be prepared for repair, paint, or wall covering.

## TECHNICAL EXHIBIT 7

Performance requirements table for use when surveillance is by random sampling.

| Performance Requirement (AC) | Sample Size (N) | Indifference Quality Level (IQL) |
|---|---|---|
| 0 | 67 | 1% |
| 1 | 33* | 5% |
| 2 | 27* | 10% |
| 3 | 25* | 15% |

**NOTE:** Indifference quality level indexed sampling plan developed from mathematically derived statistical formula AC = (IQL X N) – 0.67

*rounded

## TECHNICAL EXHIBIT 8

## METHODOLOGY FOR MEASURING SQUARE FOOTAGE TO COMPUTE PAINTING COSTS

LIVING ROOM, DINING ROOM, BEDROOM, HALLWAY:

WALLS: Multiply height X width.

Do not subtract square footage of windows. This compensates for the difficulty in painting around the window.

Do not subtract square footage of doors. Doors are painted surfaces.

Measure actual square footage of drop down walls between kitchen and dining room.

CLOSET: Multiply height X width.

KITCHEN, BATHROOM:

WALLS: Multiply height X width. Subtract areas of cabinets vanities, bathtub and shower enclosures which cover areas to be excluded from painting.

SHED:

WALLS: Multiply height X width of walls. Do not subtract door space.

CEILINGS: Multiply width X length.

CABINETS: Cabinets shall be measured on the basis of the SF contained in the outside exposed surface area. The total measure shall be equal to the outside area multiplied by two.

NOTE: No additional price shall be paid for any woodwork (baseboards, shoe moldings, jambs, and trim, shelving and closet rods, bathroom medicine cabinets, or doors).

# TECHNICAL EXHIBIT 9

## CHANGE OF OCCUPANCY CHECKLISTS

INTERIOR STRUCTURE

As a minimum, the following items shall be checked, repaired or replaced when needed, where existing during change of occupancy maintenance:

Mini-blinds
Floor tile (vinyl and asphalt, etc.)
Door and window hardware (hinges, guide pulls, locks, etc.)
Bathroom accessories (soap dish, toothbrush holder, towel bars, toilet paper holders, etc.)
Medicine cabinets (mirrors, shelves, etc.).
Walls and ceilings
Subfloors, baseboards, shoe mold, etc.
Ceiling joints, door jambs, thresholds, door stops, etc.
Ceramic/metal wall tiles to include caps, base tile and ceramic floor tile
Cabinet tops
Bath tubs, shower units, lavatories, countertops, door facings, windows, baseboards, and stairs
Window sills, casing and baseboards
~~Window screen (when inside unit)~~
Handrails
Cabinet hinges, cabinet latches, drawer pulls and drawer guides, cabinet catches
Vinyl wall covering
Kitchen and bathroom exhaust fans
Thermostats
Fire extinguishers
Heating and air-conditioning fans
Appliances
Faucets, drains and overflows on sinks, lavatories, and bathtubs, etc.
Plugs, traps, strainer baskets
Flush valves, ball cocks, etc.
Washer connections, angle stops, and cut-off valves
Waste drains to main sewer lines
Smoke detectors
Electric switches, panels, doorbells, etc.
Light fixtures
Ceiling fans
Chandeliers
Water heaters
Water heater closets
Chimneys
Carbon Monoxide Detectors

Per Amendment 2

**TECHNICAL EXHIBIT 9 (CONT)**

EXTERIOR STRUCTURE

As a minimum, the following items shall be checked, repaired, or replaced where existing during change of occupancy maintenance:

Entrance doors and screen doors including jambs, casing, tracks for sliding doors, and door stops
Door hardware (closures, locks, rollers, etc. )
Weather stripping on all entrance doors
Window screens and storm windows
Window glass
Trash carts
Flag holders
Address-O-Lites
Garage doors, tracks and locks
Steps
Building identification numbers
Name plate holders
Exterior walls
Privacy screens
Exterior lights
Gas regulating valves
Roofing/flashing, gravel guards, gutters, and spouts
Splash blocks

## TECHNICAL EXHIBIT 9 (CONT)

HEATING AND AIR CONDITIONING SYSTEMS

The following is a list of actions that need to be checked, repaired, or replaced during seasonal inspections and change of occupancy maintenance for the HVAC systems to operate at optimum performance in accordance with quality standards in TE-6.

1. Warm air furnace; includes blower assembly, gas components, and cooling coils.

- Check combustion chamber for gas leaks and repair as necessary.
- Inspect gas lines and fittings for gas leaks and repair as necessary.
- Check and adjust pilot and burner primary controls for proper operation.
- Check blower and motor for alignment, vibration and lubrication. Lubricate motor as specified by manufacturer.
- Check burner operation through complete cycle for up to 10 minutes.
- Check electrical wiring to burner controls and blower.
- Clean fire box of built up soot and debris.
- Check condition of flue pipe, damper, and stack.
- Clean or change filter; if necessary.

2. Condensing unit.

- Inspect condensing unit prior to maintenance for abnormal noise.
- Check electrical wiring and connections, tighten any loose connections.
- Inspect motor for excessive noise and vibration.
- Lubricate motor. - Inspect fan for bent blades or unbalance.
- Inspect condensing coil and clean as necessary.
- Perform refrigerant leak test and repair leaks as required.
- Clean or change filter; if necessary

Fire Ext.
Smoke Alert Carbon Monoxide Alert

The contractor shall provide a written inspection schedule for A/C and Heating inspections to include the date and time each unit is scheduled for inspection in order to minimize instances of the occupant not being at home when inspections are required. The contractor shall provide the occupant with a notice of the inspection a week in advance by tagging the occupant's door. The contractor shall provide a space on the inspection form for the occupant's signature and obtain the signature of the occupant indicating that the inspection appointment was kept by both parties. If the occupant is a no show, the contractor shall schedule one more appointment to complete the service call. If unsuccessful, the contractor shall notify the QAE. HVAC systems will be scheduled for inspection and repair during the months of September through November. Systems inspected during COM do not need to be inspected twice during the same 12-month



(Revised 23 Nov 98)

period. Inspection of heating and air conditioning (HVAC) units shall be in accordance with Technical Exhibit 6, para. 3.5.8. Inspection and repair of heating and air conditioning units is a labor intensive process and the contractor shall anticipate a manpower increase for doing this work.

# TECHNICAL EXHIBIT 10

## SERVICE CALL CATEGORIES

Categories of service calls and response times are as follows:

**EMERGENCY**: Respond within 1 hour and complete within 24 hours. *
**URGENT**: Respond within 24 hours, complete within 5 calendar days.*
**ROUTINE**: Respond within 5 calendar days, and complete within 30 Calendar days

*When emergency or urgent work is in progress and completion prior to end of normal work hours is impossible, it shall be the responsibility of the contractor to continue the work to a point of safe utilization regardless of the time required, at no additional cost to the Government. The housing occupant will be fully apprised of the situation and the contractor shall proceed with the work in coordination with and in regard for the welfare of the occupants. Completion of work required beyond the point of safe utilization shall be continued by the contractor the following day as an urgent or routine service call, as applicable.

| <u>**SYSTEM**</u> | <u>**CATEGORY**</u> |
|---|---|
| <u>**HVAC**</u> | |
| Unit not cooling (medical waiver) | Emergency |
| Unit not cooling | Urgent* |
| Condensate leak | Urgent |
| No heat (medical waiver) | Emergency |
| No heat (ambient temp below 50 degrees) | Urgent* |
| No heat (ambient temp above 50 degrees) | Routine |

*If temperature is above 90 degrees or below 40 degrees (ambient) urgent calls for cooling and heating are:

| | Service Call Received | Response Time | Completion Time |
|---|---|---|---|
| 6PM–Midnight | 1801-2400 | Before 1000 next Calendar Day | Within 24 Hours |
| Midnight–6:00AM | 0001-0600 | Before 1000 same Calendar Day | Within 24 Hours |
| 6AM–6PM | 0601-1800 | Within Four Hours | Within 24 Hours |

<u>**UTILITIES**</u>

| | |
|---|---|
| Gas leak | Emergency |
| Broken supply lines, cannot be controlled at stop | Emergency |
| Water leak (hot or cold); cannot be controlled at stop | Emergency |
| Hot water heater leak | Emergency |

| | |
|---|---|
| No hot water | Urgent |
| Water leak (hot or cold) (not sink, bathtub, or shower) (can be controlled at stop) | Urgent |
| Commode stopped up (one) | Emergency |
| Commode stopped up (more than one) | Urgent |
| All drain lines stopped up | Emergency |
| Sink, lavatory, OR washing machine drain line stopped up | Urgent |
| Bathtub or shower drain stopped up | Urgent |

All other utility calls are ROUTINE service calls.

**ELECTRICAL**

| | |
|---|---|
| Load center hot | Emergency |
| No power | Emergency |
| Direct short | Emergency |
| Receptacle switch inoperable | Urgent |
| Light inoperable (not bulb) | Urgent |
| Breaker tripped | Urgent |
| Smoke detector inoperative | Urgent |

All other electrical calls are ROUTINE calls.

| | |
|---|---|
| Carbon Monoxide Detectors | Urgent |

per Amendment 2

**APPLIANCES**

| | |
|---|---|
| Stove gas leak | Emergency |
| No burners on stove will light | Urgent |
| Oven inoperative | Urgent |
| Refrigerator inoperative | Emergency |
| Dishwasher leaking (not running) | Emergency |
| Fire Extinguisher (inoperative) | Urgent |
| Garbage disposal inoperative | Urgent |

All other appliance calls are routine service calls.

**STRUCTURAL**

| | |
|---|---|
| Exterior door not secure | Emergency |
| *Window glass broken | Urgent |
| Door or window lock inoperative | Urgent |
| Roof leak | Urgent |
| Collapsed wall or ceiling | Emergency |

Repair or replacement of appearance items and all other calls are ROUTINE service calls.

*Order new window same day. Install window within 1 workday after receipt from supplier. Double pane window glass cannot be pre-ordered and warehoused because they must be installed to maintain moisture proof integrity

DEPARTMENT OF THE AIR FORCE
AIR EDUCATION AND TRAINING COMMAND

NOV 25 1998

MEMORANDUM FOR ALL OFFERORS

FROM: 81 CONS/LGCV, Carolyn Murphy, 228-377-1806
200 FIFTH STREET, ROOM 102
KEESLER AFB, MS 39534-2102

SUBJECT: Solicitation F22600-98-R0024, Military Family Housing Maintenance (Questions and Answers)

1. The attached questions and answers are forwarded for your information. Any further questions should be submitted to Carolyn Murphy at the above address.

2. Offerors are reminded that these questions and answers are provided for information only and do not take precedence over the solicitation requirements.

Johnson L. Tullos
JOHNSON L. TULLOS
Contracting Officer

2 Attachments:
1. Questions and Answers
2. Source List

RFP F22600-98-R0024 MILITARY FAMILY HOUSING MAINTENANCE
QUESTIONS AND ANSWERS

1. QUESTION: There is not a reference to sheet rock or drywall estimates in the PWS or Schedule B. What is the requirement for this and what is the Square Footage (SF) that the Contractor is responsible for in each unit? 32 SF EA UNIT

ANSWER: See amendment 0002, paragraph "y".

2. QUESTION: Section C-5, page 39, Paint and Finish Schedule lists TT-P29J for interior walls and ceilings. Is this a Flat or Semi-Gloss paint?

ANSWER: All interior walls and ceilings are painted with flat based paint.

3. QUESTION: Schedule B, Line Item 2007AA, Resilient Floor Tile, what is the brand and style of VCT Tile?

ANSWER: Resilient flooring varies from house to house with a thickness of 1/16, 1/8 and 3/16. The contractor shall install replacement flooring with the best possible match which equals or exceeds the existing material (see para 4.2). As-rock, 1/8 inch, is a common use for complete replacement in the housing units.

4. QUESTION: Schedule B, Line Item 2007AB, Replacement of Sheet Flooring, what is the brand and style existing?

ANSWER: Sheet flooring varies from house to house. The contractor shall install replacement flooring with the best possible match which equals or exceeds the existing material (see paragraph 4.2).

5. QUESTION: Schedule B, Line Item 2007AC, Repair Carpet, what brand and style and/or color is the existing to be patched?

ANSWER: Carpeting varies from house to house. The contractor shall install replacement flooring with the best possible match which equals or exceeds the existing material (see paragraph 4.2).

6. QUESTION: Schedule B, Line Item 2008, Replacement of Countertops, what style or color is the existing and who manufactures it?

ANSWER: Countertops vary from house to house. The contractor shall install replacement countertops with the best possible match which equals or exceeds the existing material (see paragraph 4.2). Formica Postform Butcher Block is a common replacement in the housing units.

7. QUESTION: Schedule B, Line Item 2011AA, Replace Sewer Lines, what is the size of the line and what is the type of the pipe, tile, plastic or cast iron?

ANSWER: Existing sewer lines are 3 or 4 inch in diameter. The material is PVC, Schedule 2.

8. QUESTION: Schedule B, Line Item 2011AB, Bore under road to replace Sewer Lines, what is the distance to be bored through and at what depth does the contractor have to work?

ANSWER: The length varies from 20 to 25 feet and depth varies from 2 to 8 feet depending on the area. The contractor shall determine each project separately and determine the tools, materials and labor required for each repair.

9. QUESTION: Schedule B, Line Item 2012AA/AB, what size are the lines and are they copper, galvanized or plastic?

ANSWER: Service lines vary from 1/2" to 2" in diameter and are copper, PVC or galvanized. Utility drawings are available for review per 3.2.8.4.

10. QUESTION: Schedule B, Line Item 0002 is for reimbursable contractor required appliances, what line item does the contractor bill for reimbursement of parts and supplies?

ANSWER: See amendment 0002, paragraph "b".

11. QUESTION: Section C-4, Contractor furnished Items and Services, Paragraph 4.3, Government Reimbursement for items, states the Contractor shall bear the costs of parts and materials up to $50.00 per item. Shouldn't this be per job order or service call?

ANSWER: Paragraph 4.3 in the PWS is correctly stated.

12. QUESTION: Which line items are Service Contract /Davis Bacon?

ANSWER: Davis Bacon line items are identified on page 22 of the solicitation, Contract Clause I-250. All other line items are subject to the Service Contract Act.

13. QUESTION: Why are the COMs listed as part of line item 0001 and not a separate item?

ANSWER: It is the most appropriate method to procure this requirement.

14. QUESTION: Why isn't there a separate line item for pro cleaning since all COMs require some type of cleaning?

ANSWER: It is the most appropriate method to procure this requirement.

15. QUESTION: Section C-1, Paragraph 1.6.1.2. Service Call Hours – When does the response time begin if a routine service call is received on the morning of a non-work Friday?

ANSWER: The response time begins at the time of the call in.

16. QUESTION: Section C-1, Paragraph 1.6.2.1. Occupied Quarters – Please clarify "adult". Is adult 18 years or older or 21 years or older?

ANSWER: See Amendment 0002, paragraph "l".

17. QUESTION: Section C-1, Paragraph 1.6.2.2. – Please define "Time Frame".

ANSWER: See amendment 0002, paragraph "m".

18. QUESTION: a) Section C-1, Paragraph 1.8. Disaster Response Work – If a single natural disaster is projected to exceed the $15,000 per year amount, will the contractor be reimbursed for all work performed? b) Will the Government utilize routine CLINs to complete disaster repair work? If so, what CLINs?

ANSWER: a) No. In the event of a natural disaster and in accordance with paragraph 1.8, the contractor shall be responsible for emergency work repairs not to exceed $500.00 per unit in direct labor costs and direct materials. The total costs for disaster damage repairs shall not exceed $15,000.00 per year. These repairs are subject to line item 0001, 2001, 3001, 4001. If additional work is required by the contractor, it would be negotiated prior to commencement of work. b) The supplies or services identified in a requirements contract are not limited or restricted to routine work. In no case, however, will the contractor be directed to perform repairs outside the scope of this contract.

19. QUESTION: Please explain warranty work regarding other contractors working in Military Family Housing. Please explain who is responsible for the other contractor's failure to perform warranty work.

ANSWER: The contractor shall not perform repair work items covered by another contractor's warranty except if a valid emergency exists. However, if the contractor discovers the repairs are under a warranty, he shall notify the contracting officer or his designated representative for further direction.

20. QUESTION: Section C-1, Paragraph 1.8. Please clarify Natural Disaster and list any that have occurred in the past 3 years and what dollar figure of damage was sustained in Military Family Housing?

ANSWER: See amendment 0002, paragraphs "o", "p" and "dd". The last natural disaster occurred 28 September 1998. Keesler AFB sustained approximately $7M in damages to facilities and grounds.

21. QUESTION: Section C-2, Paragraph 2.2.3. High humidity is common to the area. Wax cannot dry in high humidity. You have increased the requirement but have not allowed additional time to perform. We believe the minor allowance downtime is not sufficient. Does the Government intend to take this into consideration?

ANSWER: Paragraph 2.2.3 in the PWS is correctly stated.

22. QUESTION: Section C-2, Paragraph 2.2.3.1. How much downtime will be allowed for Lead Based Paint Surface Preparation (Clins 0010 –4010)?

ANSWER: See Amendment 0002, paragraph "n".

23. QUESTION: Section C-2, Paragraph 2.2.13.2. If one single disaster exceeds the dollar limitation of Paragraph 1.8, is the single disaster considered beyond the scope of the contract?

ANSWER: In accordance with paragraph 1.8, the total costs for repairing disaster damage, which is subject to line item 0001, 2001, 3001, 4001, will not exceed $15,000.00 per year. The contractor will not be directed to perform any more than the limits stated in paragraph 1.8 unless negotiated and agreed upon prior to commencement of contractor work. Whether or not a disaster is assessed exceeding the dollar amount referenced in this paragraph is irrelevant.

24. QUESTION: Section C-2, Paragraph 2.2.18. The definition of "Item" is misleading and confusing. Please clarify item.

ANSWER: See Amendment 0002, paragraph "r".

25. QUESTION: Section C-3, paragraph 3.2.8.4. a) How up-to-date are the utility system drawings? b) Do you have current up-to-date utility system drawings for each housing area? c) Will the contractor be responsible for identifying underground utility systems/service cut-off valves that the government cannot identify? d) If the government does not have utility system drawings, but intends to identify underground utilities/service cut off valves, what will be the delay involved? e) Who will be responsible for unidentified utilities that become damaged? f) Do all underground electrical systems have caution digging tape?

ANSWER: a). No, however, as changes occur, every attempt is made to up date the utility system drawings, within a reasonable period. b). Research indicates that drawings for each utility system reflect "as-built" configurations except where major changes have been made to utility systems. However, when major changes occur, drawings are required to be updated within a reasonable period of time. c/d) The Government will make every attempt to identify utility systems and service cut off valves within a reasonable time. If the contractor is required to identify utility systems/cut off valves which exceed the parameters of the contract, an equitable adjustment will be negotiated. e) In accordance with Section C-6, the contractor is responsible for obtaining a digging permit through Civil Engineering (AF Form 103) which will protect the contractor from liability in the event utilities are damaged. f) Electrical systems, laid prior to the caution digging tape requirement, do not have the tape. However, lines are located upon request.

26. QUESTION: Section C-5, Paragraph 5.1.3. Project Planning – Will all appliance replacement, HVAC replacement, etc., be subject to this provision? If so, will a QAE or contracting officer be available to direct the contractor during non-duty hours and non-workdays?

ANSWER: See amendment 0002, paragraph "t" and "u".

27. QUESTION: Section C-5, Paragraph 5.1.7. Receipt of Service Calls – In the past, we have found that an answering service lacks the technical expertise to competently classify service calls not covered by Technical Exhibit 10. An answering service does not possess the expertise to understand exactly what a housing occupant's problem is or convey it competently to a service call mechanic. We believe this will generate an enormous amount of customer complaints. a) Will consideration be given or will this provision modify to avoid non-compliance with RS-4 of the PRS? b) What will the percentage be for meeting the performance requirement?

ANSWER: a) See amendment 0002, paragraph "bb".
In accordance with paragraph 5.1.7, the contractor "may" use an answering service from 1900 to 0700. b) Percentages are not applicable to customer complaints.

28. QUESTION: Section C-5, Paragraph 5.3.6.3. Will additional downtime be allowed for counter top replacement?

ANSWER: No, the downtime for paragraph 5.3.6.3 is correctly stated.

29. QUESTION: Section C-5, Paragraph 5.3.7. Define sufficient magnitude.

ANSWER: The Housing Flight QAE will assess what repairs are necessary during the pre-termination inspection. In cases where the repairs are considered minimal, they may be completed as a service call.

30. QUESTION: Section C-5, Paragraph 5.8.1. Sewer Lines cross under the sidewalk. Will a separate CLIN be established for this additional work?

ANSWER: See Amendment 0002, paragraph "b".

31. QUESTION: Section C-5, Paragraph 5.8.3. a) Will the contractor be responsible for hooking up gas for housing occupant's personal clothes dryers? b) If so, who will be responsible for any damages that occur?

ANSWER: No.

32. QUESTION: Section C-5, Paragraph 5.10. Playground Equipment – Will a schedule be created for the protection of wood? If so, what process will be followed?

ANSWER: In accordance with paragraph 5.10, the contractor shall be responsible for determining the schedule and type of protection for the wood equipment.

33. QUESTION: a) Section C-5, Paragraph 5.11.1.6. What type of appliance shall be removed, refrigerators, stoves, dishwasher, etc? b) Who will be responsible for installing occupant owned appliances?

ANSWER: See amendment 0002, paragraph "x"

34. QUESTION: Section C-5, Paragraph 5.12.1. Painting – Recently the Government has changed the federal color specifications to a light color covering a darker color. One coat coverage is an impossibility. a) Will consideration be given for second coat painting? b) Will a separate CLIN be established for this requirement?

ANSWER: a) The contractor is responsible for painting as defined in paragraph 5.12.1 Additional coats to obtain coverage is at no additional cost to the Government. b) The Government will not establish an additional CLIN for additional coats of paint.

35. QUESTION: a) Section C-5, Paragraph 5.12.4. Will there be a requirement for painting occupied units? b) If so, will there be a separate CLIN? c) What historical data exists regarding this requirement?

ANSWER: a) The requirement for painting occupied units is defined in paragraph 5.12.4. b) There will not be a separate CLIN for painting occupied houses. c) There is no historical data regarding this requirement.

36. QUESTION: Section C-5, Paragraph 2.2.15. Exterior Facility Maintenance. The solicitation references tennis courts are located in the housing areas. Where are they?

ANSWER: See amendment 0002, paragraph "q".

37. Section C-2, Paragraph 2.2.22. a) How many housing units have Government owned carpet? b) What historical data exists regarding "stains"? c) How many "removed stains" job orders do you anticipate? d) Does this provision also apply to Technical Exhibit 11, Paragraph 3.1.8?

ANSWER: See amendment 0002., paragraph "s".
a) There are less than 20 houses containing government owned and installed carpet. b) There is no historical data regarding "stains". c) The contractor shall perform carpet cleaning in accordance with Technical Exhibit 11. d) No, paragraph 3.1.9 is applicable to government owned carpet.

38. QUESTION: Section C-5, Paragraph 5.8.5. Telephone Lines – All housing units have several live/dead telephone outlets. Please provide the number of outlets and their location to be maintained by the contractor?

ANSWER: There is no standard number of outlets in each house. The contractor shall maintain the telephone outlets in accordance with paragraph 5.8.5.

39. QUESTION: Section C-5, Paragraph 5.21. This provision states that no routine maintenance will be required. a) Does that also include emergency and urgent maintenance? b) Will the contractor be relieved of all responsibility for these housing units for the entire thirty (30) day period? If not, how will it be prorated? c) If there is a requirement for work during the inactive period, who will be responsible? d) What verification/tracking documentation will be supplied or required?

ANSWER: A requirements type contract allows the Government to order the supplies or services identified in the schedule and for the period stated in the schedule regardless of whether or not the damage is disaster in nature or not.

52. QUESTION: Section C-4, Paragraph 4.6.1. Computer – This requirement appears to be inefficient and counter productive. Why not give the contractor access to the existing LAN System on base?

ANSWER: Capability does not currently exist.

53. QUESTION: Section C-4, Paragraph 4.8.6. Disposition of Unserviceable Stock – This procedure is not entirely correct due to DRMO being a separate entity. Has the DRMO office been contacted so they can provide input regarding this provision? Please clarify the entire turn-in procedure.

ANSWER: See amendment 0002, paragraph "aa".
The language stated in Paragraph 4.8.6 has been coordinated with DRMO. The operational procedures for disposition of items will be added to Section C-6, Applicable Publications and Forms.

54. QUESTION: Section C-5, Paragraph 5.6.2. Replacement Locks – How many different types of locks exist (brand name)?

ANSWER: Qwik Set, Master Lock and Arrow. All locks installed are of a well-known manufacturer and replacement parts are readily available.

55. QUESTION; Technical 6, Paragraph 3.2. Floors, removal of Flooded Carpet –a) Does this requirement include both Government and privately owned carpet? b) How many housing units will require this service?

ANSWER; a) The intent of this paragraph is to remove unsanitary conditions from sewage floods that may occasionally occur. The contractor shall remove the water from all flooded facilities which include privately owned carpet.
b) There is no historical data regarding this service, however, the condition may exist as many as 50 service calls per year.

56. QUESTION: Technical Exhibit 11, Paragraph 3.3 Lights – a) How many different size bulbs will be required? b) On an average, how many bulbs will require replacement in each Change of Occupancy housing unit? c) Will the contractor be reimbursed for bulbs?

ANSWER: a) The exact number and size of replacement bulbs is not known.
b) An average of approximately 3 lamps will require replacement during COM.
c) The contractor will not be reimbursed for light bulbs.

57. QUESTION: Technical Exhibit 11, Paragraph 3.8.9.7. Exterior Grounds – Will this provision be utilized to perform disaster response work?

ANSWER: No.

58. QUESTION: Technical Exhibit 11, Paragraph 3.1.8. Occupant Owned Carpet – a) Will this carpet be rolled up prior to Change of Occupancy maintenance? b) Will the contractor be responsible for replacement of occupant owned carpet if it is damaged during COM?

ANSWER: a) In accordance with paragraph 3.1.8, the contractor shall cover and protect occupant owned carpet during maintenance and house cleaning.
b) Should the contractor fail to comply with paragraph 3.1.8, the contractor may be held liable for damages to the carpet.

59. QUESTION: Section C-4, Paragraph 4.8.3. Replacement Stock – How will the reimbursement of procured appliances be tracked?

ANSWER: The contractor shall provide an invoice for each appliance purchased for installation or as back-up stock. The contractor shall be reimbursed monthly for each appliance purchased and invoiced to the government. Reimbursement will not be provided unless an invoice has been provided. The serial number of all appliances shall be entered on the invoice and the appliance will be entered into the appliance data base maintained by the Housing Flight.

60. QUESTION: Technical Exhibit 9, Heating and Air Conditioning Systems – a) If the housing occupant does not show for a scheduled, what procedure is to be taken? b) How many "no shows" will the contractor have to deal with?

ANSWER: See amendment 0002, paragraph "ii".

61. QUESTION: Section C-5, Para 5.8.6. Utility Outages – a) Who will be responsible for relighting pilot lights if another utility contractor damages gas service lines due to ignorance or negligence? b) Who will be responsible for relighting pilot lights due to the Government's inability to properly identify service lines? In the past, this has occurred quite regularly. c) Will a separate CLIN be established for this emergency service?

**DEPARTMENT OF THE AIR FORCE**
AIR EDUCATION AND TRAINING COMMAND

25 Mar 03

MEMORANDUM FOR: KIRA, INC.
155 S. MIAMI AVE., STE 620
MIAMI, FL 33130

FROM: 81 CONS/LGCA

SUBJECT: Contract F22600-99-D-0056– MFH Maintenance

1. This memorandum is in response to your request for equitable adjustment letters dated 7 Oct 02, 8 Oct 02 and 23 Oct 02 concerning additional labor for painting 152 new units in S. Pinehaven, additional labor to perform maintenance on 152 new units in S. Pinehaven and monthly deductions taken by the government in accordance with paragraph 5.21 of the SOW. In an effort to resolve these issues to continue an excellent working relationship with your company, negotiations were held on 10 Mar 03. Carolyn Murphy, 2Lt Adarryl Roberts and the undersigned, as representatives of the government, attended negotiations. Greg Buchanan and Jerry Peters represented Kira, Inc.

2. In response to your request for equitable adjustment concerning the additional labor for painting 152 new units in S. Pinehaven, negotiations were held to determine a fair and equitable adjustment for the price of labor per square foot. In your letter you sought an adjustment of an additional $0.07/SF for the additional labor. Negotiations resulted in both parties agreeing to an adjustment of an additional $0.05/SF for labor associated with painting the units. Therefore, in accordance with our agreement, Kira shall be paid an additional $0.05/SF for work performed between 1 Oct 00 through 28 Feb 03. The total amount paid for this work totals $45,778.60. This reflects $10,222.11 for FY01, $22,378.44 for FY02 and $13,178.05 for 1 Oct 02 through 28 Feb 03.

3. In response to your request for equitable adjustment concerning the additional labor to provide maintenance on 152 new units in S. Pinehaven, negotiations were held to determine a fair and equitable adjustment for the price of labor to perform COMs, cleaning, preventative maintenance and service calls. Negotiations resulted in an agreement to perform COMs at $595.00 per unit, cleanings at $269 per unit, preventative maintenance at $28 per hour and 1 hour per unit, service calls at $28 per hour and 30 minutes per service call for changing out the A/C filters. Therefore, in accordance with our agreement, the amount for this work totals $59,546.88. This reflects $22,136.32 for FY01, $21,610.64 for FY02 and $15,799.92 for 1 Oct 02 through 28 Feb 03.

4. In response to your request for equitable adjustment concerning monthly deductions for units not included in monthly inventories negotiations were held to resolve the issue of the government deducting money from the contract in accordance with paragraph 5.21 of the SOW. Unfortunately the government and the contractor were unable to come to an agreement concerning this issue. At your request, the government ceased withholding money for the vacant units until we knew what the negotiated costs and offsets would be. Now that that has been determined, the government will resume withholding money for the vacant units in accordance with SOW paragraph 5.21 (as modified by P00004). As such, the government requests payment in the amount of $79,764.00. This represents $30,443.04 owed to the government in FY02 (Apr – Sep 02) and $49,320.96 owed to the government from Oct 02 through Feb 03.

5. The above negotiated items in paragraphs 2 and 3 and the deductions outlined in paragraph 4 result in a net payment to you in the amount of $32,358.43 for FY01, a net payment to you in the amount of $13,546.04 for FY02, and a net payment in the amount of $20,342.99 for FY03 (through 28 Feb 03) due the government.

6. If you have any questions, please contact 2Lt Roberts, 7-1833, or the undersigned, 7-1840. Thank you.

JERRY K. JOHNSON
Contracting Officer

Copy: 81 CES/CEH