104-480C

**FORM 2**
**COVER SHEET**

# In The United States Court of Federal Claims

Cover Sheet

FILED
MAR 2 4 2004
U.S. COURT OF FEDERAL CLAIMS

Plaintiff(s) or Petitioner(s)
Kira, Inc.

If this is a multi-plaintiff case, pursuant to RCFC 20(a), please attach an alphabetized, numbered list of all plaintiffs.

Name of the attorney of record (See RCFC 83.1(c)): Ira E. Hoffman, Esq. __

Firm Name: Grayson, Kubli & Hoffman, P.C.

Post Office Box: Not applicable

Street Address: _1420 Spring Hill Road, Suite 230 ___

City-State-Zip: McLean, Va. 22044
Telephone & Facsimile Numbers: phone: 703-749-0000; fax: 703-442-8672

Is the attorney of record admitted to the Court of Federal Claims Bar? Yes.
If no, please call (202) 219-9630 for admission papers and instructions.

Nature of Suit Code: [1] [0] [6]

Select only one (three digit) nature of suit code from attached sheet and if numbers 118, 134, 226, 312, 356, or 528 are used, please explain.

Agency Identification Code: [A] [F] [ ]

See attached sheet for three digit codes.

Amount Claimed: $329,026.87
Use estimate if specific amount is not pleaded..

Vaccination Date (vaccine cases only)Not applicable.

If this is case directly related to any pending or previous case, you are required to file a separate notice of directly related case(s). See RCFC 40.2. Not applicable.