**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **KIRA, INC.**<br>**155 South Miami Avenue, Suite 620**<br>**Miami, Fla. 33130**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**UNITED STATES OF AMERICA**<br><br>**Defendant.** | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | **Case No. 04-480-C** |

**DISCLOSURE STATEMENT PURSUANT TO RCFC 7.1**

Kira, Inc., by counsel and pursuant to RCFC 7.1(a), hereby files this Disclosure Statement, and states that Kira, Inc. has no parent corporation, and no publicly held corporation owns 10% or more of the stock of Kira, Inc.

Respectfully submitted,
Kira, Inc. by Counsel

s/Ira E. Hoffman
by James A. McMillan
GRAYSON, KUBLI & HOFFMAN, P.C.
Suite 230
1420 Spring Hill Road
McLean, Virginia 22102
(703) 749-0000

Date: March 25, 2004

Of Counsel: James A. McMillan, Esq.