# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**KIRA, INC.,** *

Plaintiff, *

v. * No. 04-480C

**THE UNITED STATES**, * (Filed Apr. 15, 2004)

Defendant. *

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

The order entered on April 13, 2004, advising the parties of a pre-discovery conference to be held in all new SNF cases, is vacated. The court's secretary misread a docket entry and apologizes for her mistake and any resulting confusion. Although this is an ECF case, it is not a SNF case.

s/ Christine O. C. Miller

**Christine Odell Cook Miller**
Judge