**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| KIRA, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 04-480C |
| v. | ) | (Judge C. Miller) |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE UNDER RCFC 41(a)(1)**

In accordance with RCFC 41(a)(1) (2002), Plaintiff KIRA, Inc., through undersigned counsel, hereby voluntarily dismisses the above-captioned action. Since Plaintiff has not dismissed in any court an action based on or including the same claim, and since no answer has yet been served, this dismissal is without prejudice.

Respectfully submitted,

s/Ira E. Hoffman
By s/James A. McMillan, Esq.
GRAYSON, KUBLI & HOFFMAN, P.C.
1420 Spring Hill Road, Suite 230
McLean, Virginia 22102
Tel: 703-749-0000; fax: 703-442-8672
E-mail: hoffman@graysonlaw.net

Counsel for Kira, Inc.

July 27, 2004

## CERTIFICATE OF FILING

I HEREBY CERTIFY that, on this 27th day of July, 2004, a copy of the foregoing PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE UNDER RCFC 41(a)(1) was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties my access this filing through the Court's system.

s/Ira E. Hoffman, Esq.
by s/James A. McMillan, Esq.